**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 14 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL TRADE COMMISSION, and

COMMONWEALTH OF KENTUCKY
*EX REL.* JACK CONWAY, ATTORNEY
GENERAL OF KENTUCKY,
Plaintiffs,

v.

DIRECT CONNECTION CONSULTING,
INC., a corporation, also d/b/a SureTouch
Long Distance;

DIGICOM, LLC, a limited liability
company, also d/b/a DigiTouch Long
Distance;

ELLIOTT BORENSTEIN, individually
and as an owner, officer or manager of
Direct Connection Consulting, Inc., and
Digicom, LLC; and

JOANN R. (JODY) WINTER, individually
and as an owner, officer or manager of
Direct Connection Consulting, Inc., and
Digicom, LLC,
Defendants.

Case No. 1 08-CV-1739

TCB

Proposed
Order Temporarily Sealing File

UPON CONSIDERATION of the *ex parte* motion of Plaintiffs, Federal

Trade Commission and the Commonwealth of Kentucky *ex rel.* Jack Conway,

Attorney General of Kentucky, to temporarily seal the file in this case, it is hereby ORDERED that the file of this case, including the docket and all pleadings, motions, memoranda of law, exhibits filed in support thereof, and all orders entered by this Court shall be sealed, with the exception that the Clerk of the Court shall provide Plaintiffs' counsel, Valerie M. Verduce and Todd E. Leatherman, with a signed copy of this Order. *Provided however*, that this Order shall not be construed to prohibit service of the *Ex Parte* Temporary Restraining Order With Asset Freeze, the Appointment of a Receiver, and other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, or other pleadings on, or other disclosures by Plaintiffs to, Defendants, financial institutions or other persons or entities that may hold assets of Defendants, any temporary receiver appointed by the Court, criminal law enforcement authorities or credit reporting agencies. This seal shall expire at 5:00 p.m. on the third day following entry of this Order.

SO ORDERED, this __14th__ day of __May__, 2008, at __9:30 a.m.__

_____
United States District Judge

1