Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston  Date: 7/24/2008
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Regarding: FTC v. Direct Connection Consulting, Inc., et al.
Invoice No: 00001

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 5/14/2008 | EH | Telephone conference with Receiver regarding FTC case and morning meeting | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 5/14/2008 | EH | Meet with team regarding new FTC case strategy | 0.00 | $105.00 | No Charge |
| | | | 0.70 | | No Charge |
| 5/14/2008 | EH | Find Bill Coe contact details; Telephone conference with MS for locksmith referral | 0.20 | $105.00 | $21.00 |
| 5/14/2008 | EH | Receive and review email from Receiver regarding Roswell PD address; print Mapquest map | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 5/14/2008 | EH | Set up new email folders for Direct Connection Consulting; distribute emails to appropriate folders | 0.20 | $105.00 | $21.00 |
| 5/14/2008 | EH | Review DCC Order; develop checklist for onsite visit; create electronic folders for known assets; email questions to Receiver | 2.20 | $105.00 | $231.00 |
| 5/14/2008 | EH | Conduct web search for information on Elliott Borenstein; print pages and save in electronic folders; Receive and review | 1.10 | $105.00 | $115.50 |

EXHIBIT B

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | email response from Receiver regarding DCC case; send email reply with Borenstein information | | | |
| 5/15/2008 | EH | Draft and send email to Henry Costanzo at Automatic Protection Services regarding DCC alarm | 0.40 | $105.00 | $42.00 |
| 5/15/2008 | EH | Draft and send email to Receiver and JC regarding Friday schedule for DCC office | 0.10 | $105.00 | $10.50 |
| 5/15/2008 | EH | Meet with Roswell Police Department and FTC personnel to discuss objectives in securing DC office; enter DC offices; identify employees and collect information sheets; identify location of important documents with office personnel; supervise employee removal of personal effects; record notes regarding duties of identified personnel and scope of access to company information; record login IDs and passwords for access to QuickBooks information; secure keys and alarm codes to building and company vehicle; coordinate document location and copying with FTC personnel; prepare to run payroll reports for DC personnel; identify bank account information and forward to MS for delivery of Order to banks; assist Receiver in orderly departure of principals with personal belongings | 5.00 | $105.00 | $525.00 |
| 5/16/2008 | EH | Meet with DCC personnel to understand business processes and vendors; review payroll data | 4.20 | $105.00 | $441.00 |
| 5/16/2008 | EH | Process payroll data for DCC employees; interview N. Hemmings regarding customer service procedures | 3.10 | $105.00 | $325.50 |
| 5/19/2008 | EH | Review payroll update with MS | 0.10 | $105.00 | $10.50 |
| 5/19/2008 | EH | Receive and review email from Receiver regarding DCC action items | 0.10 | $105.00 | $10.50 |
| 5/19/2008 | EH | Meet with defense team at DCC offices; conduct walk-through of offices; review QuickBooks information; copy to disk; | 9.00 | $105.00 | $945.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | disburse checks to employees; search electronic records for related documents; print for file | | | |
| 5/20/2008 | EH | Meet with defense team at DCC offices; research files and contact vendors; create Asset Summary spreadsheet; populate Bank information to spreadsheet; communicate updates with team; purchase recording device for voicemail downloads | 5.00 | $105.00 | $525.00 |
| 5/21/2008 | EH | Meet with team to review assignments and action list; confer with PMH regarding password changes and hardware protocol | 0.50 | $105.00 | $52.50 |
| 5/21/2008 | EH | Review data CD for contents prior to removal; review office files for contact information | 0.30 | $105.00 | $31.50 |
| 5/21/2008 | EH | Telephone conference with Ty Hanson of 19 communications; Telephone conference with Keith English at 19 communications; send email follow-up to Keith English requesting subscriber data; discuss details of Digicom equipment sale with JC and PMH; supervise defense attorney copy of spreadsheet information; discuss defense plans for afternoon access | 1.40 | $105.00 | $147.00 |
| 5/21/2008 | EH | Review DCC office files for tax id information; copy and enter into Asset Summary Sheets; work with PMH to identify and change User Ids and passwords; Telephone conference with Receiver regarding updates; review landlord and lease information with JC; Telephone David Gaynes regarding Ebor Management accounts; Telephone conference with American Express merchant card services | 5.30 | $105.00 | $556.50 |
| 5/21/2008 | EH | Receive and review email from Receiver regarding Litle & Company; record in Asset Summary Sheet | 0.10 | $105.00 | $10.50 |
| 5/21/2008 | EH | Receive and review email from Receiver regarding Cbeyond cancellation notice; send email reply; update Asset | 0.10 | $105.00 | $10.50 |

