Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 10/30/2008

Regarding:  FTC v. Direct Connection Consulting
Invoice No:  2

### *Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 6/16/2008 | CE | Search J Winter's office for relevant information; research obligations under COBRA; telephone conference with Michael Hurst of Blue Cross/Blue Shield regarding health insurance policy; search K Jenkins computer and attempt to access Quickbooks files | 9.00 | $85.00 | $765.00 |
| 6/16/2008 | CM | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/16/2008 | JC | Receive, review and correspond with EH about updated task list | 0.00 | $85.00 | No Charge |
|  |  |  | 0.30 |  | No Charge |
| 6/16/2008 | JC | Instruct team fielding customer calls on procedures for obtaining and recording DCC customer requests and cancellations | 0.00 | $85.00 | No Charge |
|  |  |  | 0.40 |  | No Charge |
| 6/16/2008 | JC | Email Jayna Bell and PH about Cbeyond information | 0.40 | $85.00 | $34.00 |
| 6/16/2008 | JC | Receive, review and comment on first draft of interim report | 0.80 | $85.00 | $68.00 |
| 6/16/2008 | JC | Research, draft, email to EH and revise | 0.70 | $85.00 | $59.50 |

Exhibit A

letter to Georgia Department of Labor

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/16/2008 | JC | Contact FTC about their template for organizing consumer complaints | 0.20 | $85.00 | $17.00 |
| 6/16/2008 | JW | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/16/2008 | MA | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/16/2008 | PH | Receive and review notice of new docket entry and Order Denying as Moot Plaintiff's Motion to Prohibit Ex Parte Communications | 0.10 | $215.00 | $21.50 |
| 6/16/2008 | PH | Receive and review notice of new docket entry and Judge Batten's Order granting in part and denying in part plaintiffs' emergency motion to release funds from the asset freeze | 0.20 | $215.00 | $43.00 |
| 6/16/2008 | PH | Receive and review notice of new docket entry and attached filing | 0.10 | $215.00 | $21.50 |
| 6/16/2008 | PH | Telephone conference with FTC regarding Judge Batten's Order regarding Attorneys' Fees and living expenses | 0.10 | $215.00 | $21.50 |
| 6/16/2008 | PH | Telephone conference with MAH regarding staffing needs for Tuesday and results of live calls | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/16/2008 | PH | Receive and review email from EH to merchant processor confirming request for agreement with DCC | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/16/2008 | PH | Continue review of evidence to formulate findings to be included in First Interim Report | 4.40 | $215.00 | $946.00 |
| 6/17/2008 | CE | Left voice mail message at James Group regarding Digicom mail pick up | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | CE | Telephone conference with Scana Energy regarding hold on disconnect | 0.30 | $85.00 | $25.50 |

notice

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2008 | CE | Left voice mail message for Iron Mountain regarding services provided to Direct Connection | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | CE | Continue research and review of documents from J. Winter's office; | 4.80 | $85.00 | $408.00 |
| 6/17/2008 | CE | Begin drafting COBRA letter | 0.20 | $85.00 | $17.00 |
| 6/17/2008 | CE | Meet with Receiver regarding information found in J Winter's and K Jenkins' office | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/17/2008 | CM | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/17/2008 | JC | Follow up with Ron Gutman of Verifi | 0.40 | $85.00 | $34.00 |
| 6/17/2008 | JC | Receive and review Medlin declaration of assets | 0.90 | $85.00 | $76.50 |
| 6/17/2008 | JC | Email with EH regarding tasks still to do | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/17/2008 | JC | Receive and review DCC mail | 0.20 | $85.00 | $17.00 |
| 6/17/2008 | JC | Research and email Counsel Jay Nohr about expansion of receivership | 0.00 | $85.00 | No Charge |
| | | | 1.40 | | No Charge |
| 6/17/2008 | JC | Review and forward Digicom and DCC bills from Cbeyond | 0.40 | $85.00 | $34.00 |
| 6/17/2008 | JC | Instruct team fielding customer calls on procedures for obtaining and recording DCC customer requests and cancellations | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 6/17/2008 | JC | Correspond with EH about natural gas turnoff and West Virginia Hangar | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/17/2008 | JC | Locate, review, and email the Receiver, EH, and CE summarizing the Digicom lease | 0.00 | $85.00 | No Charge |
| | | | 1.20 | | No Charge |
| 6/17/2008 | JC | Follow up with Encore Marketing about DCC info | 0.30 | $85.00 | $25.50 |
| 6/17/2008 | JC | Review and respond to FCC complaint | 0.40 | $85.00 | $34.00 |
| 6/17/2008 | JW | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/17/2008 | MA | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/17/2008 | MS | Receive and review e-mail from Receiver regarding SunTrust Choice Advantage accounts; send e-mail to Janet Bullock at SunTrust; reply to Receiver | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/17/2008 | PH | Receive and review email from JS regarding voicemail review completion | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Receive and review email from defense counsel regarding IRA accounts | 0.10 | $215.00 | $21.50 |
| 6/17/2008 | PH | Email to CLE regarding BCBS issue | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Receive and review email from defense counsel regarding release of funds | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Receive and review emails from Cbeyond regarding invoices | 0.10 | $215.00 | $21.50 |
| 6/17/2008 | PH | Meeting with CLE regarding email searches | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Meeting with MA regarding retrieving and cataloguing voicemails | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Exchange emails with Cbeyond representative | 0.10 | $215.00 | $21.50 |

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2008 | PH | Exchange emails with MS regarding last check for one more DCC employee | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Exchange emails with defense counsel regarding payment of attorneys fees pursuant to Judge Batten's Order | 0.10 | $215.00 | $21.50 |
| 6/17/2008 | PH | Execute release from SunTrust for return of $100K LOC funds | 0.10 | $215.00 | $21.50 |
| 6/17/2008 | PH | Receive and review email from EH regarding statistics | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Receive and review email from defense counsel regarding access to bank accounts | 0.10 | $215.00 | $21.50 |
| 6/17/2008 | PH | Meeting with EH, CLE and MS regarding BCBS and Cynergy issues | 0.00 | $215.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/17/2008 | PH | Meeting with MS regarding Choice accounts issue | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Exchange emails with EH regarding SunTrust accounts | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Telephone conference with MAH regarding staffing for Wednesday and tasks completed on Tuesday | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/17/2008 | PH | Exchange emails with EH and CLE regarding cleaning out Digicom space | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | PH | Email to defense counsel regarding BCBS issue | 0.10 | $215.00 | $21.50 |
| 6/17/2008 | PH | Receive and review email from EH to attorney for NMC | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/17/2008 | JC | Receive, review and forward Encore Marketing email regarding the data of the DCC sales and cancellations of their product to EH | 0.00 | $85.00 | No Charge |

