Pat Huddleston
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Date: 10/30/2008

Regarding:  FTC v. Direct Connection Consulting, Inc., et al.
Invoice No:   00002

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 6/16/2008 | EH | Transfer and review customer calls information from email to thumb drive; load information to workstation for updating; telephone conference with Matthew Russell at 19 Communications regarding update on case; update task list priorities and email to Receiver; review Blue Cross/ Blue Shield health insurance status with CE; receive and review email from JC regarding tasks; send email reply; file discovery documents; receive and review emails from MF regarding remote access to Kim Jenkins computer; install remote login software on KJ computer; telephone conference with MF regarding remote access; receive and review emails from CE and JC regarding COBRA notices for terminated employees; send email reply with instructions for edits; re-save first draft of Interim Report without formatting; draft and send email to team with updated task list and unformatted Interim Report draft for editing; send email to MF and CE regarding access to reports on KJ desktop; edit Receiver's draft of First Interim Report; discuss task update with CE and prioritize; telephone conference with JC | 3.90 | $105.00 | $409.50 |

Exhibit B

and MH to arrange staffing for tomorrow; receive and review emails from Craig Rickard at Process America regarding merchant account data; draft and send email reply; telephone conference with Robert Singleton regarding access to QuickBooks information for Digicom; telephone conference PMH for password information; leave voicemail; receive and review email from JC regarding updated contact information; send email reply; receive and review email from Litle & Co. counsel regarding documentation requested; send email reply with updated request for documents

| | | | | | |
|---|---|---|---|---|---|
| 6/16/2008 | MF | Review QuickBooks file for Direct Connection, Choice Advantage and Ebor; Look for merchant connection between Leisure Choice, Savers Choice, Choice Advantage and Direct Connection | 3.90 | $145.00 | $565.50 |
| 6/17/2008 | EH | Review financial statements produced by principals; review task list priorities; send email to Regie Campbell regarding call center expertise; send email to John Van Slooten at VVS Capital; send email to PMH regarding access to QuickBooks data on Kim Jenkins' computer; receive and review email reply; receive and review emails from JC regarding Digicom lease obligation; send email replies; receive and review emails from JC regarding gas shutoff notice; send email replies; receive and review emails from JC regarding West Virginia hangar rental; forward to CE for further investigation; receive and review emails from CE and JC regarding FCC complaint; send email reply and forward document to CE for follow up; receive and review email from JC regarding Encore Marketing documents produced; draft and send email to group regarding Digicom office space; meet with Receiver to discuss Cynergy documentation; Receive and review email from Steve Sandler regarding National Merchant Center documentation requested; draft and | 2.90 | $105.00 | $304.50 |

send email reply; receive and review email from CE regarding ADP and PayChex returned deposits; sent email reply; receive and review email from MS regarding additional payroll checks to be delivered to DC Roswell office; receive and review email from MS regarding letter from Charles Medlin; receive and review emails from JC and Receiver regarding empty voicemail box; send email reply to group; receive and review email from MS, JC, and Receiver regarding SunTrust pending transfers; receive and review email from Receiver regarding Digicom space and contents removal; draft and send email to team regarding Wednesday staffing; receive and review email from Jennifer McBrierty of Cornerstone Marketing regarding documentation requested; send email reply; telephone conference with JC to discuss next day's tasks

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/17/2008 | MF | Review personal financial Statement for J. Winter to look for assets, identified and unidentified; review SmartLinx report for additional assets;  meet with EH to review information gathered, discuss what to prioritize, put on hold and look at in more detail | 4.50 | $145.00 | $652.50 |
| 6/18/2008 | EH | Review Borenstein/Barfield email exchanges for leads on truck and Cynergy; send email reply to PMH regarding password updates in Summary Sheet; receive and review email from MS regarding faxes received; draft and send email reply to group regarding bank accounts; receive and review email reply from Receiver; receive and review email response from JC regarding task list; send email reply with updates; send email to JC and CE regarding Cynergy search; telephone conference with CE to discuss chargeback notices and Digicom mail; exchange emails with JC regarding task updates; receive and review email from JC regarding voicemails logged June 17; receive and review email from MF regarding documentation request to accountants; edit draft and send email | 3.50 | $105.00 | $367.50 |

reply; receive and review emails from JC regarding FTC data received; edit draft of First Interim Report; receive and review email from CE regarding Iron Mountain; send email response; receive and review email response from Steve Sandler regarding NMC documentation requested; telephone conference with Regie Campbell for referral to call center subject matter expert; telephone conference with CE to clarify status of COBRA issues; receive download of voicemail and live call data; receive and review email from Receiver regarding defense request for defendant IRA account documentation; assist JC in locating IRA account statements and Winter credit report; send email to Receiver with draft updates

| Date | | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 6/18/2008 | MF | Work on contacting CPA firms regarding information they may have on entities involved in case;  analyze numbers provided by United Marketing; review new personal financial statements and tax returns, received on 6/17/08 from defense counsel, to determine what additional information is needed, CPA firms to contact, and begin tying bank account information provided with information previously collected | 4.40 | $145.00 | $638.00 |
| 6/19/2008 | EH | Send email response to MS regarding Warren Hudson SmartLinx; download and review Customer Service Voicemail and Live call data; exchange emails with Receiver regarding vendor data for First Interim Report; meet with Jeff Smith and Peter Galfas for voicemail recordings copy process; review merchant processor data with JC; perform statistical analysis on voicemail and live Customer Service Calls received; exchange update emails with Receiver | 2.10 | $105.00 | $220.50 |
| 6/19/2008 | EH | Receive and review email from Receiver regarding Interim Report review; receive and review email from Receiver regarding agent compensation | 4.50 | $105.00 | $472.50 |

