# CAUTHORN NOHR & O'DELL
### A PROFESSIONAL CORPORATION

**201 CHEROKEE STREET**
**MARIETTA, GA 30060-1611**

(770) 528-0150
(770) 528-0160 FAX

TAX ID# 58-2398604

**June 15, 2008**

Pat Huddleston
Suite B-21
707 Whitlock Avenue
Marietta, GA 30064

| | |
|---|---|
| Invoice Number: | 9345 |
| Billed Through: | June 15, 2008 |

**Federal Trade Commission v Direct Connection Consulting; US District Court for Northern District of Georgia; 1:08cv1739**

002457     00000

## PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05\|28\|2008 | JLN | Review of Complaint and Receivership Order. Preparation of multiple Notice of Filing of Appointment of Receiver in US District Courts. | 4.50 hrs | 215.00 /hr | 967.50 |
| 06\|11\|2008 | JLN | Review of correspondence and pleadings from Receiver. | 1.50 hrs | 215.00 /hr | 322.50 |
| 06\|13\|2008 | JLN | Meeting with Receiver and staff | 1.40 hrs | 215.00 /hr | 301.00 |

**Summary by Timekeeper:**

| | | | | | |
|---|---|---|---|---|---|
| JLN | Nohr, Jason L | 7.40 | hours at | $215.00 per hour | 1,591.00 |

**Total professional services for this matter:**     $1,591.00

## DISBURSEMENTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 05\|28\|2008 | 0003 | US Ditrict Court, Middle District of Georgia - filng fee | 39.00 |
| 05\|28\|2008 | 0003 | US Ditrict Court, Northern District of Georgia - filing fee | 39.00 |
| 05\|28\|2008 | 0005 | Postage | 9.60 |
| 05\|28\|2008 | 0007 | Photocopies | 102.00 |
| 06\|03\|2008 | 0013 | FedEx - US District Court, Macon | 31.31 |
| 06\|03\|2008 | 0013 | FedEx - US District Court - Panama City | 41.94 |

**Total disbursements for this matter:**     $262.85

Exhibit C

## BILLING SUMMARY

| | |
|---|---|
| Total professional services incurred on this invoice | $1,591.00 |
| Total disbursements incurred on this invoice | +$262.85 |
| Net current charges | $1,853.85 |
| **BALANCE DUE** | **$1,853.85** |

**The BALANCE DUE will begin earning interest at 18% per annum 10 days from the date hereof pursuant to the terms of your ENGAGEMENT LETTER.  Please call within 10 days with any questions.**