Summary Sheets

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2008 | EH | Receive and review email from Receiver regarding Richard Fanslow; send email reply; record in Asset Summary sheets | 0.10 | $105.00 | $10.50 |
| 5/21/2008 | EH | Telephone conference with Receiver regarding DCC employee login information and day's action list | 0.20 | $105.00 | $21.00 |
| 5/22/2008 | EH | Meet with Receiver to update priority list | 0.00 0.80 | $105.00 | No Charge No Charge |
| 5/22/2008 | EH | Review action items with PMH and JC; Telephone Jeff Smith to address email issues | 0.50 | $105.00 | $52.50 |
| 5/22/2008 | EH | Input data from file papers to Asset Summary sheets; Telephone conference with Process America; send email to Craig Rickard at Process America regarding DCC processing; Telephone conference with K. English at 19 communications regarding customer lists; Receive and review emails from 19 communications; copy active customer data to spreadsheets and save in electronic folders; Receive and review emails from MS regarding requested fax information from SunTrust and Wachovia; forward Wachovia statement to Robert Singleton at The James Group; Telephone conference with Receiver regarding update on day's progress; review voicemail retrieval process and strategy with PMH | 5.50 | $105.00 | $577.50 |
| 5/23/2008 | EH | Meet with team to discuss day's action items; draft and record new voicemail for DCC office; determine procedures for identifying and recording customer service voicemails; review process for canceling further charges on customer accounts;review Winter emails for needed documentation; review QuickBooks records for account information; update Account Summary Sheets | 6.30 | $105.00 | $661.50 |
| 5/26/2008 | EH | Receive and review email from JC regarding voicemails addressed; | 0.10 | $105.00 | $10.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | reformat, save and print for file | | | |
| 5/26/2008 | EH | Receive and review email from David Gaynes regarding Ebor Management accounts; draft and send email reply | 0.20 | $105.00 | $21.00 |
| 5/26/2008 | EH | Receive and review email from MS regarding DCC show cause hearing | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 5/26/2008 | EH | Receive and review email from Robert Singleton regarding duplicate Wachovia statement sent | 0.10 | $105.00 | $10.50 |
| 5/26/2008 | EH | Review Borenstein emails for vendor data and entity identification; print for file; discuss customer service voicemail response strategy with JC | 1.30 | $105.00 | $136.50 |
| 5/26/2008 | EH | Update Asset Summary Sheet with information from JC emails and documents form office | 0.50 | $105.00 | $52.50 |
| 5/26/2008 | EH | Draft and send follow-up email to H. Costanzo regarding alarm reset | 0.10 | $105.00 | $10.50 |
| 5/26/2008 | EH | Review and sort DCC-related emails; update Asset Summary Sheet; identify assets and names for follow-up | 0.80 | $105.00 | $84.00 |
| 5/26/2008 | EH | Draft script for fielding calls from DCC customers; draft and send with action list; email to team | 2.10 | $105.00 | $220.50 |
| 5/27/2008 | EH | Meet with Receiver to review day's action list; Telephone conference with Jeff Smith to arrange Wednesday appointment; review computer access procedures with defense counsel; monitor customer calls; Receive and review email from H. Costanzo regarding alarm settings; draft and send email reply; Receive and review email from MS regarding payroll; coordinate defense access to computer files; access payroll files; Receive and review email from PMH regarding voicemail files; draft and send email response; send email update to Receiver and MS regarding payroll; calculate payroll for DCC employees; transfer to | 5.20 | $105.00 | $546.00 |