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| | | | 0.30 | | No Charge |
| 6/17/2008 | JC | Email with Marc Bearden of SunTrust regarding release letter to transfer Choice Advantage money | 0.40 | $85.00 | $0.00 |
| 6/18/2008 | CE | Continue review and organization of mail; numerous telephone calls with Blue Cross/Blue Shield and their agents regarding continuation of coverage; telephone conferences with Iron Mountain regarding unlocking shredding box; telephone conference with James Group regarding Digicom mail and lease on Marietta property; meet with MS regarding depositing of incoming checks and payment of bills; telephone conference with EH regarding processing of chargebacks; meet with MF regarding need for secondary bank accounts for Savers Choice and Leisure Choice | 6.00 | $85.00 | $510.00 |
| 6/18/2008 | CM | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/18/2008 | JC | Receive and review Medlin correspondence regarding trust accounts | 0.20 | $85.00 | $17.00 |
| 6/18/2008 | JC | Email order to Mantra Entertainment | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/18/2008 | JC | Email Encore Marketing documents to Bates number | 0.10 | $85.00 | $8.50 |
| 6/18/2008 | JW | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/18/2008 | MA | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/18/2008 | MS | Receive and review e-mail from JC regarding Mantra | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | MS | Write checks to pay vendors | 0.50 | $85.00 | $42.50 |

| 6/18/2008 | MS | E-mail letter to Marc Bearden of SunTrust regarding line of credit account | 0.10 | $85.00 | $8.50 |
|---|---|---|---|---|---|
| 6/18/2008 | MS | Exchange e-mails with JC regarding letter to GGW Corporation and Mantra Films | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/18/2008 | MS | Send letter to Mantra Films | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | PH | Review UMG data and meet with MF regarding analysis of the numbers given and the conclusions reached by UMG | 0.50 | $215.00 | $107.50 |
| 6/18/2008 | PH | Exchange emails with MS regarding SunTrust 100K | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/18/2008 | PH | Receive and review email from EH regarding tracking bank accounts | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | PH | Receive and review emails between CLE and EH regarding Cynergy and additional documents | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/18/2008 | PH | Receive and review email from FTC to Judge's clerk | 0.10 | $215.00 | $21.50 |
| 6/18/2008 | PH | Exchange emails with MS regarding office map | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | PH | Respond to email from defense counsel regarding information on IRA and 401k accounts | 0.20 | $215.00 | $43.00 |
| 6/18/2008 | PH | Email from EH regarding assignments for tomorrow | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | PH | Receive and review docket entry regarding change of address for attorney Medlin | 0.10 | $215.00 | $21.50 |
| 6/18/2008 | PH | Exchange emails with attorney Medlin regarding search for documents | 0.20 | $215.00 | $43.00 |

| 6/18/2008 | PH | Receive and review email from MS regarding transfer of SunTrust 100K | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | PH | Exchange emails with JC regarding finding account statements | 0.20 | $215.00 | $43.00 |
| 6/18/2008 | PH | Exchange emails with attorney Medlin regarding access to documents | 0.20 | $215.00 | $43.00 |
| 6/18/2008 | PH | Receive and review notice of docket entry | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/18/2008 | JC | Research and email Receiver regarding requested trust accounts from the defense | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 6/18/2008 | JC | Email MS regarding package to Mantra | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/19/2008 | CE | Contact Capstone Benefits regarding dates for health insurance coverage; continue review/organization of documents obtained from J Winters' office; continue review/organization of documents received in the mail; exchange emails with JC regarding contact information for former employees; research to locate current contact information on employees covered under health insurance; complete premium notice to Blue Cross/Blue Shield to terminate coverage on ex-employees and for submission of payment; finalize Georgia Continuation letter to former employees; telephone conference with MF regarding remote computer access; | 2.90 | $85.00 | $246.50 |
| 6/19/2008 | CM | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/19/2008 | JC | Research and email EH about all the merchant processors and the billing data between January and May, including Cynergy | 0.40 | $85.00 | $34.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2008 | JC | Set up and instruct employees receiving customer calls | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/19/2008 | JC | Fax and email the Receiver information about the accounts the defense wanted unfrozen | 0.00 | $85.00 | No Charge |
| | | | 0.50 | | No Charge |
| 6/19/2008 | JC | Telephone conference with Nicole Hemmings about DCC pay and operating structure and summarize conversation to Receiver and others | 0.50 | $85.00 | $42.50 |
| 6/19/2008 | JC | Telephone conference with Lisa Grant regarding her operation at Digicom and email summary of conversation to Receiver and others | 0.50 | $85.00 | $42.50 |
| 6/19/2008 | JC | Speak to and email David Harris about the accounts defense wanted unfrozen | 0.40 | $85.00 | $34.00 |
| 6/19/2008 | JW | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/19/2008 | MA | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/19/2008 | MS | Exchange e-mails with Gloria Shurette at Bank of North Georgia regarding wire transfer | 0.20 | $85.00 | $17.00 |
| 6/19/2008 | MS | Send e-mail to Marc Bearden at SunTrust regarding wire transfer | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | MS | Receive and review e-mail from Receiver regarding frozen accounts; telephone call to David Harris at Bovis Kyle to discuss accounts; e-mail David Harris with a list of contacts from banks who have received the 5/14/08 Order | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/19/2008 | MS | Receive and reply to e-mail from JC regarding letter to David Gaynes | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/19/2008 | MS | Draft and forward letter to Bank of North Georgia to wire $100,000 back to | 0.20 | $85.00 | $17.00 |

SunTrust

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2008 | PH | Telephone conference with EH regarding request for access and other information | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/19/2008 | PH | Email to MS regarding contact info for bank accounts | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Email to EH regarding tracking down employee files | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Email to EH regarding verifying information with employees | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Review Answer of Defendant Elliott Borenstein | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Review answer of Defendants Joann Winter | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Review Answer of Defendant DCC | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Review Answer of Defendant Digicom | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Receive and review email from MS to Attorney Harris regarding contacts at banks | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Receive and review email from EH regarding contact with defense counsel | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Receive and review Certificate of Interested Persons | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Exchange emails with JC regarding 401k and IRA accounts | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Exchange emails with EH regarding staffing | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Receive and review email from MS confirming transfer of $100K to | 0.00 | $215.00 | No Charge |

SunTrust

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Receive and review copy of letter from FTC to defense counsel regarding freeze as applied to family trust | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Exchange emails with EH regarding staffing in Roswell on Friday | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Receive and review email from JC regarding account information to defense counsel | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/19/2008 | PH | Receive and review copy of letter from Attorney Medlin regarding IRA and 401k accounts | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Receive and review letter from American Express regarding positive balance | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Telephone conference with Attorney Medlin regarding copying voice recordings | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Receive and review email from attorney Medlin regarding retainer balances | 0.20 | $215.00 | $43.00 |
| 6/19/2008 | PH | Exchange emails with EH regarding merchant processors | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/19/2008 | PH | Telephone conference with Attorney Harris regarding access to voice recordings | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Email to FTC regarding merchant processors | 0.10 | $215.00 | $21.50 |
| 6/19/2008 | PH | Review of evidence for additions to First Interim Report to ensure that report is as comprehensive as possible; draft substantial additions to First Interim Report; proof report | 6.10 | $215.00 | $1,311.50 |
| 6/20/2008 | CE | Numerous telephone conferences with Iron Mountain regarding unlocking shredder boxes at Direct Connection; several telephone conferences with | 4.50 | $85.00 | $382.50 |