confirmation; draft and send email reply to team; telephone conference with Receiver regarding David Harris and Jeff Smith contact to arrange database copy; receive and review email from Jennifer McBrierty with documentation requested; receive and review email from Receiver regarding employee interviews; forward to JC for follow up; discuss QuickBooks progress and employee record search with MF; review Customer Service area progress with CM; telephone conference with David Harris and Jeff Smith to arrange appointment with Peter Galfas; send email update to Receiver; update task list priorities and print and distribute to team; receive and review email from JC regarding IRA account info; edit email and reply to JC for forwarding to Receiver; draft and send email to team regarding today's priorities and capacity; receive and review voicemail messages; telephone conference with CE regarding updated task list; telephone conference with Jeff Smith to confirm afternoon appointment with Peter Galfas and David Harris; telephone conference with David Harris to confirm afternoon appointment with Peter Galfas and Jeff Smith; discuss Nicole Hemmings phone interview with JC; send email to Receiver regarding agent compensation and product mix; telephone conference with David Harris regarding appointment time; telephone conference with Jeff Smith to adjust time; email agent compensation info to Receiver; receive and review task list email response from CE; receive and review email from MS regarding mail received; send email response with follow up instructions; send follow up email to MS regarding Hudson SmartLinx; receive National Merchant Center FedEx of chargeback notices; forward to JC for processing; review Customer Service priorities with JC and CM; receive and review email response from MS regarding Hudson SmartLinx; exchange emails with Receiver regarding tomorrow's staffing needs

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2008 | MF | Locate various document bank statements; compare employee list between DCC and Digicom to look for employees that may have been fired from Digicom (rogue employees) and hired by DCC; look for bank statements for LOC on the Destin property to determine if payments were made out of DCC bank account | 3.50 | $145.00 | $507.50 |
| 6/20/2008 | EH | Review task list status with team and assign priorities; send email to team with updated task list; receive and review email from Receiver with latest draft of Interim Report for editing; edit second draft of First Interim Report; receive and review email from JC with edits of Interim Report; receive and review email from MS regarding assigned tasks; receive and review email from JC regarding revised Georgia Department of Labor letter; draft and send email reply to group; receive and review email from MS with fax from Charles Medlin regarding IRA accounts; receive and review email response from JC regarding Georgia Department of Labor letter; receive and review email response from CE regarding Georgia Department of Labor letter; send edited draft of Interim Report to Receiver; receive and review email from Receiver regarding changing voicemail message; telephone conference with Receiver regarding logistical adjustments; discuss possible asset liquidation scenarios with JC; telephone conference with Tut Smith at Clear Harbor for input on Call Center business; leave voicemail; send email follow up to Tut Smith at Clear Harbor; review Warren Hudson SmartLinx report; receive and review email from PMH regarding voicemail recorder; draft and send email reply; receive and review email from CE regarding Cbeyond request for authorization; draft and send email reply; receive and review email from JC regarding interview letter to Dwight Roussell; send email reply; receive and review voicemail from | 4.50 | $105.00 | $472.50 |

Matthew Russell at 19
Communications; telephone conference
with Matthew Russell at 19
Communications regarding claims
process; discuss processor document
search with JC; receive and review
email from Jennifer McBrierty at
Cornerstone Marketing with attached
documents; send email reply; send
email to Receiver with updated task list
and request for conference call

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 6/20/2008 | MF | Trace money coming into Ebor back to source; determine "sales" income came from Direct Connection, Digicom, and other related entities | 6.10 | $145.00 | $884.50 |
| 6/23/2008 | EH | Receive and review email response from defense counsel regarding Borenstein access to Roswell office; forward email notice to Receiver and team; telephone conference with VISA legal department regarding acquirer Operating Regulations; email copy of Order to Kathy Potter at VISA; receive and review email response from Kathy Potter at VISA; telephone conference with Kathy Potter at VISA to follow up; review documents produced by Cornerstone Marketing; prepare and forward to MT for Bates numbering; extract and save Cornerstone files with DC and DG order information for Method and United Marketing Group; review United Marketing Group documents produced for comparison; review Encore documents produced and analyze cancellation data for comparison | 2.80 | $105.00 | $294.00 |
| 6/23/2008 | EH | Receive and review email from CE regarding Iron Mountain; send email reply; receive and review email from CE regarding JoAnn Winter check from Carl Hobbs; draft and send email reply to team; receive and review email from JC regarding task list update; review task list and update for team meeting; receive and review email reply from Receiver regarding Carl Hobbs check; receive and review email from MF regarding Hobbs check; telephone | 3.70 | $105.00 | $388.50 |

conference with Tut Smith at Clear Harbor; team conference call to establish goals and assignments for the week; update task list for meeting items and send email distribution to team; receive and review email response from PMH regarding Carl Hobbs; receive and review email from Litle & Co. counsel regarding documents requested; telephone conference with Tut Smith at Clear Harbor; receive and review voicemail from Tut Smith at Clear Harbor; send email to Tut Smith regarding afternoon call; receive and review email from CE regarding revised Georgia Department of Labor letter; telephone conference with defense counsel regarding request for office access and flight manuals/records; receive and review email reply from PMH regarding auction company conference call appointment; receive and review email request from defense counsel for access to Roswell office; forward email to Receiver and team; discuss response with Receiver; draft and send email response to David Harris regarding defendant access; receive and review email response from JC regarding defendant access; discuss aircraft insurance renewal with CE and Receiver; send email reply to PMH and JC regarding Friday conference call; send email request to team for Michelle Hosin contact info; telephone conference with Tut Smith of Clear Harbor regarding call center business; send follow up email to group with feedback; receive and review email from MF regarding schedule in Roswell office; send email reply; receive and review email from defense counsel regarding Borenstein access to office; send email reply

| Date | | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 6/23/2008 | MF | Continue tracing "sales" recorded in Ebor back to source; staff meeting regarding additional investigation; trace transactions on Bank of America LOC statements to DCC QuickBooks file | 6.50 | $145.00 | $942.50 |