Investor's Watchdog
Page No.: 6

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | spreadsheet and email to MS; Telephone conference with Craig Rickard at Process America regarding merchant accounts; telephone Rob Gunter at Gunter Mediation to discuss Verifi; Telephone conference with H. Costanzo at alarm company to change alarm code; research voicemail fix with JC | | | |
| 5/28/2008 | EH | Meet with Receiver and JC to prioritize day's action list; meet with Customer Service reps to review goals and data input; Telephone conference with Matthew Russell at 19 communications; Telephone conference with John at National Merchant Center regarding address for sending Order; send email to National Merchant Center with copy of Order; Telephone Kimberly Foster at Paymentech; review office files for merchant account documents; copy and file; search files for voicemail instructions; Telephone conference with Joann Winter regarding unlocking voicemail; meet with Jeff Smith to coordinate defendants use of server to download data; coordinate voicemail retrieval notes and clearing of old messages; draft and send email to Paul Hankins at Chase Paymentech; Telephone conference with Receiver to update on day's work | 6.40 | $105.00 | $672.00 |
| 5/29/2008 | EH | Meet with team members fielding customer calls to review objectives and train for calls; supervise download of customer service call data; Telephone conference with Matthew Russell at 19 communications regarding update; draft and send email with Order to National Merchant Center; research potential line of credit draw down; Telephone conferences with defense counsel; email updates to team; edit generic bank letter; review Order for Defendant distinctions; update Asset Summary Sheet with tax id numbers and bank account numbers; send update email to Receiver; draft and send email questions to 19 communications | 10.70 | $105.00 | $1,123.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/30/2008 | EH | Meet with team members fielding customer calls to review tasks and update logs of data; explain system and expectations to new operator; send email to group regarding Line of Credit account number; Receive and review email from MS regarding contact at SunTrust; send email to J. Bullock at SunTrust regarding account research; Telephone conference with defense counsel to coordinate access to database for copying; receive delivery of paychecks and begin processing reconciliation; Telephone conference with MS regarding paycheck status | 1.00 | $105.00 | $105.00 |
| 5/30/2008 | EH | Confer with MS regarding missing SunTrust account number; Receive and review email forwarded by MS from J. Bullock; reconcile SunTrust deposit accounts with Asset Summary Sheet; follow up with Marc Bearden regarding Line of Credit; prepare and forward Credit Card processor letters to MS and JH for printing and mailing; draft and send email with Order to Litle & Co; forward AMEX and VISA documentation requests to JC for follow up; Receive and review email from JC regarding follow up; Receive and review email from JC regarding list of processors; send email update to Receiver; telephone Bill Orr regarding progress on SunTrust Line of Credit research | 4.00 | $105.00 | $420.00 |
| 5/31/2008 | EH | Meet Peter Galfas at DCC offices to remove disk array | 0.50 | $105.00 | $52.50 |
| 6/02/2008 | EH | Review procedures with new team members fielding customer calls; monitor intake of calls and voicemail recordings; review documents in J. Winter's office for vendor and customer information; update Asset Summary Sheet; send freeze warning emails to vendors and card processors; prepare letters for sending hard copy to same and email to MS and JH for processing; Telephone conference with Alicia Flemming at Little & Co.; send email follow up to Marc Bearman at SunTrust; | 7.40 | $105.00 | $777.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Receive and review email response from M. Bearman at SunTrust; Receive and review email from Matthew Russell at 19 communications; format and print attachments for review | | | |
| 6/03/2008 | EH | Review remote access process for logging on to Customer Service for voicemail cancellations; update Asset Summary sheet with aircraft details and insurance information; Telephone conference with Receiver regarding expansion of Receivership Defendant list; confer with MS on notifying banks with expanded list; Receive and review email from M. Russell regarding additional data for 19 communications; prepare for Bates numbering and forward to JH; analyze data from 19 communications; Receive and review voicemail from Brittany at Process America; Telephone conference with Brittany at Process America to set appointment with Craig Rickard | 5.10 | $105.00 | $535.50 |