Jayna Bell at Cbeyond regarding continuation of service; telephone call with Jayna Bell at Cbeyond regarding status of service; meet with EH regarding continued search of documents and information in J Winter's office; meet with MF regarding former employees of Digicom and Direct Connection; continue review of documents in J Winter's office

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/20/2008 | CM | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/20/2008 | JC | Teleconference and email with FTC about documenting customer service complaints and Attorney General and Better Business Bureau complaints | 0.50 | $85.00 | $42.50 |
| 6/20/2008 | JC | Email with EH about FTC, customer service, and the Encore report | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/20/2008 | JC | Review and correct Receiver's First Interim report | 0.00 | $85.00 | No Charge |
| | | | 0.90 | | No Charge |
| 6/20/2008 | JC | Set up team fielding customer calls at Roswell and Marietta office | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 6/20/2008 | JC | Email with Jayne Bell and CE about Cbeyond's relationship with Digicom and DCC | 0.30 | $85.00 | $25.50 |
| 6/20/2008 | JC | Revise and send out Georgia Department Of Labor letter | 0.20 | $85.00 | $17.00 |
| 6/20/2008 | JC | Draft letter to Dwight Roussell with questions about DCC | 0.50 | $85.00 | $42.50 |
| 6/20/2008 | JC | Discuss case with EH, including plans for potentially selling the furniture and computers, or subleasing the office and technology to another telemarketing firm | 0.00 | $85.00 | No Charge |
| | | | 0.70 | | No Charge |
| 6/20/2008 | JC | Research Barfield and Touchstar | 0.40 | $85.00 | $34.00 |

| 6/20/2008 | JC | Receive and review email from Cbeyond regarding Digicom and DCC account information | 0.10 | $85.00 | $8.50 |
|-----------|----|-----|------|--------|------|
| 6/20/2008 | JW | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/20/2008 | MA | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/20/2008 | PH | Meeting with FTC | 1.50 | $215.00 | $322.50 |
| 6/20/2008 | PH | Edit second draft of first Interim Report to add up-to-date statistics on live customer calls and voicemails | 0.60 | $215.00 | $129.00 |
| 6/20/2008 | PH | Telephone conference with EH regarding planning | 0.00 | $215.00 | No Charge |
|           |    |     | 0.30 |         | No Charge |
| 6/20/2008 | PH | Forward latest version of interim report to team members for additions and critique | 0.00 | $215.00 | No Charge |
|           |    |     | 0.10 |         | No Charge |
| 6/20/2008 | JC | Email with MS about letter to Dwight Roussell regarding his employment at DCC and the practices there | 0.00 | $85.00 | No Charge |
|           |    |     | 0.20 |         | No Charge |
| 6/20/2008 | JC | Receive and review Medlin correspondence regarding DCC accounts | 0.10 | $85.00 | $0.00 |
| 6/23/2008 | CE | Finalize letter to Georgia Department of Labor regarding termination of Direct Connection employees and forwarding TRO | 0.30 | $85.00 | $25.50 |
| 6/23/2008 | CE | Telephone conference with with Falcon Insurance Agency regarding insurance on 1958 Piper and 1971 Beech 58 | 0.30 | $85.00 | $25.50 |
| 6/23/2008 | CE | Telephone conference with Rob Barfield regarding termination of Digicom lease for Marietta office | 0.00 | $85.00 | No Charge |
|           |    |     | 0.20 |         | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 6/23/2008 | CE | Telephone conference with with Alec Vazquez requesting copy of Direct Connection agreement with LEAF | 0.30 | $85.00 | $25.50 |
| 6/23/2008 | CE | Telephone conference with two representatives of U.S. Bank Manifest Funding Services requesting a copy of contract with Direct Connection | 0.50 | $85.00 | $42.50 |
| 6/23/2008 | CE | Forward copy of Temporary Restraining Order to U.S. Bank Manifest Funding | 0.20 | $85.00 | $17.00 |
| 6/23/2008 | CE | Forward copy of Temporary Restraining Order to LEAF | 0.20 | $85.00 | $17.00 |
| 6/23/2008 | CE | Left message for Ken Leeds at Falcon Insurance Agency regarding coverage on planes owned by Ebor Management and Elliott Borenstein | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/23/2008 | CE | Forward email and TRO to Falcon Insurance Agency to obtain revised insurance quotes for both airplanes | 0.30 | $85.00 | $25.50 |
| 6/23/2008 | CE | Conduct online research of FAA records to determine registered owners of both planes | 0.80 | $85.00 | $68.00 |
| 6/23/2008 | CE | Meet with Receiver and EH regarding necessity of continuing insurance coverage on planes | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/23/2008 | CE | Second telephone call with Falcon Insurance Agency regarding revised quote for airplane insurance based on asset freeze and cost saving options for continued coverage | 0.30 | $85.00 | $25.50 |
| 6/23/2008 | CE | Conduct online research regarding registration on planes | 1.00 | $85.00 | $85.00 |
| 6/23/2008 | CE | Meet with Receiver, MF, EH, RW, JC and MS regarding status of investigation and next steps in handling claim | 0.00 | $85.00 | No Charge |
| | | | 0.70 | | No Charge |
| 6/23/2008 | CM | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |

| 6/23/2008 | JC | Review DCC documents that were placed in the Iron Mountain bin | 0.90 | $85.00 | $76.50 |
|---|---|---|---|---|---|
| 6/23/2008 | JC | Firm meeting to discuss case | 0.00<br>1.00 | $85.00 | No Charge<br>No Charge |
| 6/23/2008 | JC | Receive, review and respond to EH email about Borenstein's visit to the DCC office on 6/24 | 0.00<br><br>0.20 | $85.00 | No Charge<br><br>No Charge |
| 6/23/2008 | JC | Research and draft motion for inclusion of Ebor Management into the receivership | 2.00 | $85.00 | $170.00 |
| 6/23/2008 | JC | Review and respond to EH's DCC task list | 0.00<br>0.30 | $85.00 | No Charge<br>No Charge |
| 6/23/2008 | JW | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/23/2008 | MA | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/23/2008 | MS | Exchange e-mails with Janet Bullock of SunTrust Bank regarding Choice Accounts | 0.20 | $85.00 | $17.00 |
| 6/23/2008 | MS | Exchange e-mails with Receiver regarding Choice Advantage accounts at SunTrust Bank | 0.00<br><br>0.20 | $85.00 | No Charge<br><br>No Charge |
| 6/23/2008 | MS | Receive and review check back from employee Greg Laidler; prepare background check for new address; call employee to receive new address; re-send check | 0.20 | $85.00 | $17.00 |
| 6/23/2008 | MS | Attend firm meeting to discuss case | 0.00<br>1.00 | $85.00 | No Charge<br>No Charge |
| 6/23/2008 | PH | Meeting with team to set priorities for the week, track progress, and review new evidence | 0.90 | $215.00 | $193.50 |