| 6/24/2008 | EH | Email Asset Summary Sheet request to group; receive and review email from MT regarding Bates numbers for Cornerstone Marketing documents produced; telephone conference with JC to review yesterday's progress in Roswell office; discuss updated progress on tasks with CE; update task list priorities; receive and review email from CE regarding Michelle Hosin contact information; send email to JC regarding Dwight Roussell letter; receive and review email reply from JC; receive and review email from CE regarding proposed voicemail script; telephone conference with MF to discuss progress on tasks; receive and review email from Matthew Russell from 19 Communications regarding deactivation file; edit CE voicemail script draft and email to CE; discuss credit card processor documentation requests with Receiver; draft subpoena attachment for sending to processors; forward to MS and MT for printing, signing, and mailing; send email reply to CE regarding aircraft insurance coverage; receive and review email from CE regarding aircraft insurance; draft and send reply to CE and Receiver; receive and review email response from Litle & Co. counsel regarding subpoena;  travel to Roswell DC office; telephone conference with Jonathan Olsson regarding Litle subpoena; consult with MF regarding findings on Receivership Defendants' income statements after adjustments based on cancellation history; discuss progress on drafting motion to expand receivership to include Ebor Management with JC; telephone conference with defense counsel regarding late arrival of Borenstein for office access; host Borenstein office access visit; receive and review email from MS regarding subpoena requests; send email response; send email response to Matthew Russell at 19 Communications; review and photograph materials requested for removal by Borenstein; receive FedEx | 5.10 | $105.00 | $535.50 |

delivery of merchant chargebacks and forward to Customer Service for processing; review recast of adjusted accounting with MF prior to distribution; review Excursion ownership transactions with MF

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 6/24/2008 | EH | Prepare Litle & Co. documents produced for Bates numbering and forward to MT; file email correspondence in appropriate folders for easier retrieval; telephone conference with Charmaine at American Express regarding reserve account and request for documentation | 1.50 | $105.00 | $157.50 |
| 6/24/2008 | MF | Analyze 2008 financial statements for Direct Connection, Digicom, Choice Advantage, and Choice Programs to determine profitability of company with an 80% reduction in income and expenses related to the sale of long-distance service; research line of credit associated with Destin Condo to determine if property can be claimed as a receivership asset | 4.10 | $145.00 | $594.50 |
| 6/25/2008 | EH | Receive and review email from CE regarding aircraft insurance quote; telephone conference with CE to discuss timing of insurance binder; receive and review email from CE regarding additional vendors; send email reply; telephone conference with Erin Wells at Snellings Walter Insurance regarding aircraft quote; receive LEAF notice of acceleration from UPS; telephone conference with CE for follow up; fax acceleration notice to CE and send email request; review Borenstein emails for Barfield documents; print pages for file and review; update task list; receive and review email response from CE regarding LEAF letter; telephone conference with Erin Wells at Snellings Walters to discuss aircraft insurance quote; receive and review four email responses from MT regarding Litle document Bates numbers; review LEAF lease agreement and send email response to CE for follow up; receive | 3.80 | $105.00 | $399.00 |

and review FedEx delivery confirmation email regarding subpoena to Steven Sandler for National Merchant Center; receive and review FedEx delivery confirmation email regarding subpoena to Process America; receive and review email from CE regarding Digicom lease; send email reply; send email to MS regarding PO Box number; receive and review email response firm MS regarding PO Box; send email reply; forward PayChex file and miscellaneous documents to CM for delivery to HLF; review US Bancorp financing agreement; send email response to CE for follow up; telephone conference with Alex Miller at VISA to follow up; telephone conference with CE to update progress on task list; review accounting progress with MF

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/25/2008 | MF | Continue research on LOC secured by condo used for Direct Connection; begin research connecting Barfield to Digicom | 7.50 | $145.00 | $1,087.50 |
| 6/26/2008 | EH | Receive and review email from Matthew Russell at 19 Communications regarding invoices sent; receive and review email from CE regarding aircraft insurance binder; receive and review email from MS regarding PO Box number; forward to CE for follow-up; receive and review email from CE regarding AMEX documents requested; send email reply with follow up request; receive and review mail from CE regarding aircraft insurance; send email reply to confirm records maintenance for checks written; alert JC to availability of DC AMEX statement with Winter personal charges; telephone conference with Matthew Russell at 19 Communications; update Asset Summary sheets; receive and review email from CE regarding contact with TouchStar; telephone Alex Miller at VISA; receive and review email from MF regarding Digicom accounting summary; edit Digicom accounting summary and send email reply to MF; telephone conference with Paul Hankins at Chase Paymentech to follow up on | 3.50 | $105.00 | $367.50 |

subpoena delivery; telephone conference with Steven Sandler to follow up on National Merchant Center subpoena delivery; telephone conference with Jonathon Olsson regarding Litle & Co. subpoena delivery; receive and review voicemail from Paul Hankins at Chase Paymentech; telephone conference with Paul Hankins at Chase Paymentech to discuss subpoena request; telephone conference with CE to discuss PDK hangar lease violation notice; receive and review email from CE regarding PDK hangar notice; telephone conference with David Harris regarding LEAF notice; discuss PDK hangar issues with JC; receive and review email recap from JC regarding hangar issues; send reply to group with requests for information; receive and review email from MF regarding updated task list; send email reply; update notes in Asset Summary sheets and task list; discuss Direct Connection/Digicom issues with MF

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 6/26/2008 | MF | Continue looking at the Barfield connection to defendant companies; renew emails to determine why Digicom, Choice Programs, and Choice Advantage was set up | 7.20 | $145.00 | $1,044.00 |
| 6/27/2008 | EH | Receive and review email responses from MS and CE regarding PDK hangars; send email reply to CE regarding Flying Dog; receive email response; receive and review emails from Matthew Russell regarding 19 Communications invoices; search Walton County records for Winter townhome address; view assessor values and map location; telephone conference with Receiver to discuss NDA language for credit card processors documentation requests; receive and review email from Receiver regarding proposed NDA language; send email to Jonathan Olsson at Goodwin Proctor regarding conference call to discuss Litle & Co. documentation requested; send email | 4.50 | $105.00 | $472.50 |