| 6/04/2008 | EH | Receive and review email from Receiver regarding day's schedule; coordinate data compilation with team members fielding customer calls; download data to consolidated file; Telephone conference with Brittany at Process America regarding Craig Rickard call; Locate product code documentation and relay to FTC and team members fielding customer calls; search for script document in J. Winter's office; forward list of returned mail to Customer Service for cancellation; Telephone conference with Bill Orr regarding list of bank accounts received; conference call with team to discuss progress and assignments; Receive and review email from Receiver regarding Jay Nohr and expansion of receivership; prepare and prioritize task list; forward to Receiver for review; Receive and review emails from JC and Receiver regarding Choice bank accounts; draft and send email replies; Receive and review email from Marc Bearden at SunTrust regarding LOC draw down; send email reply; Receive and review email from MS | 8.00 | $105.00 | $840.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding Alyssa Klausner; Telephone conference with A. Klausner regarding Process America; draft and send email reply to team with update; Receive and review email from M. Russell at 19 Communications; Telephone conference with M. Russell and K. English at 19 Communications regarding data requested; Receive and review email from M. Russell with notifications since 5/15; Telephone conference with with Gary Carpenter re Cornerstone Marketing; draft and send email to J. McBrierty at Cornerstone Marketing; forward Encore Marketing information to JC via email for follow up; Receive and review email update from JC on Encore Marketing; forward United Marketing Group info to JC via email for follow-up; Receive and review email update from JC regarding UMG | | | |
| 6/05/2008 | EH | Receive and review email from J. McBrierty at Cornerstone Marketing; forward Jay Nohr email to JC for follow up; Receive and review multiple emails from MS regarding frozen bank account information; compile bank data into Asset Summary Sheets; draft and send email replies regarding assets received by Receiver; send email to Receiver regarding credit card processors; Telephone conference with Receiver regarding processor's complaints; draft and send emails to Chase Paymentech, Process America, Litle & Co., and National Merchant Center regarding documentation requested; Telephone conference with John Thompson at National Merchant Center to confirm contact information and request documentation; Receive and review email from J. Thompson regarding documentation; Telephone conference with A. Klausner & C. Rickard at Process America; R&R email from MS regarding Kim Jenkins PayChex delivery; exchanged two voicemails with Matthew Russell at 19 Communications; Receive and review email from JC with update on Encore Marketing contact; Receive and review | 8.00 | $105.00 | $840.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | emails from Receiver and JH regarding Julio Bachur and office cleaning; Receive and review email auto reply from Paul Hankins at Chase Paymentech; telephone P. Hankins assistant; leave voicemail; | | | |
| 6/06/2008 | EH | Receive and review two emails from M. Russell at 19 Communications regarding invoices for DC/DG; Receive and review email from J. Thompson at National Merchant Center regarding documentation requested; Receive and review email from Receiver regarding customer calls; Receive and review two emails from Receiver regarding FTC document requests; coordinate search for FTC-requested documents; collate data from Customer Service calls and voicemails for analysis; send emails to MS regarding PayChex delivery and receive email replies; copy documents for files and return to Receiver and MS; assist defense counsel and J. Winter in accessing workstation and documents; open locked desk drawer in Winter office; Receive and review updated email request from Receiver for additional bank account information; send email reply with instructions for viewing requested data; send email to Receiver regarding requested statistics from 19 Communications; send email to JC for update on securing aircraft; Receive and review email reply from JC; forward email update to Receiver; draft and send email to group regarding updated account request to banks; Receive and review email reply from Receiver; search Borenstein email for relevant documents; forward Asset Summary sheet to Receiver for access to aircraft data; Receive and review email from Receiver regarding UMG; send email reply with copy to JC for update; Receive and review email update from JC; Receive and review email from MS regarding Kim Jenkins; deliver paycheck to Kim Jenkins and send email reply to MS; review copies of documents pulled by J. Winter and copy new info for file; forward GGW info | 5.00 | $105.00 | $525.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to JC for further research and contact; Receive and review emails from Receiver and MS regarding Gwinnett County sheriff and aircraft identification; Receive and review emails from MS and Receiver regarding bank notification letters; forward NMC documentation production request response email to Receiver with questions | | | |
| 6/06/2008 | EH | Receive and review email response from P4A regarding documentation request; telephone P4A attorney regarding documentation request; leave voicemail; Receive and review emails from MS and Receiver regarding additional bank requests; Receive and review email response from Receiver regarding NMC accounting received; Telephone conference with J. Thompson at NMC regarding account freeze; draft and send email follow up to NMC; Receive and review voicemail from P4A attorney; send email to J. McBrierty at Cornerstone Marketing; telephone Alicia Flemming at Litle & Co to follow up on documentation request; leave voicemail; telephone Paul Hankins at Chase Paymentech to follow up on documentation request; Telephone conference with Roger Hart at Paymentech; forward documentation request email to RH at CP; transfer day's customer call data to file; analyze call data; Telephone conference with RH and Emma Coronado regarding reserve amounts held | 3.00 | $105.00 | $315.00 |