| 6/23/2008 | PH | Meeting with EH regarding request for access to the office | 0.00 | $215.00 | No Charge |
|---|---|---|---|---|---|
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Exchange emails with MS regarding Choice Advantage accounts | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Receive and review email from EH regarding Borenstein access to office | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Email to MF regarding balance of SouthTrust accounts in the name of Choice Advantage and Choice Programs | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Record checking transactions in DCC B.N.G. account | 0.30 | $215.00 | $64.50 |
| 6/23/2008 | PH | Exchange emails with MF regarding Choice Advantage bank account balances | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Exchange emails with EH regarding possible sale of DCC offices to a going concern | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Receive and review email from EH regarding updated task list | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Receive and review email from MF regarding payee on check from Joann Winter | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Receive and review email from JC regarding Borenstein access | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Receive and review email from EH regarding access to the office | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Meeting with EH and CLE regarding insurance on airplanes | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/23/2008 | PH | Email from PMH regarding Hobbs | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/23/2008 | PH | Email from EH regarding Borenstein access to DCC offices | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/24/2008 | CE | Telephone conference with Chris Carl at U.S. Bank Manifest Funding regarding financing agreement with Direct Connection | 0.30 | $85.00 | $25.50 |
| 6/24/2008 | CE | Review and scan lease agreement received from LEAF | 0.50 | $85.00 | $42.50 |
| 6/24/2008 | CE | Conduct Lexis search for contact information on Direct Connection former manager Michelle Hosin | 0.70 | $85.00 | $59.50 |
| 6/24/2008 | CE | Exchange email with JC regarding contact information for Mischell Hosin | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/24/2008 | CE | Contact CitiBank to close account for credit card received for J Winter/Direct Connection | 0.40 | $85.00 | $34.00 |
| 6/24/2008 | CE | Draft voice mail script for shut down of Direct Connection | 0.20 | $85.00 | $17.00 |
| 6/24/2008 | CE | Telephone conference with Falcon Insurance regarding new quotes for insurance on planes; meet with EH regarding new quotes; forward email to Receiver and EH regarding insurance options | 0.50 | $85.00 | $42.50 |
| 6/24/2008 | CE | Online research to locate additional assets of parties to action and Barfield | 1.00 | $85.00 | $85.00 |
| 6/24/2008 | CE | Telephone conference with LEAF to follow up on request for copy of contract | 0.20 | $85.00 | $17.00 |
| 6/24/2008 | CE | Left voice mail message for Rob Barfield regarding lease at Digicom office; telephone conference with Robert Singleton regarding contacting Rob Barfield | 0.30 | $85.00 | $25.50 |
| 6/24/2008 | CE | Exchange emails with Ken Leeds at | 0.30 | $85.00 | $25.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Falcon Insurance regarding continued coverage of aircraft coverage | | | |
| 6/24/2008 | CE | Research to locate phone number for legal department at Citi to cancel account in name of Joann Winter/Direct Connection; left voice message for legal department regarding cancelling account; left second message with Veronica in legal department regarding cancelling the account | 0.30 | $85.00 | $25.50 |
| 6/24/2008 | CE | Receive and review mail from Digicom | 0.30 | $85.00 | $25.50 |
| 6/24/2008 | CM | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/24/2008 | JC | Begin research on Motion to include Joann Winter as receivership defendant, find several cases justifying appropriating Winter's assets into the Receivership estate | 0.30 | $85.00 | $25.50 |
| 6/24/2008 | JC | Research, write and finish motion to include Ebor Management as a Receivership defendant | 4.00 | $85.00 | $340.00 |
| 6/24/2008 | JC | Email with Receiver about Ebor Motion and possible summary judgment motion by the FTC | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/24/2008 | JW | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/24/2008 | MA | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/24/2008 | MS | Prepare and send out subpoenas to National Merchant Center, Chase Paymentech, Process America, Litle & Co. | 0.40 | $85.00 | $34.00 |
| 6/24/2008 | PH | Receive and review email from CLE regarding amounts due to vendors | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2008 | PH | Receive and review email from EH regarding asset summary sheet | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/24/2008 | PH | Receive and review email from CLE regarding insurance on plane | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/24/2008 | PH | Receive and review email from EH regarding aircraft and insurance on them | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/24/2008 | PH | Email from MF regarding P&L for DCC | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/24/2008 | PH | Receive and review 2008 financial statements and P&L adjusted to reflect legitimate sales | 0.40 | $215.00 | $86.00 |
| 6/24/2008 | PH | Receive and review email from CLE regarding aircraft insurance | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/24/2008 | CE | Telephone conference with Cindy at U.S. Bank Manifest regarding contract; left voice mail message for collections representative requesting copy of contract | 0.30 | $85.00 | $0.00 |
| 6/24/2008 | CE | Telephone conference with Georgia Power regarding continuation of service at Direct Connection office; transmit copy of TRO to Georgia Power to place account on hold | 0.50 | $85.00 | $0.00 |
| 6/25/2008 | CE | Telephone conference with EH regarding status of investigation and additional inquiries regarding Touchstar software and leases | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 6/25/2008 | CE | Forward email update to Receiver and EH regarding utilities for Direct Connection offices | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/25/2008 | CE | Update database with information recently uncovered in investigation | 1.40 | $85.00 | $119.00 |
| 6/25/2008 | CE | Receive and review finance agreement from U.S. Manifest Funding for Direct | 0.70 | $85.00 | $59.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Connection equipment; forward finance agreement to EH for review and outline outstanding amounts under agreement | | | |
| 6/25/2008 | CE | Telephone conference with Rob Glover at Falcon Insurance regarding revised aircraft quotes | 0.20 | $85.00 | $17.00 |
| 6/25/2008 | CE | Telephone conference with Rob Barfield regarding termination of Digicom lease of Marietta office | 0.20 | $85.00 | $17.00 |
| 6/25/2008 | CE | Review terms of lease with LEAF pursuant to demand letter received and forward to EH; email exchange with EH regarding LEAF's demand | 0.80 | $85.00 | $68.00 |
| 6/25/2008 | CE | Forward email to Receiver and EH regarding Barfield's question as to Digicom funds paying out the lease | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/25/2008 | CE | Left message for Veronica Paulsen at Citi regarding cancelling credit card in name of Direct Connection | 0.10 | $85.00 | $8.50 |
| 6/25/2008 | CE | Email exchange with EH regarding demand letter and action of LEAF; left message for Alex Vazquez regarding "Stay of Action" clause in TRO | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/25/2008 | CE | Forward email to Blue Cross/Blue Shield to confirm that payment was received and insurance still in force; send email to insurance agent to confirm insurance | 0.30 | $85.00 | $25.50 |
| 6/25/2008 | CE | Receive and review mail for Direct Connection and Digicom | 0.60 | $85.00 | $51.00 |
| 6/25/2008 | CE | Telephone conference with Office Depot regarding delivery made on June 6 | 0.50 | $85.00 | $42.50 |
| 6/25/2008 | CE | Receive and review revised quotes for aircraft insurance; forward quotes to Receiver and EH for review and approval; telephone conference with EH regarding binding coverage | 0.40 | $85.00 | $34.00 |