with NDA language to Paul Hankins at Chase Paymentech; receive and review email from CE with proposed language for Digicom lease termination; review and edit termination letter and email back to CE; receive and review email from CE regarding Excursion insurance payment; send email reply; draft and send email to PMH regarding Borenstein emails; receive certified letter notice from Cbeyond regarding cancellation of services; fax Cbeyond documents to CE for review; telephone conference with CE regarding Excursion insurance payment; receive and review email from Jonathan Olsson at Goodwin Proctor regarding recent sales data received by Litle; prepare documents for Bates-numbering and forward to MT for processing; receive and review email from JC regarding aircraft hangars: send email reply questions; discuss Litle conference call agenda with Receiver; telephone conference with Receiver and Litle counsel regarding subpoena request; review progress on tasks with Receiver; fax and email documents to PMH for review; review progress in Customer Service area and establish remaining tasks;  receive and review email from JC with update on hangar status; telephone conferences with Receiver and CE to discuss Roswell office rent; receive and review email response from CE regarding Dennis Tyner; send email to MS regarding SmartLinx reports procedure

| Date | | | | | |
|------|--|--|--|--|--|
| 6/27/2008 | EH | Receive and review voicemail from Brittany at Process America regarding my call to Craig Rickard; return telephone call to Brittany at Process America; receive and review email response from Receiver regarding Winter townhome; receive and review email from JC regarding hangar contents; send email reply; receive and review email responses from Receiver and CE regarding hangar contents; telephone Rita Hawthorne at Connell & Manziek regarding townhome valuation; telephone conference with Hal Goldflam | 2.00 | $105.00 | $210.00 |

regarding National Merchant Center receivership; receive and review email from Susanne Geraghty at Goodwin Proctor regarding NDA for Litle & Co; telephone conference with Susanne Geraghty regarding NDA; send email follow up to Receiver; telephone conference with Hal Goldflam regarding NMC subpoena request; telephone conference with Craig Rickard at Process America regarding merchant agreement; arrange appointment for telephone conference on June 30; receive and review email from Hal Goldflam with Order; review NMC Order

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/30/2008 | EH | Receive and review email response from CE regarding Roswell office lease termination letter; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/30/2008 | EH | Telephone conference with Jonathan Olsson at Goodwin Procter to follow up on NDA sent by Susanne Geraghty | 0.10 | $105.00 | $10.50 |
| 6/30/2008 | EH | Receive and review email from Paul Hankins at Chase Paymentech; prepare and forward email and attachments to MT for Bates-numbering | 0.30 | $105.00 | $31.50 |
| 6/30/2008 | EH | Send email to Receiver regarding response to Goodwin Proctor's NDA; receive and review email response from Receiver | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/30/2008 | EH | Review documents produced by Chase Paymentech; draft and send email response for clarification | 1.30 | $105.00 | $136.50 |
| 6/30/2008 | EH | Draft and send email reply to Susanne Geraghty at Goodwin Proctor regarding draft confidentiality agreement for Litle | 0.50 | $105.00 | $52.50 |
| 6/30/2008 | EH | Receive and review voicemail from Kate Taylor at VISA USA; research agreement reference | 0.20 | $105.00 | $21.00 |
| 6/30/2008 | EH | Update Task list | 0.10 | $105.00 | $10.50 |
| 6/30/2008 | EH | Draft and send email to CE with | 0.00 | $105.00 | No Charge |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | instructions for drafting Roswell Office lease termination letter |  |  |  |
|  |  |  | 0.20 |  | No Charge |
| 6/30/2008 | EH | Check on progress in Customer Service area | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 6/30/2008 | EH | Review National Merchant Center Appointment of Receiver filing; research internet for further documentation; send email to Receiver with request for response to subpoena continuance | 0.90 | $105.00 | $94.50 |
| 6/30/2008 | EH | Telephone conference with Rita Hawthorne at Connell & Manziek regarding Destin townhome valuation; send email update to Receiver | 0.30 | $105.00 | $31.50 |
| 6/30/2008 | EH | Telephone conference with Brittany from Process America regarding postponing call with Craig Rickard | 0.10 | $105.00 | $10.50 |
| 6/30/2008 | EH | Receive and review email response from CE regarding Roswell office lease termination letter; draft and send response with prioritized task list | 0.00 | $105.00 | No Charge |
|  |  |  | 0.30 |  | No Charge |
| 6/30/2008 | EH | Telephone conference with Kate Taylor at VISA USA regarding acquiror liability | 0.10 | $105.00 | $10.50 |
| 6/30/2008 | EH | Receive and review voicemail from JC regarding 19 Communications customer data; forward email with data requested; receive email response with additional request; forward additional email data | 0.00 | $105.00 | No Charge |
|  |  |  | 0.40 |  | No Charge |
| 6/30/2008 | EH | Receive and review email from MS with documents received; save Paymentech document to electronic file and forward to MT for Bates numbering; send email reply to group with location of saved document | 0.00 | $105.00 | No Charge |
|  |  |  | 0.30 |  | No Charge |
| 6/30/2008 | EH | Receive and review email from JC regarding hangar contents at PDK; search Borenstein and Winter emails for tail number references; send email | 0.00 | $105.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | reply to group; receive and review email response from CE regarding updated plane details; send email reply | | | |
| | | | 0.70 | | No Charge |
| 6/30/2008 | EH | Telephone conference with Kate Taylor at VISA USA regarding processor liability; send email follow up to confirm membership of DC processors | 0.40 | $105.00 | $42.00 |
| 6/30/2008 | EH | Search Winter emails for references to processors and other assets | 0.80 | $105.00 | $84.00 |
| 6/30/2008 | EH | Receive and review email from CE regarding MF location; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/30/2008 | EH | Receive and review email from CE regarding TouchStar communication; draft and send email reply | 0.20 | $105.00 | $21.00 |
| 6/30/2008 | EH | Receive and review email from CE on updated task list; draft and send email reply for update on DC Roswell office lease termination letter | 0.20 | $105.00 | $21.00 |
| 6/30/2008 | EH | Receive and review email from CE regarding Pine Tree and possible deposit of equipment sale proceeds | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/30/2008 | EH | Receive and review email update from CE regarding aircraft; send email reply with suggested next steps | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/30/2008 | EH | Telephone Craig Rickard at Process America; leave message with Brittany; telephone conference with Craig Rickard at Process America to discuss documents requested | 0.40 | $105.00 | $42.00 |
| 6/30/2008 | EH | Telephone conference with Receiver to update on status of documents requested from processors and timing of filing Interim Report and subsequent action items; send follow up email with proposed Customer Service script | 0.50 | $105.00 | $52.50 |
| 6/30/2008 | EH | Receive and review email from Receiver regarding May 2008 data from 19 | 0.00 | $105.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | Communications; research and send email reply | | | |
| | | | 0.40 | | No Charge |
| 6/30/2008 | EH | Distribute received and sent emails to appropriate folders for ease of retrieval | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 6/30/2008 | EH | Receive and review email question from Receiver regarding statistical analysis of live customer service calls; research and send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/30/2008 | EH | Receive and review email question from Receiver regarding date of live customer calls; research and send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 6/30/2008 | EH | Receive and review email response from Receiver regarding proposed Customer Service voicemail script; send email reply; receive and review email responses from Receiver; send email confirmation | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 6/30/2008 | EH | Receive and review email response from Paul Hankins at Chase Paymentech regarding processor liability questions; draft and send email reply for further clarification | 0.00 | $105.00 | No Charge |
| | | | 0.70 | | No Charge |
| 6/30/2008 | EH | Receive and review email responses from MT regarding Litle document Bates numbers | 0.20 | $105.00 | $21.00 |
| 7/01/2008 | EH | Telephone conference with JC to locate Mantra film documents and contact information | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | EH | Locate pre-scripts information and forward to CE for input; receive and review email from CE regarding pre-scripts sent to Receiver; send follow up email to Receiver to clarify usage; receive and review follow up email from Receiver | 0.30 | $105.00 | $31.50 |