| 6/07/2008 | EH | Transfer updated data from customer service workstation to portable file for analysis; scrub customer service call data; | 1.50 | $105.00 | $157.50 |
| 6/07/2008 | EH | Analyze Voicemail and live call data; compile statistics for First Interim Report; draft and send email to Receiver; draft and send email replies to Receiver regarding Chase Paymentech and National Merchant Center | 5.00 | $105.00 | $525.00 |
| 6/09/2008 | EH | Review Paymentech documents | 1.00 | $105.00 | $105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | produced; Telephone conference with Paul Hankins at Paymentech to review documents produced; forward document with summary to Receiver; Telephone conference with Receiver to update on day's progress; Receive and review email from John Thompson at National Merchant Services regarding conference call with Receiver; send email reply to schedule appointment | | | |
| 6/09/2008 | EH | Transfer analyzed customer service call data to Customer Service terminals for day's updating; review updating process with team members fielding customer calls; Receive and review emails from Receiver regarding FTC document requests; send email replies; Receive and review emails from MS regarding Bank of America account information; draft and send email reply with new account inquiry; locate pre-scripts file folder and forward to MH for delivery to Receiver; Receive and review e-mail from J. McBrierty at Cornerstone Marketing regarding telephone appointment; send email reply to confirm time; Receive and review email from JC regarding additional DCC tax ID number; draft and send email reply; Receive and review email from Alesia Flemming at Litle & Co. regarding documentation requested; draft and send email reply; Receive and review email from M. Russell at 19 Communications regarding customer usage data; analyze data from 19 Communications to update business case; review progress on calls received; discuss Encore Marketing feedback and business model with JC; draft and send email to Receiver regarding 19 Communications data; Receive and review email from JC regarding Encore net membership data; save to file; Receive and review email from MS regarding Friday team meeting; send email reply and read email response from JC; update Asset Summary Sheet with information on Verifi, UMG, and Encore from JC email; draft and send email to JC for additional vendor | 5.70 | $105.00 | $598.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | information; Receive and review voicemail from Roger Hart at Chase Paymentech; telephone RH at Paymentech; leave voicemail; send email to RH and E. Coronado at Paymentech regarding documentation requested; receive FedEx delivery of NMS chargeback documents; discuss cancellation progress with JC; send email replies to six possible storage solutions for SUV; Receive and review email response from MS regarding missing Bank of America account; send email reply; Receive and review email response from Paul Hawkins at Paymentech regarding documentation requested | | | |
| 6/10/2008 | EH | Discuss procedure for updating and downloading data on customer calls; forward chargeback data to operators for cancellations; Receive and review email from John Thompson at NMC regarding conference call appointment; send reply email requesting time for call to J Thompson and Receiver; Receive and review email from JC regarding sales documentation received from UMG; print spreadsheets for analysis; begin analysis of UMG sales data; send email reply to JC for forwarding of documents for Bates-numbering; send emails to MS and CE regarding Bates-numbering process; exchange emails with MS regarding conference call appointment setup; revise case task list and email to Receiver for approval; forward Cbeyond and SunTrust emails to JC for follow up; download 19 Communications activation/deactivation data for reconciliation; save to file; send follow up email to Process America regarding documentation requested; exchange emails with MS regarding team meeting appointment time; Receive and review email from JT at NMC regarding conference call-in number; Receive and review email from Gene Watkins at Cbeyond regarding account changes; Receive and review email from MS regarding Bates-numbering for UMG; | 7.70 | $105.00 | $808.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | send email reply to group; conference call with Receiver and NMC counsel; email conference call recap to Receiver; confer with JC and MS regarding balance of week's schedule for operators; Receive and review email from MS regarding former employee paycheck; send email reply; Receive and review email from Jonathan Olsson (counsel for Litle & Co.) regarding documentation requested; Telephone conference with J. Olsson to confirm progress on documentation request; send email follow up; send email follow ups to Excursion storage leads | | | |