| 6/25/2008 | CM | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
|---|---|---|---|---|---|
| 6/25/2008 | JW | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/25/2008 | MA | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/25/2008 | MS | Exchange e-mails with MF regarding TRO to be forwarded to company housing Winter's boat | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/25/2008 | PH | Receive and review email from CLE regarding LEAF notice of acceleration | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/25/2008 | PH | Receive and review email from CLE regarding Digicom lease | 0.10 | $215.00 | $21.50 |
| 6/25/2008 | PH | Email from EH regarding sending a subpoena for accountants' working papers | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/26/2008 | CE | Conduct online research to determine identity of Dennis Tyner as he relates to Flying Dog and plane at PDK | 0.50 | $85.00 | $42.50 |
| 6/26/2008 | CE | Receive and review fax from American Express regarding merchant accounts and forward to EH for review | 0.20 | $85.00 | $17.00 |
| 6/26/2008 | CE | Left message for Office Depot store manager regarding purchase on June 6; telephone conference with store manager regarding purchase made on June 6 | 0.30 | $85.00 | $25.50 |
| 6/26/2008 | CE | Telephone conference with Maria at BCN Telecom regarding long distance service; forward TRO to BCN Telecom regarding Direct Connection account being placed on hold | 0.40 | $85.00 | $34.00 |
| 6/26/2008 | CE | Left message for Rob Glover at Falcon Insurance to bind insurance on aircraft; | 0.40 | $85.00 | $34.00 |

|  |  | telephone conference with Rob Glover binding insurance on both planes; meet with MS regarding mailing payment on June 27 for insurance |  |  |  |
|---|---|---|---|---|---|
| 6/26/2008 | CE | Left message for Tracy Long at Crown West Realty regarding termination of Digicom lease | 0.10 | $85.00 | $8.50 |
| 6/26/2008 | CE | Left message for Rob Barfield confirming termination of the Digicom Marietta lease | 0.10 | $85.00 | $8.50 |
| 6/26/2008 | CE | Telephone conference with Office Depot corporate office regarding cancelling Direct Connection corporate account; prepare letter to Office Depot and forward TRO to place corporate account on hold | 0.70 | $85.00 | $59.50 |
| 6/26/2008 | CE | Telephone conference with Peachtree DeKalb Airport authority regarding hangar lease and planes; second telephone conference with airport authority directing me to contact Jermaine Walker; review letter from PDK dated June 20 regarding cancellation of lease; conference with EH and JC regarding alleged empty hangar, contacting Jermaine Walker, and insurance needed for hangar lease | 0.80 | $85.00 | $68.00 |
| 6/26/2008 | CE | Telephone conference with Chris Carl at U.S. Manifest Funding to verify hold on Direct Connection account | 0.20 | $85.00 | $17.00 |
| 6/26/2008 | CE | Left voice mail message for Mark Sawyer regarding equipment purchased from Digicom; left second message for Mark Sawyer regarding equipment purchased from Digicom | 0.00 | $85.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 6/26/2008 | CE | Research to locate contact number for Santa Barbara Bank & Trust; several telephone calls with Santa Barbara Bank & Trust regarding commercial lease and purchase of agreement by LEAF | 0.70 | $85.00 | $59.50 |
| 6/26/2008 | CE | Forward email to Ken Farrell at | 0.80 | $85.00 | $68.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Touchstar regarding contract with Direct Connection; telephone conference with Laura Casselli regarding Direct Connection contract; forward email and TRO to Laura Casselli |  |  |  |
| 6/26/2008 | CE | Receive voice mail message from Citi Group regarding credit card in name of Joann Winter/Direction Connection; fax TRO to Citi Group to cancel account | 0.30 | $85.00 | $25.50 |
| 6/26/2008 | CM | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/26/2008 | JC | Review email and teleconference with EH and CE regarding potential new Borenstein plane at PDK | 0.00 | $85.00 | No Charge |
|  |  |  | 0.80 |  | No Charge |
| 6/26/2008 | JC | Email and teleconference with Jermaine Walker, PDK attorney regarding potential new plane at the PDK airport | 0.60 | $85.00 | $51.00 |
| 6/26/2008 | JW | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/26/2008 | MA | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/26/2008 | MS | Travel to post office; set up P.O. Box for refund requests to be sent to; return to office | 0.00 | $85.00 | No Charge |
|  |  |  | 0.40 |  | No Charge |
| 6/26/2008 | PH | Receive and review email from MF regarding summary of Barfield connection | 0.10 | $215.00 | $21.50 |
| 6/26/2008 | PH | Receive and review MF email on Barfield investments | 0.00 | $215.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/26/2008 | PH | Receive and review email from David Harris regarding LEAF | 0.10 | $215.00 | $21.50 |
| 6/26/2008 | PH | Receive and review emails from EH regarding nondisclosure language proposed by merchant processor | 0.00 | $215.00 | No Charge |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | | 0.20 | | No Charge |
| 6/26/2008 | PH | Receive and review email from EH regarding Flying Dog | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/26/2008 | PH | Email exchange with JC regarding planes at PDK | 0.20 | $215.00 | $43.00 |
| 6/26/2008 | PH | Exchange emails with MF regarding Florida condo | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/27/2008 | CE | Telephone conference with Citi Group confirming cancellation of account | 0.10 | $85.00 | $8.50 |
| 6/27/2008 | CE | Telephone conference with Rob Glover at Falcon Insurance to insure that certificate of insurance is issued for PDK and adding Receiver as named insured on policies | 0.60 | $85.00 | $51.00 |
| 6/27/2008 | CE | Telephone conference with Blue Cross Blue Shield to verify that health insurance is still active | 0.20 | $85.00 | $17.00 |
| 6/27/2008 | CE | Update data base with information recently discovered | 1.20 | $85.00 | $102.00 |
| 6/27/2008 | CE | Telephone conference with Allstate Insurance agent office regarding premium due for coverage on Excursion | 0.20 | $85.00 | $17.00 |
| 6/27/2008 | CE | Left voice mail for Rob Glover regarding coverage under aircraft policy for PDK; forward email to Rob Glover regarding coverage under aircraft policy for PDK | 0.30 | $85.00 | $25.50 |
| 6/27/2008 | CE | Telephone conference with with AT&T regarding disconnection notice received | 0.50 | $85.00 | $42.50 |
| 6/27/2008 | CE | Review bank statements for receipt of money from Pine Tree Teleservices; conference with EH regarding attempts to contact Pine Tree; forward email to EH regarding funds from Pine Tree | 0.30 | $85.00 | $25.50 |
| 6/27/2008 | CE | Conference with EH regarding status of insurance and leases | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 6/27/2008 | CE | Meet with Receiver regarding payments needed to bind aircraft insurance and continue automobile insurance | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/27/2008 | CE | Deliver payment to Allstate to insure continuation of automobile insurance | 0.50 | $85.00 | $42.50 |
| 6/27/2008 | CE | Second telephone conference with Blue Cross Blue Shield regarding continuation of coverage | 0.20 | $85.00 | $17.00 |
| 6/27/2008 | CE | Re-transmit cancellation notice for health insurance coverage of Precelia Scott | 0.10 | $85.00 | $8.50 |
| 6/27/2008 | CE | Telephone conference with BCN to insure no interruption of service | 0.20 | $85.00 | $17.00 |
| 6/27/2008 | CE | Set up tracking form for checks written on behalf of defendant companies | 0.40 | $85.00 | $34.00 |
| 6/27/2008 | CE | Exchange emails with EH and JC regarding ownership of plane at PDK; online research to determine corporate documents for Flying Dog available through Secretary of State's office | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 6/27/2008 | CM | Sort, organize and respond to chargebacks | 5.00 | $15.00 | $75.00 |
| 6/27/2008 | JC | Leave voicemail for Jermaine Walker and email EH about plane | 0.20 | $85.00 | $17.00 |
| 6/27/2008 | JC | Review letter and teleconference with EH and CE about possible new plane at PDK | 0.90 | $85.00 | $76.50 |
| 6/27/2008 | JC | Review of email and teleconference with EH and CE about possible location of plane at Peachtree DeKalb | 0.00 | $85.00 | No Charge |
| | | | 0.70 | | No Charge |
| 6/27/2008 | JC | Research, write and draft motion to include Joann Winter as a receivership defendant | 4.00 | $85.00 | $340.00 |
| 6/27/2008 | JC | Research, write and draft motion to include James Barfield as a receivership | 4.00 | $85.00 | $340.00 |