| | | | | | |
|---|---|---|---|---|---|
| 7/01/2008 | EH | Receive and review emails from CE and Receiver regarding Winter boat details; receive and review email from MF confirming length | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/01/2008 | EH | Receive and review email response from CE regarding Encore SmartLinx report; send email reply for further investigation; forward email to Receiver | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/01/2008 | EH | Update notes on processor conversations and email exchanges | 0.50 | $105.00 | $52.50 |
| 7/01/2008 | EH | Review and edit third draft of First Interim Report | 1.50 | $105.00 | $157.50 |
| 7/01/2008 | EH | Telephone conference with Susanne Geraghty and Jonathan Olsson regarding Litle & Co proposal regarding merchant reserve account and subpoena request | 0.20 | $105.00 | $21.00 |
| 7/01/2008 | EH | Telephone conference with Receiver to notify of Litle & Co. reserve account and subpoena request | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | EH | Receive and review email response from CE regarding customer service voicemail script | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | EH | Discuss latest leads on assets and Interim Report needs with CE; forward email requesting SmartLinx report for Encore | 0.30 | $105.00 | $31.50 |
| 7/01/2008 | EH | Receive and review email from Receiver regarding DCC ownership questions; draft reply and forward to MF for confirmation | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 7/01/2008 | EH | Receive and review email from Jonathan Olsson at Goodwin Proctor regarding proposed resolution to subpoena documentation requested; draft and forward email to Receiver with points to consider | 0.30 | $105.00 | $31.50 |

| | | | | | |
|---|---|---|---|---|---|
| 7/01/2008 | EH | Receive and review email response from MF regarding DCC ownership | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | EH | Receive and review email reply from Receiver regarding conflicting DCC ownership information; research and send reply email | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 7/01/2008 | EH | Receive and review three email replies from MT regarding Bates numbers for Chase Paymentech documents produced | 0.20 | $105.00 | $21.00 |
| 7/01/2008 | EH | Receive and review email from Receiver regarding report punch list; assign tasks and send email to group | 0.40 | $105.00 | $42.00 |
| 7/01/2008 | EH | Receive and review email reply from MF confirming DCC ownership details | 0.10 | $105.00 | $10.50 |
| 7/01/2008 | EH | Receive and review email response from JC regarding assigned tasks; send email reply; receive and review email response from Receiver | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/01/2008 | EH | Receive and review email response questions from JC; draft and send email reply with suggestions for Warren Hudson interview; receive and review email response from JC with Warren Hudson responses to interview; receive and review email response from Receiver regarding interview results | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 7/01/2008 | EH | Receive and review email from JC with Mantra Films contact info; input into Asset Summary sheet; send email to JC regarding Mantra Films and Method Films; receive and review email response from JC | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 7/01/2008 | EH | Discuss live call and voicemail data with MA; request download of most recent data for review | 0.20 | $105.00 | $21.00 |

| 7/01/2008 | EH | Draft and send email to Receiver regarding format of cancellation data preferred and availability; receive and review email response from Receiver; research chargeback data log; send email reply | 0.00 | $105.00 | No Charge |
| | | | 1.00 | | No Charge |
| 7/01/2008 | EH | Receive FedEx of chargeback notices from National Merchant Center; forward to MA for processing; receive updated copy of call logs for review | 0.30 | $105.00 | $31.50 |
| 7/01/2008 | EH | Telephone conference with JC regarding mailbox key access; telephone conference with MS to discuss billing tasks | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/01/2008 | EH | Receive and review email from MS regarding bank account information for Interim Report | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/01/2008 | EH | Receive and review email from David Harris at Bovis Kyle & Burch regarding appointment for Peter Galfas; send email reply | 0.20 | $105.00 | $21.00 |
| 7/01/2008 | EH | Receive and review email from MF regarding DC and DG payments to Borenstein and Ebor; send reply email to group | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 7/01/2008 | EH | Collate call log data and sort to derive figures for Interim Report; exchange emails with Receiver regarding progress and final figures | 6.00 | $105.00 | $630.00 |
| 7/01/2008 | EH | Coordinate customer service access to voicemail | 0.50 | $105.00 | $52.50 |
| 7/01/2008 | MF | Create spreadsheet detailing flow of money from DCC and Digicom to Ebor and Borenstein | 6.00 | $145.00 | $870.00 |
| 7/02/2008 | EH | Receive and review email from CE regarding SunTrust Bank exhibit document; forward to JC with reply | 0.00 | $105.00 | No Charge |