| 6/11/2008 | EH | Receive and review emails from JC and Receiver regarding customer calls; send email replies; Receive and review email reply from Receiver regarding NMC conference call notes; Receive and review email from Craig Rickard at Process America with documentation produced; print for review; Telephone conference with Matthew Russell at 19 Communications to discuss blank files received and update on progress of case; update Asset Summary sheet with progress on vendors and processors; telephone Jennifer McBrierty at Cornerstone Marketing; leave voicemail; Telephone conference with JM at Cornerstone; Receive and review email from MS regarding delay in 6/20 hearing; Receive and review email from JC regarding Receiver assets compared to liabilities; draft and send email reply; Receive and review emails from Receiver with updated tasks; print and add to existing task list; forward Craig Rickard email to JH for Bates-numbering; Receive and review email from Jonathan Olsson regarding Litle & Co documentation produced; forward to JH for numbering; print for analysis; Receive and review email reply from JH regarding numbering; send email reply; Receive and review emails from JC regarding processor obligations; send email replies; review P4A documents produced and send email to CR for additional information | 5.50 | $105.00 | $577.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and online access; review Litle & Co documents produced and send email to JO for additional information and online access; receive notice from Scana Energy regarding gas shutoff; Telephone conference with Teresa at Scana Energy to avert gas shutoff; fax copy of Order to Scana Energy; send email notice to Receiver; send email to group regarding staffing for tomorrow | | | |
| 6/11/2008 | MF | Print related financial statements and tax returns for review and analysis | 0.50 | $145.00 | $72.50 |
| 6/12/2008 | EH | Meet with CE to familiarize with case and priority issues; Receive and review voicemail from JC regarding location; Telephone conference with JC to troubleshoot voicemail access; Receive and review email from Paul Hankins at Paymentech; Receive and review email from Receiver regarding call statistics; Receive and review email from MF regarding QuickBooks data; Receive and review email from Receiver regarding National Merchant Center's counsel conference call follow up; Receive and review email from Jennifer McBrierty regarding documentation requested; draft and send email response to MF and CE regarding QuickBooks data; Receive and review email from MS regarding team meeting; send email response regarding meeting time; Receive and review email from MS regarding UMG documents produced; Receive and review email from JC regarding task list; email updated priority list to JC; Receive and review email response from MF regarding QuickBooks data; Receive and review mail response from JC regarding Cbeyond services to DG; send email reply with request for more information; discuss Blue Cross Blue Shield policy and QuickBooks information needs with CE; print NMC documents produced for analysis; review NMC documents produced by counsel; exchange emails with MS regarding schedule of upcoming case hearings; send email to team regarding implications for delayed | 7.00 | $105.00 | $735.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | date of hearings; draft and send email to Receiver with opinion on processor reserve accounts; draft and send follow up email to MF and CE regarding QuickBooks data retrieval: Receive and review email from JC regarding Digicom's account with Cbeyond; draft and send email reply; Receive and review email from MS confirming Friday meeting times; send email confirmation response; Receive and review email from JC regarding Ron Gutman contact info; sent email reply; exchange emails with JC regarding voicemail log report; locate and email Ron Gutman contact info to JC; Telephone conference with Receiver to update on day's progress and plans for next day | | | |
| 6/12/2008 | MF | Restore and review QuickBooks files | 6.00 | $145.00 | $870.00 |
| 6/12/2008 | MF | Attend staff meeting | 0.00<br>1.00 | $145.00 | No Charge<br>No Charge |
| 6/13/2008 | EH | Receive and review forwarded email from JC regarding SunTrust release letter draft; Receive and review email response from Receiver regarding SunTrust Release letter draft; telephone Paul Hankins at Chase Paymentech to request copies of contractual agreements; follow up with email request; send email reply to Litle attorney regarding request for contract copies; update Asset Summary sheets; exchange emails with JC and CE regarding chargebacks and voicemails to be logged; send email to CE regarding task list organization; send email request to Process America for copies of contractual agreements; add new tasks to list and prioritize with CE and Receiver; team meeting to discuss results of today's telephonic hearing and new information to be reviewed; review forwarded mail received; discuss city tax bill and California npo letter with MF; determine payments to vendors for outstanding bills; Receive and review email from CM regarding day's voicemails logged; Receive and review email from CE regarding mail pickup at | 5.70 | $105.00 | $598.50 |

Marietta location; Receive and review email from Receiver regarding draft of first Interim Report

|  |  |
|---|---|
| Total Fees | $17,700.50 |
| Total New Charges | $17,700.50 |
| Previous Balance | $0.00 |
| Balance Due | $17,700.50 |

**Staff Summary**

| Name | Hours | Rate |
|---|---:|---:|
| Eric Henningson | 0.00 | $0.00 |
| Eric Henningson | 159.60 | $105.00 |
| Michelle Fox | 6.50 | $145.00 |
| Michelle Fox | 0.00 | $0.00 |