defendant

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 6/27/2008 | JC | Discuss potential Borenstein plane locations and potential DCC violations of the order with CE | 0.20 | $85.00 | $17.00 |
| 6/27/2008 | JW | Check voicemails left by customers who wish to be refunded and/or cancel service | 5.00 | $15.00 | $75.00 |
| 6/27/2008 | MA | Answer telephone calls from customers who wish to be refunded and/or cancel service; update product information spreadsheet | 5.00 | $15.00 | $75.00 |
| 6/27/2008 | PH | Receive and review email from CLE to defense counsel regarding settlement meeting | 0.10 | $215.00 | $21.50 |
| 6/27/2008 | PH | Receive and review emails from CLE and EH regarding Flying Dog connection | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/27/2008 | PH | Exchange emails with EH regarding Litle & Co. proposed protective order. | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/27/2008 | PH | Telephone conference with EH regarding assignments to be completed for inclusion in First Interim Report | 0.00 | $215.00 | No Charge |
| | | | 0.40 | | No Charge |
| 6/27/2008 | PH | Email from EH regarding rent on DCC offices | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/27/2008 | PH | Telephone conference with JC regarding motions | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/27/2008 | PH | Receive and review email from CLE regarding insurance on Excursion | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/27/2008 | PH | Exchange emails with counsel Jay Nohr regarding meeting to discuss expanding receivership | 0.10 | $215.00 | $21.50 |
| 6/27/2008 | PH | Receive and review email from CLE regarding notice of receivership to DCC | 0.00 | $215.00 | No Charge |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | vendor |  |  |  |
|  |  |  | 0.10 |  | No Charge |
| 6/27/2008 | PH | Email from EH regarding PDK planes and plan of action | 0.00 | $215.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/27/2008 | PH | Telephone conference with EH and attorneys for merchant processors | 0.00 | $215.00 | No Charge |
|  |  |  | 0.70 |  | No Charge |
| 6/27/2008 | PH | Telephone conference with EH regarding confidentiality language | 0.00 | $215.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/27/2008 | PH | Telephone conference with EH regarding call with attorneys for merchant processors | 0.00 | $215.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 6/27/2008 | PH | Meeting with CLE regarding airplanes, hangars and insurance coverage | 0.00 | $215.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 6/27/2008 | JC | Email with EH, CE and others regarding new plane at the PDK airport and steps to secure it | 0.00 | $85.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/27/2008 | JC | Discuss various motions to include Ebor, Barfield and Winter as receivership defendants with the Receiver | 0.00 | $85.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/30/2008 | CE | Update data base with additional facts/information | 1.00 | $85.00 | $85.00 |
| 6/30/2008 | CE | Left message for Laura Casselli at Touchstar regarding contract with Direct Connection | 0.20 | $85.00 | $17.00 |
| 6/30/2008 | CE | Receive and review payment record from Peachtree DeKalb Airport | 0.10 | $85.00 | $8.50 |
| 6/30/2008 | CE | Email exchange with EH regarding Touchstar, canceling Roswell lease and status of investigation | 0.00 | $85.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 6/30/2008 | CE | Second telephone conference with | 0.20 | $85.00 | $17.00 |