| | | | 0.10 | | No Charge |
|---|---|---|---|---|---|
| 7/02/2008 | EH | Receive and review emails from Receiver regarding agent compensation; forward to JC for feedback; locate compensation guideline document in office; draft and send email replies | 0.50 | $105.00 | $52.50 |
| 7/02/2008 | EH | Fax MF affidavit to HLF; copy Compensation Guidelines document for file | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Telephone conference with MS regarding MF affidavit | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Collect mail for sorting and distribution | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Send email reply to David Harris at Bovis Kyle & Burch regarding Peter Galfas' access to DC Roswell office | 0.10 | $105.00 | $10.50 |
| 7/02/2008 | EH | Receive and review email response from MF regarding 2004 Borenstein negative profit contribution to DC | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Research and respond to email from Receiver regarding money flow for products sold by DC | 0.30 | $105.00 | $31.50 |
| 7/02/2008 | EH | Receive and review email response from JC regarding Encore Marketing sales start date | 0.10 | $105.00 | $10.50 |
| 7/02/2008 | EH | Edit third draft of Interim Report; save and email to Receiver for review; exchange emails with Receiver and team to clarify various aspects of the Report; telephone conferences with MS to coordinate printing of edited draft and with JC to discuss agent compensation and vendor details; coordinate delivery of draft and exhibits to Receiver for review | 2.60 | $105.00 | $273.00 |
| 7/02/2008 | EH | Receive and review email from CE with information on Gwinnett County hangar leases | 0.00 | $105.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Receive and review email from JC regarding SunTrust Release letter; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Receive and review email from JC regarding Mantra Films contact | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Receive and review follow up email from Receiver regarding agent compensation; receive and review email response from JC; send email reply to both with follow up suggestions; receive and review email replies | 0.40 | $105.00 | $42.00 |
| 7/02/2008 | EH | Meet with Peter Galfas to retrieve hard drive and review belongings in server room | 0.50 | $105.00 | $52.50 |
| 7/02/2008 | EH | Receive and review email from CE regarding American Reading Club's connection with DC; forward to Receiver for further review | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/02/2008 | EH | Send email to CE with request for Roswell office lease termination letter; receive and review email reply from CE; send email reply to confirm timing and delivery methods; telephone conference with CE to discuss change to Interim Report and lease strategy | 0.00 | $105.00 | $0.00 |
| | | | 0.50 | | No Charge |
| 7/02/2008 | EH | Receive and review email from CE regarding health insurance coverage through July | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Receive and review email from CE regarding Digicom landlord attorney call | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Receive and review email from CE with copy of Roswell office lease termination letter | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/02/2008 | EH | Receive and review email from CE with | 0.00 | $105.00 | No Charge |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | contact information for Touchstar |  |  |  |
|  |  |  | 0.10 |  | No Charge |
| 7/02/2008 | EH | Receive and review email from MS regarding filing of Report and motions | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 7/02/2008 | EH | Search Kim Jenkins' email files for documents for asset identification | 0.40 | $105.00 | $42.00 |
| 7/02/2008 | EH | Record new voicemail greeting for Customer Service area; edit and save voicemail script; send notification email | 0.40 | $105.00 | $42.00 |
| 7/02/2008 | MF | Sift through files for prior year tax returns for all parties;  create spreadsheet detailing Ebor's revenue stream and where it came from starting in 2001;  copy DCC organization files and payroll reports for Winter and Borenstein | 7.50 | $145.00 | $1,087.50 |
| 7/02/2008 | EH | Receive and review email response from MF regarding Bates number for Chase Paymentech document | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 7/03/2008 | EH | Update task list with priority items and email to Receiver for review | 0.30 | $105.00 | $31.50 |
| 7/03/2008 | EH | Discuss updated task list objectives with MF | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 7/03/2008 | EH | Draft and send email response to Hal Golflam at Frandzel Robins regarding subpoena deadline extension for National Merchant Center | 0.40 | $105.00 | $42.00 |
| 7/03/2008 | EH | Forward CE email to MF with instructions for follow up | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 7/03/2008 | EH | Review merchant account information for American Express and Chase Paymentech and Process America; update Asset Summary Sheet tab | 1.20 | $105.00 | $126.00 |
| 7/03/2008 | EH | Telephone conference with Matthew Russell at 19 Communications to follow up on request for active customer data; | 0.60 | $105.00 | $63.00 |

update Asset Summary Sheet

| 7/03/2008 | EH | Update Asset Summary Sheet with information from SunTrust and Bank of America accounts; research Ebor Management to update information in Asset Summary Sheet for bank accounts and aircraft assets and Grayson Space details | 2.70 | $105.00 | $283.50 |
|---|---|---|---|---|---|
| 7/03/2008 | EH | Research Robinson Helicopter and Billy Moscow connection to Ebor and Barfield | 1.20 | $105.00 | $126.00 |
| 7/03/2008 | EH | Draft and send email to group regarding Asset Summary Sheet updates | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 7/07/2008 | EH | Discuss AMEX merchant reserve account notice with JC | 0.10 | $105.00 | $10.50 |
| 7/07/2008 | EH | Receive and review email from MF regarding flow of funds for Choice accounts; compare with processor information; draft and send email reply for clarification; receive and review email response from MF; send email to request full merchant account number data | 0.30 | $105.00 | $31.50 |
| 7/07/2008 | EH | Update and sort Asset Summary Sheet; format and populate summary tab | 0.70 | $105.00 | $73.50 |
| 7/07/2008 | EH | Confer with MS regarding unidentified bank accounts | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/07/2008 | EH | Coordinate access to DC Customer Service with MF and JC | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/07/2008 | EH | Update task list with additional tasks and latest priorities; assign tasks and email to team | 1.10 | $105.00 | $115.50 |
| 7/07/2008 | EH | Telephone conference with Matthew Russell at 19 Communications regarding afternoon appointment for conference call with Keith English; telephone conference with Matthew | 0.20 | $105.00 | $21.00 |