|  |  | Major Parr regarding contacting companies that lease hangars at Gwinnett County Airport | | | |
|---|---|---|---|---|---|
| 6/30/2008 | CE | Draft and finalize letter to Roswell Business Center terminating Direct Connection lease | 0.50 | $85.00 | $42.50 |
| 6/30/2008 | CE | Left voice mail message for Shawn Suhrstedt at Touchstar regarding software capabilities | 0.10 | $85.00 | $8.50 |
| 6/30/2008 | CE | Email exchange with MS regarding plane and contact with Gwinnett County Airport; conference with Receiver regarding locating plane in Gwinnett County | 0.30 | $85.00 | $25.50 |
| 6/30/2008 | CE | Telephone conference with PDK regarding clarification of information | 0.20 | $85.00 | $17.00 |
| 6/30/2008 | CE | Meet with MS regarding plane in Lawrenceville | 0.00 | $85.00 | No Charge |
|  |  |  | 0.30 |  | No Charge |
| 6/30/2008 | CE | Conduct online research to determine if any airplanes are registered to Atlanta Aviation, Flying Dog, Gilbor Aviation and if Peter Galfas is a registered FAA pilot | 1.00 | $85.00 | $85.00 |
| 6/30/2008 | CE | Conduct online Lexis and Georgia Secretary of State search for identity and association of Brian Hosch | 1.00 | $85.00 | $85.00 |
| 6/30/2008 | CE | Telephone conference with Ken Leeds at Falcon Insurance regarding policies and limits on issuing insurance | 0.30 | $85.00 | $25.50 |
| 6/30/2008 | CE | Conduct online research to determine ownership of plane previously insured by Elliott Borenstein pursuant to information obtained from Falcon Insurance | 0.50 | $85.00 | $42.50 |
| 6/30/2008 | CE | Left second message for Laura Casselli at Touchstar regarding Direct Connection services | 0.00 | $85.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/30/2008 | CE | Left message for Mark Sawyer at Pine Tree regarding equipment purchased | 0.00 | $85.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | from Digicom | | | |
| | | | 0.10 | | No Charge |
| 6/30/2008 | CE | Left message for Christina Brown regarding termination of Digicom lease | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/30/2008 | CE | Telephone conference with Major Parr regarding plane at Briscoe Field in Gwinnett County | 0.20 | $85.00 | $17.00 |
| 6/30/2008 | CE | Left voice mail message for Ken Farrell at Touchstar regarding software and possible mass cancellation options | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/30/2008 | CE | Second review of bank statements in attempt to locate funds wired from Pine Tree Teleservices | 0.50 | $85.00 | $42.50 |
| 6/30/2008 | CE | Extensive online research into ownership of planes and helicopters by Elliott Borenstein, Joann Winters, James Barfield, et al. | 0.50 | $85.00 | $42.50 |
| 6/30/2008 | JC | Revise and edit Barfield motion | 0.00 | $85.00 | No Charge |
| | | | 0.80 | | No Charge |
| 6/30/2008 | MS | Exchange e-mails with Janet Bullock regarding transfer of Choice Advantage accounts | 0.20 | $85.00 | $17.00 |
| 6/30/2008 | PH | Exchange emails with EH regarding Litle & Co. | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/30/2008 | PH | Receive and review draft of new voicemail message and edit | 0.40 | $215.00 | $86.00 |
| 6/30/2008 | PH | Edits to First Interim Report | 0.00 | $215.00 | No Charge |
| | | | 2.50 | | No Charge |
| 6/30/2008 | PH | Retrieve additional statistics for inclusion in Receiver's First Interim Report | 0.80 | $215.00 | $172.00 |
| 6/30/2008 | PH | Exchange emails with EH regarding proposed protective order submitted by counsel for merchant processor | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 6/30/2008 | PH | Meeting with JC regarding staffing at Roswell office | 0.10 | $215.00 | $21.50 |
| 7/01/2008 | JC | Teleconference with Jermaine Walker regarding the planes at the PDK airport | 0.30 | $85.00 | $25.50 |
| 7/01/2008 | JC | Receive and review emails from EH, CE, and MS regarding planes; review documents on planes; teleconference and email with Jermaine Walker regarding planes | 1.00 | $85.00 | $85.00 |
| 7/01/2008 | MS | Exchange e-mails with Janet Bullock of SunTrust | 0.20 | $85.00 | $17.00 |
| 7/01/2008 | PH | Telephone conference with EH regarding discussions with credit card processor regarding production of documents | 0.20 | $215.00 | $43.00 |
| 7/01/2008 | PH | Meeting with JC regarding revisions to Motion to Expand Receivership | 0.20 | $215.00 | $43.00 |
| 7/01/2008 | PH | Receive and review draft Motion to Expand Receivership and make edits | 0.50 | $215.00 | $107.50 |
| 7/01/2008 | PH | Exchange emails with MF regarding DCC ownership and tax return information | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/01/2008 | PH | Email to EH regarding Interim Report punch list | 0.00 | $215.00 | No Charge |
| | | | 0.30 | | No Charge |
| 7/01/2008 | PH | Exchange emails with EH regarding DCC ownership | 0.00 | $215.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/01/2008 | PH | Exchange emails with EH regarding Interim Report Punch list | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | PH | Exchange emails with MF regarding DCC ownership and payments to EBOR and Elliott Borenstein | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | PH | Exchange emails with CLE regarding prescripts | 0.00 | $215.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | | 0.10 | | No Charge |
| 7/01/2008 | PH | Email from JC regarding attempts to get information from GGW | 0.10 | $215.00 | $21.50 |
| 7/01/2008 | PH | Receive and review email from JC regarding interview with Warren Hudson | 0.10 | $215.00 | $21.50 |
| 7/01/2008 | PH | Meeting with JC regarding interview with Warren Hudson | 0.10 | $215.00 | $21.50 |
| 7/01/2008 | PH | Exchange emails with CLE regarding pre-scripts | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | PH | Exchange emails with EH regarding chargeback statistics | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | PH | Add information and statistics to First Interim Report | 2.40 | $215.00 | $516.00 |
| 7/01/2008 | PH | Edit draft of motion to name Ebor as a Receivership entity | 1.20 | $215.00 | $258.00 |
| 7/01/2008 | PH | Exchange emails with MF regarding boat | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | PH | Receive and review email from CLE regarding Encore | 0.10 | $215.00 | $21.50 |
| 7/01/2008 | JC | Research, edit and revise Ebor motion | 5.50 | $85.00 | $467.50 |
| 7/01/2008 | JC | Receive and review email from the Receiver regarding revisions to Ebor and Barfield motions | 0.20 | $85.00 | $17.00 |
| 7/01/2008 | PH | Receive and review emails from EH, CE, and MS regarding planes, review documents on planes, teleconference and email with Jermaine Walker regarding planes | 0.60 | $215.00 | $129.00 |
| 7/02/2008 | CE | Review Receiver's Interim Report and begin compiling exhibits | 2.50 | $85.00 | $212.50 |
| 7/02/2008 | CE | Conference with EH and PH regarding termination of lease and vacating premises | 0.50 | $85.00 | $42.50 |

| 7/02/2008 | CE | Telephone conference with David Tucker at Gwinnett County Airport regarding lease holders | 0.20 | $85.00 | $17.00 |
|-----------|-----|---|------|--------|--------|
| 7/02/2008 | CE | Telephone conference with Aero Industries regarding subleasing of hangar space and forward TRO | 0.30 | $85.00 | $25.50 |
| 7/02/2008 | CE | Continue research into ownership of various entities tied to Receivership Defendants and assets | 0.90 | $85.00 | $76.50 |
| 7/02/2008 | CE | Email exchange with EH regarding specific facts contained in Interim Report | 0.50 | $85.00 | $42.50 |
| 7/02/2008 | CE | Receive voice mail messages from Lowe Aviation, TouchStar and attorney for Marietta landlord | 0.20 | $85.00 | $17.00 |
| 7/02/2008 | CE | Left voice mail message for Shawn Suhrstedt returning his call and stating Receiver's need for access to Touchstar software | 0.20 | $85.00 | $17.00 |
| 7/02/2008 | CE | Telephone conference with Major Parr regarding contact with lease holders at Gwinnett County Airport | 0.20 | $85.00 | $17.00 |
| 7/02/2008 | CE | Telephone conference with  Stephanie Friese regarding Digicom lease in Marietta | 0.20 | $85.00 | $17.00 |
| 7/02/2008 | CE | Forward email to Cbeyond to verify that account is frozen and there will be no interruption in service | 0.20 | $85.00 | $17.00 |
| 7/02/2008 | CE | Telephone conference with Blue Cross Blue Shield regarding continuation of coverage; email exchange with EH regarding status of health insurance | 0.30 | $85.00 | $25.50 |
| 7/02/2008 | CE | Review motion to add Ebor as receivership defendant | 0.30 | $85.00 | $25.50 |
| 7/02/2008 | JC | Interview with Warren Hudson | 0.20 | $85.00 | $17.00 |
| 7/02/2008 | JC | Research and revise Winter motion for expansion of the Receivership | 5.50 | $85.00 | $467.50 |