Russell to confirm time of conference call

| 7/07/2008 | EH | Review chargeback input process with MT | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/07/2008 | EH | Expand online filing system for identified individuals and assets; review Barfield SmartLinx report | 0.40 | $105.00 | $42.00 |
| 7/07/2008 | EH | Telephone conference with Keith English and Matthew Russell from 19 Communications | 0.70 | $105.00 | $73.50 |
| 7/07/2008 | EH | Receive and review email from Receiver regarding defense response to Interim Report; send email response for clarification; receive and review email response from Receiver with instructions; request forwarding of report from MS | 0.40 | $105.00 | $42.00 |
| 7/07/2008 | EH | Receive and review email failure message regarding email copied to Robb Evans staffers | 0.10 | $105.00 | $10.50 |
| 7/07/2008 | EH | Receive and review email from Matthew Russell requesting termination of all DC and DG customers rather than preserving small remainder of active users; forward email to Receiver for review with comments | 0.80 | $105.00 | $84.00 |
| 7/07/2008 | EH | Receive and review email from MS regarding Litle & Co. subpoena objection | 0.00 | $105.00 | $0.00 |
| | | | 0.20 | | No Charge |
| 7/07/2008 | EH | Receive and review email from MS regarding Rosenthal & Kaplan documents produced | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/07/2008 | EH | Discuss case update with RW; discuss processor chargeback liability issue with RW and JC | 0.00 | $105.00 | No Charge |
| | | | 0.50 | | No Charge |
| 7/07/2008 | MF | Research expenses for JC that appear to be personal to determine if they were | 7.00 | $145.00 | $1,015.00 |

|  |  | paid out of the company account and if so how they were coded; open and sort mail from Roswell office; create flow chart for Choice Advantage and Choice Programs to show how money came into and flowed out of company accounts |  |  |  |
|---|---|---|---|---|---|
| 7/08/2008 | EH | Receive and review email from JC regarding William Moscow interview; send email reply for clarification | 0.00 | $105.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 7/08/2008 | EH | Receive and review email from MS regarding possible airport hangar leasing companies at Gwinnett County airport | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 7/08/2008 | EH | Receive and review email from Receiver regarding message from Todd Leatherman; forward request to MS; receive and review email response from MS; telephone conference with Debbie in Todd Leatherman's office; send email follow up to Receiver | 0.20 | $105.00 | $21.00 |
| 7/08/2008 | EH | Review final draft of Choice Advantage and Choice Programs money flow with MF | 0.20 | $105.00 | $21.00 |
| 7/08/2008 | EH | Receive and review email from JC regarding whereabouts of JoAnn Winter's boat | 0.10 | $105.00 | $10.50 |
| 7/08/2008 | EH | Receive and review email from JC regarding Dennis Tyner interview task and Flying Dog references; draft and send email reply with copy to MF for follow up | 0.20 | $105.00 | $21.00 |
| 7/08/2008 | EH | Review latest pleadings by all parties; email notes to Receiver; discuss findings and conflicting information with JC and MF; update task list to reflect revised priorities; email list to team | 2.10 | $105.00 | $220.50 |
| 7/08/2008 | EH | Receive and review email from JC regarding Encore Marketing invoice for Bates-numbering; send email reply for clarification | 0.00 | $105.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | | 0.10 | | No Charge |
| 7/08/2008 | EH | Receive and review email from Jonathan Olsson at Goodwin Proctor to follow up with Receiver regarding Litle & Co subpoena | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/08/2008 | EH | Receive and review email response from JC regarding Method Films; send email reply with questions for review; receive and review email reply from JC; research and send email reply | 0.20 | $105.00 | $21.00 |
| 7/08/2008 | EH | Receive and review emails from MF regarding plane location and Winter computer access; send email replies | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/08/2008 | EH | Receive and review email from JC regarding Kentucky Attorney General request for DC customer data; review database report access and discuss strategy for most efficient production of requested data | 0.20 | $105.00 | $21.00 |
| 7/08/2008 | EH | Receive and review email from Craig Rickard at Process America regarding documentation requested; draft and send email reply; receive and review email response from Craig Rickard; draft and send additional requests for account information; receive and review email response from Craig Rickard; draft and send email reply with clarification of request | 1.20 | $105.00 | $126.00 |
| 7/08/2008 | MF | Review latest filed pleadings; research ownership of DCC | 2.50 | $145.00 | $362.50 |
| 7/08/2008 | MF | Trace expenses for JC from bills or invoices to QuickBooks to determine if business funds were used to pay personal expenses; related to JoAnn Winter motion | 0.50 | $145.00 | $72.50 |
| 7/09/2008 | EH | Locate Flying Dog documents and Barfield agreements in Borenstein's office for review | 0.20 | $105.00 | $21.00 |
| 7/09/2008 | EH | Research status of Roswell office lease | 0.30 | $105.00 | $31.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | payment; draft and send email to Receiver regarding plan for Roswell office | | | |
| 7/09/2008 | EH | Draft and send email to Receiver with initial data regarding Kentucky Attorney General data request | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 7/09/2008 | EH | Receive and review email from MF regarding Borenstein email problem | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/09/2008 | EH | Review email from PMH regarding changes to dcconsulting.com server; send email reply with request for instruction on securing DC office computers | 0.20 | $105.00 | $21.00 |
| 7/09/2008 | EH | Create checklist for Roswell DC office visit | 0.20 | $105.00 | $21.00 |
| 7/09/2008 | EH | Review document copies from DC offices; update Asset Summary Sheet | 1.70 | $105.00 | $178.50 |
| 7/09/2008 | EH | Telephone conferences with Receiver to update on concerns regarding Roswell office remote access | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/09/2008 | EH | Collect mail from Roswell office mailbox; receive FedEx delivery of chargeback notices; troubleshoot office PCs to allow remote access by HLF personnel | 0.50 | $105.00 | $52.50 |
| 7/09/2008 | EH | Meet Jeff Smith to assess IT security concerns at Roswell office; resolve Borenstein email access; confirm Winter workstation availability; coordinate JC access to Dwight Roussell's workstation; telephone conferences with Receiver to discuss findings | 0.90 | $105.00 | $94.50 |
| 7/09/2008 | EH | Telephone conference with Craig Rickard at Process America regarding documentation request; clarify needs and timing of receipt | 0.40 | $105.00 | $42.00 |
| 7/09/2008 | EH | Work with Jeff Smith to assess external | 2.00 | $105.00 | $210.00 |

access to Roswell DC office network; review identification of equipment in server room; locate customer record specified in defense opposition motion to review voice recording; discuss access to database for production of reports and cancellation processing; make several attempts to hear voice recording using different access points and server configurations