| 7/02/2008 | JC | Review agent compensation information for the first Interim Report | 0.80 | $85.00 | $68.00 |
| 7/02/2008 | PH | Finalize First Interim Report, adding additional facts to bring the report up to date, and to accurately reflect the motion to be filed contemporaneously with the report | 1.30 | $215.00 | $279.50 |
| 7/02/2008 | PH | Finalize motion to expand receivership, review declaration of Michelle Fox and ensure that all exhibits are attached | 1.90 | $215.00 | $408.50 |
| 7/02/2008 | PH | Meetings with JC regarding motion to expand receivership | 0.20 | $215.00 | $43.00 |
| 7/02/2008 | PH | Meeting with JC regarding Motion to Expand Receivership | 0.20 | $215.00 | $43.00 |
| 7/02/2008 | PH | Exchange emails with MF regarding Ebor receipts | 0.20 | $215.00 | $43.00 |
| 7/02/2008 | PH | Exchange emails with EH regarding final changes to First Interim Report | 0.40 | $215.00 | $86.00 |
| 7/02/2008 | PH | Receive and review emails regarding Galfas's access to premises | 0.20 | $215.00 | $43.00 |
| 7/02/2008 | JC | Speak with GGW representatives regarding disclosure of DCC sales and cancellation information | 0.60 | $85.00 | $51.00 |
| 7/03/2008 | JC | Meet with the Receiver regarding motions to expand the Receivership | 0.20 | $85.00 | $17.00 |
| 7/03/2008 | PH | Telephone conference with EH and MF regarding assignment regarding CA and CP and staffing next week | 0.20 | $215.00 | $43.00 |
| 7/07/2008 | JC | Email with MS regarding Major Parr and the plane at the Gwinnett airport | 0.40 | $85.00 | $34.00 |
| 7/07/2008 | JC | Research and update Winter accounting information for the motion | 1.20 | $85.00 | $102.00 |
| 7/07/2008 | JC | Review and act on various DCC documents left by the Receiver on my desk | 1.50 | $85.00 | $127.50 |

| 7/07/2008 | JC | Research and update accounting information to revise Winter motion for expansion of the Receivership | 2.50 | $85.00 | $212.50 |
|---|---|---|---|---|---|
| 7/07/2008 | PH | Receive and review notice of docket entry and FTC's Motion to Strike Jury Demand | 0.10 | $215.00 | $21.50 |
| 7/07/2008 | PH | Receive and review defendants brief in opposition to preliminary injunction and asset freeze | 0.50 | $215.00 | $107.50 |
| 7/08/2008 | JC | Send order to Bald Ridge Marina along with a request for information about Joann Winter's boat | 0.30 | $85.00 | $25.50 |
| 7/08/2008 | MS | Telephone conference with Major Parr regarding planes at Gwinnett County Airport | 0.20 | $85.00 | $17.00 |
| 7/08/2008 | MS | Send e-mail to team regarding conversation with Major Parr | 0.10 | $85.00 | $8.50 |
| 7/09/2008 | JC | Review and organize Kentucky customers and email to EH and the Kentucky AG | 0.70 | $85.00 | $59.50 |
| 7/09/2008 | MS | Receive and review e-mail from JC regarding Todd Cormack | 0.10 | $85.00 | $8.50 |
| 7/09/2008 | PH | Telephone conference with FTC regarding conversation with couple from AR who are still being billed despite cancellation. | 0.20 | $215.00 | $43.00 |
| 7/09/2008 | PH | Telephone conference with EH regarding follow up on call from FTC | 0.20 | $215.00 | $43.00 |
| 7/10/2008 | JC | Left voicemail for Dennis Tyner | 0.00 0.20 | $85.00 | No Charge No Charge |
| 7/10/2008 | JC | Spoke to William Moscow about his relationship with Ebor | 0.30 | $85.00 | $25.50 |
| 7/10/2008 | PH | Receive and review emails from EH to merchant card processors | 0.20 | $215.00 | $43.00 |
| 7/10/2008 | PH | Telephone conference with EH regarding priority action items | 0.20 | $215.00 | $43.00 |

| Date | | Description | | | |
|------|----|-------------|------|--------|--------|
| 7/11/2008 | JC | Teleconference with Gary Gilmer regarding his relationship with Ebor and DCC | 0.30 | $85.00 | $25.50 |
| 7/11/2008 | JC | Left voicemail for Tim Walters | 0.20 | $85.00 | $17.00 |
| 7/11/2008 | JC | Teleconference with Todd Cormack regarding customer service system at DCC and how to download the data from it | 0.40 | $85.00 | $34.00 |
| 7/11/2008 | PH | Exchange emails with FTC regarding briefs due on Monday | 0.20 | $215.00 | $43.00 |
| 7/13/2008 | PH | Receive and review latest draft of Winter motion and Fox declaration in support | 0.20 | $215.00 | $43.00 |
| 7/13/2008 | PH | Revise Winter motion | 0.40 | $215.00 | $86.00 |
| 7/13/2008 | PH | Email to JC regarding Winter motion | 0.10 | $215.00 | $21.50 |
| 7/14/2008 | CE | Receive and review two emails from Blue Cross/Blue Shield regarding health insurance policy | 0.20 | $85.00 | $17.00 |
| 7/14/2008 | CE | Receive and review list of contact information for hangar leases at Gwinnett County Airport | 0.20 | $85.00 | $17.00 |
| 7/14/2008 | CE | Review mail received for prior weeks for necessary handling/processing | 1.00 | $85.00 | $85.00 |
| 7/14/2008 | PH | Receive and review FTC's Brief in support of preliminary injunction and asset freeze | 0.50 | $215.00 | $107.50 |

| | | |
|---|---|---|
| | Total Fees | $19,362.50 |

### Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 6/26/2008 | P.O. Box Set-up Fee | 1.00 | $106.00 |
| 6/27/2008 | May/June Scanned Copies | 7,116.00 | No Charge |
| 6/27/2008 | May/June Photocopies | 3,592.00 | No Charge |
| 6/30/2008 | May/June Faxes | 279.00 | No Charge |

| | | | |
|---|---|---|---|
| 6/30/2008 | PACER Charges | 1.00 | No Charge |
| 6/30/2008 | Mileage for Cherie Eason (June) | 128.00 | No Charge |
| 7/14/2008 | LexisNexis/SmartLinx Reports | 1.00 | No Charge |

|  | Total Expenses | $106.00 |
|---|---|---|
| Total New Charges | | $19,468.50 |
| Previous Balance | | $29,927.43 |
| 8/13/2008   Payment | | $-29,927.43 |
| Total Payments and Credits | | $-29,927.43 |
| Balance Due | | $19,468.50 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| Cherie Eason | 67.70 | $85.00 |
| Chris Massad | 50.00 | $15.00 |
| Jamie Carroll | 48.50 | $85.00 |
| Jordan Wendt | 50.00 | $15.00 |
| Michael Adams | 50.00 | $15.00 |
| Melanie Smith | 2.70 | $85.00 |
| Pat Huddleston | 33.10 | $215.00 |