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 7/09/2008 | EH | Review emails from CE regarding Gwinnett County airport contacts and Roswell and Marietta office lease terminations; send follow up email to Receiver | 0.20 | $105.00 | $21.00 |
| 7/09/2008 | MF | Research ownership of Direct Connection and BBM Helicopters | 3.00 | $145.00 | $435.00 |
| 7/09/2008 | MF | Research Digicom sales after January 24 using QuickBooks | 1.00 | $145.00 | $145.00 |
| 7/09/2008 | MF | Look through QuickBooks and April/May bank statements for money received from Pine Tree for sale of Digicom assets | 1.00 | $145.00 | $145.00 |
| 7/09/2008 | MF | Research aircraft on asset list on internet and on computers at Roswell office | 1.00 | $145.00 | $145.00 |
| 7/09/2008 | MF | Research JoAnn Winter's notary appointment | 1.00 | $145.00 | $145.00 |
| 7/09/2008 | MF | Search through JoAnn Winter's email for rebuttal to defense attorney | 1.00 | $145.00 | $145.00 |
| 7/09/2008 | EH | Receive and review email response from PMH regarding remote access concerns; send email update reply | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/10/2008 | EH | Receive and review email from MF regarding email access at Roswell DC office; send email reply and receive response | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/10/2008 | EH | Discuss Flying Dog and Dennis Tyner connection with JC; discuss proposed | 0.20 | $105.00 | $21.00 |

Ebor agreement with Barfield

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2008 | EH | Review draft of First Interim Application; draft and send email update to Receiver; forward to MS for completion of exhibits; discuss updates with MS | 2.00 | $105.00 | $210.00 |
| 7/10/2008 | EH | Telephone conference with Brittany at Process America to schedule conference call with Craig Rickard; telephone conference with Brittany regarding Craig Rickard's delayed arrival; telephone conference with Craig Rickard regarding status of documentation; receive and review email from Craig Rickard with account numbers and retention data; prepare for Bates-numbering and forward to MT for processing; update Asset Summary Sheet with reserve balance amounts and Process America account numbers | 1.00 | $105.00 | $105.00 |
| 7/10/2008 | EH | Receive and review email from JC regarding injured consumer; look up account information in database log; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/10/2008 | EH | Receive and review email from MF regarding validity of JoAnn Winter's notary seal | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/10/2008 | EH | Receive and review email from JC regarding Fight Universe | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/10/2008 | EH | Receive and review email from Receiver regarding case update and FTC request regarding Arkansas customer | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/10/2008 | EH | Receive and review email response from Receiver regarding Kentucky Attorney General request for customer data; draft and send email with spreadsheet to KY AG | 0.80 | $105.00 | $84.00 |
| 7/10/2008 | EH | Receive and review email from Jeff Smith regarding availability to review method for halting DC's automatically | 0.30 | $105.00 | $31.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | generated nightly billing emails; receive and review email confirmation response |  |  |  |
| 7/10/2008 | EH | Discuss voicemail log update with JC | 0.00<br>0.10 | $105.00 | No Charge<br>No Charge |
| 7/10/2008 | EH | Receive and review email from MF regarding DC ownership split; review attached documents | 0.30 | $105.00 | $31.50 |
| 7/10/2008 | EH | Update task list; send email to JC regarding Kentucky name search; review and update Asset Summary Sheet; send email of priorities to MF and JC | 0.90 | $105.00 | $94.50 |
| 7/10/2008 | EH | Telephone conference with Craig Welin regarding frozen reserve accounts at First Data; draft and send email to Craig Welin with National Merchant Center subpoena attachment | 0.90 | $105.00 | $94.50 |
| 7/10/2008 | EH | Receive and review voicemail message from Joanne Quintana at VISA USA regarding verification of processor memberships; telephone conference with Joanne Quintana to discuss message | 0.20 | $105.00 | $21.00 |
| 7/10/2008 | EH | Telephone conference with Receiver to discuss current tasks and prioritize research on opposition responses | 0.00<br><br>0.20 | $105.00 | No Charge<br><br>No Charge |
| 7/10/2008 | EH | Receive and review email from JC regarding interview with Todd Cormack | 0.10 | $105.00 | $10.50 |
| 7/10/2008 | MF | Search Borenstein's and Winter's computer for rebuttal to defense attorney; send documentation found back to office regarding ownership of DCC, airplanes, and helicopter purchase | 4.50 | $145.00 | $652.50 |
| 7/11/2008 | EH | Review Litle & Co. Payment Processing Agreement | 0.50 | $105.00 | $52.50 |
| 7/11/2008 | EH | Telephone conference with JC to discuss nightly report curtailment | 0.00<br><br>0.20 | $105.00 | No Charge<br><br>No Charge |

| 7/11/2008 | EH | Telephone conference with Receiver to discuss batch processing cancellation | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/11/2008 | EH | Telephone conference with JC to discuss Fight Universe and Kentucky Attorney General data request | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 7/11/2008 | EH | Discuss findings on Timothy Walters and Grayson Space with MF; print Timothy Walters and Brian Hosch contact details for forwarding to JC; review Kim Jenkins documents with MF; review Digicom sales emails with MF; revise plan for further review | 0.50 | $105.00 | $52.50 |
| 7/11/2008 | EH | Visit Roswell office landlord to discuss July rent and plumbing issues | 0.30 | $105.00 | $31.50 |

|  | Total Fees | $22,783.50 |
| --- | --- | --- |
| Total New Charges | | $22,783.50 |
| Previous Balance | | $17,700.50 |
| 8/13/2008  Payment  Pat Huddleston | | $-17,700.50 |
| Total Payments and Credits | | $-17,700.50 |
| Balance Due | | $22,783.50 |

## Staff Summary

| Name | Hours | Rate |
| --- | --- | --- |
| Eric Henningson | 101.40 | $105.00 |
| Michelle Fox | 83.70 | $145.00 |