The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 11/25/2008

Regarding: FTC v. Direct Connection Consulting
Invoice No: 3

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/15/2008 | CE | Telephone conference with Gene Watkins at Cbeyond regarding phone service; telephone conference with Jayna Bell at Cbeyond regarding phone service; telephone conference with Customer Care department at Cbeyond to insure that there is no interruption of service | 0.70 | $85.00 | $59.50 |
| 7/15/2008 | CE | Telephone conference with Georgia Power to insure that electricity has not been disconnected to Direct Connection office | 0.20 | $85.00 | $17.00 |
| 7/15/2008 | CE | Receive and review mail from post office box for refund requests from Direct Connection | 0.60 | $85.00 | $51.00 |
| 7/16/2008 | CE | Telephone conference with Gretchen at Georgia Power to verify that there will be no interruption of service at Direct Connection | 0.20 | $85.00 | $17.00 |
| 7/16/2008 | JC | Review customer accounts of Encore Marketing to verify that no new charges were being placed on the accounts | 0.50 | $85.00 | $42.50 |
| 7/17/2008 | CE | Finalize subpoena for service on Verifi | 0.30 | $85.00 | $25.50 |

Exhibit A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/17/2008 | CE | Receive and review requests mailed to Direct Connection refund request post office box | 0.40 | $85.00 | $34.00 |
| 7/17/2008 | CE | Receive and review email from Stephanie Friese regarding Digicom lease termination; forward email to Receiver and EH for follow up | 0.30 | $85.00 | $25.50 |
| 7/17/2008 | JC | Finalize letter and subpoena and send to Verifi regarding collection of data on charges to consumers | 0.50 | $85.00 | $42.50 |
| 7/17/2008 | JC | Draft letter and subpoena for Verifi | 0.40 | $85.00 | $34.00 |
| 7/17/2008 | JC | Research and review DCC's relationship with In Touch and retrieve documents from Joann Winter's computer | 0.50 | $85.00 | $42.50 |
| 7/18/2008 | CE | Receive and review mail for refund requests of Direct Connection | 0.30 | $85.00 | $25.50 |
| 7/21/2008 | CE | Receive and review mail from refund request post office box for Direct Connection | 0.50 | $85.00 | $42.50 |
| 7/21/2008 | CE | Receive and review mail from Digicom Marietta office | 0.50 | $85.00 | $42.50 |
| 7/21/2008 | JC | Telephone conference with Mantra counsel regarding package of incoming documents | 0.10 | $85.00 | $8.50 |
| 7/21/2008 | JC | Teleconference with Ron Guttman of Verifi regarding subpoena for charge information on DCC | 0.30 | $85.00 | $25.50 |
| 7/21/2008 | JC | Review DCC contracts with NMC to determine the status of the funds in the reserve accounts; email the Receiver reporting the findings and recommending action | 1.20 | $85.00 | $102.00 |
| 7/21/2008 | PH | Receive and review emails between EH and NMC counsel regarding funding chargebacks | 0.10 | $215.00 | $21.50 |
| 7/21/2008 | PH | Exchange emails with EH regarding priority tasks | 0.00 | $215.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/21/2008 | PH | Receive and review two docket entries and orders issued by Judge Batten | 0.20 | $215.00 | $43.00 |
| 7/22/2008 | JC | Discuss defendants account in Ebor response motion with MF | 0.40 | $85.00 | $34.00 |
| 7/22/2008 | JC | Receive and review email from Cbeyond and forward email to the Receiver and EH with comments | 0.10 | $85.00 | $8.50 |
| 7/22/2008 | JC | Review defendants pleadings in Ebor response | 0.30 | $85.00 | $25.50 |
| 7/22/2008 | PH | Email to EH regarding outbound sales calls | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/23/2008 | JC | Review defense response to Ebor motion and pleadings attached | 0.30 | $85.00 | $25.50 |
| 7/23/2008 | JC | Research and draft response to defendant Ebor's response motion; discuss accounting and review DCC and Ebor balance sheets with MF and draft MF declaration; review draft with BA | 6.50 | $85.00 | $552.50 |
| 7/23/2008 | PH | Exchange emails with FTC regarding Edison Bonaventura | 0.20 | $215.00 | $43.00 |
| 7/23/2008 | PH | Exchange emails with FTC regarding division of labor | 0.10 | $215.00 | $21.50 |
| 7/23/2008 | PH | Receive and review email of docket entry for entry of appearance by counsel for Wells Fargo | 0.10 | $215.00 | $21.50 |
| 7/24/2008 | CE | Receive and review mail from Direct Connection refund request post office box | 0.30 | $85.00 | $25.50 |
| 7/24/2008 | JC | Teleconference with Dennis Tyner about Flying Dog and email the Receiver and EH about substance of conversation | 0.30 | $85.00 | $25.50 |
| 7/24/2008 | PH | Meeting with FTC and Todd Leatherman regarding Preliminary Injunction hearing; assist in drafting Defendant's Consent to PI and Joint Request to Remove Case from Docket | 1.10 | $215.00 | $236.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/24/2008 | PH | Assign MF task relating to gross sales minus chargebacks and refunds | 0.00 | $215.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/25/2008 | CE | Conference with Receiver regarding steps necessary to vacate Digicom office and close Direct Connection office | 0.30 | $85.00 | $25.50 |
| 7/25/2008 | JC | Review and finalize Ebor Motion | 0.90 | $85.00 | $76.50 |
| 7/28/2008 | JC | Email with EH about Tim Walters and the Baron plane | 0.10 | $85.00 | $8.50 |
| 7/28/2008 | MS | Scan and Bates number documents produced by CitiBank | 0.40 | $85.00 | $34.00 |
| 7/29/2008 | CE | Email exchange with Receiver regarding vacating Digicom and Direct Connection office space | 0.20 | $85.00 | $17.00 |
| 7/29/2008 | CE | Telephone conference with Iron Mountain regarding picking up equipment at Direct Connection office | 0.20 | $85.00 | $17.00 |
| 7/29/2008 | CE | Prepare letter to customer service at Iron Mountain canceling Direct Connection account and requesting pick up of equipment | 0.50 | $85.00 | $42.50 |
| 7/29/2008 | CE | Conference with EH regarding status of shut down of Digicom and Direct Connection offices | 0.50 | $85.00 | $42.50 |
| 7/29/2008 | CE | Pick up mail from James Group for Digicom and post office box for Direct Connection refund requests | 1.00 | $85.00 | $85.00 |
| 7/29/2008 | CE | Receive and review mail from Digicom and post office box for refund requests | 0.50 | $85.00 | $42.50 |
| 7/29/2008 | CE | Telephone conference with Cohutta Water regarding picking up equipment at Direct Connection office | 0.20 | $85.00 | $17.00 |
| 7/30/2008 | CE | Telephone conference with Iron Mountain local office regarding picking up onsite equipment; fax letter to local Iron Mountain office regarding picking up equipment | 0.30 | $85.00 | $25.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/30/2008 | CE | Travel to Digicom offices to determine equipment/furniture that needs to be moved; travel to Allstate office to pay monthly auto insurance premium; travel to storage facility to arrange for storage of items in Digicom's office | 2.00 | $85.00 | $170.00 |
| 7/30/2008 | CE | Conference with EH regarding logistics of terminating all Direct Connection "customers" | 1.00 | $85.00 | $85.00 |
| 7/30/2008 | CE | Telephone conference with EH regarding lease for Digicom office, videotaping contents of office and steps necessary to move equipment/furniture from Digicom office; telephone conference with EH regarding money received from Pine Tree Teleservices | 0.50 | $85.00 | $42.50 |
| 7/30/2008 | CE | Telephone conference with Friese Legal regarding lease for Digicom Marietta office | 0.20 | $85.00 | $17.00 |
| 7/30/2008 | CE | Telephone conference with Falcon Insurance Agency to verify ownership of planes and to request copy of certificates of insurance | 0.20 | $85.00 | $17.00 |
| 7/30/2008 | CE | Email exchange with Friese Legal to obtain most recent Digicom lease with complete copy of exhibits | 0.40 | $85.00 | $34.00 |
| 7/30/2008 | CE | Two telephone conferences with Cohutta Water regarding arrangements to pick up equipment at Direct Connection office | 0.30 | $85.00 | $25.50 |
| 7/30/2008 | CE | Review SunTrust Bank statements to verify that no money was deposited from Pine Tree Teleservices | 0.50 | $85.00 | $42.50 |
| 7/31/2008 | CE | Telephone conferences with Friese Legal regarding complete copy of lease agreement for Digicom offices | 0.40 | $85.00 | $34.00 |
| 7/31/2008 | CE | Email exchange with Falcon Insurance Agency regarding aircraft insurance | 0.30 | $85.00 | $25.50 |
| 7/31/2008 | CE | Receive and review mail from Direct Connection office | 0.40 | $85.00 | $34.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/31/2008 | CE | Telephone conferences with Iron Mountain regarding discontinuing service and picking up onsite equipment | 0.30 | $85.00 | $25.50 |
| 7/31/2008 | CE | Conference with MF regarding emails in EB mail box regarding Mantra suits and communication from Mark Sawyer/Pine Tree Teleservices | 0.30 | $85.00 | $25.50 |
| 7/31/2008 | CE | Telephone conference with Automatic Protection Services regarding surveillance equipment installed at Digicom and Direct Connection offices | 0.30 | $85.00 | $25.50 |
| 7/31/2008 | CE | Coordinate and assist with vacating premises at 375 Franklin Road, Suite 460 | 5.50 | $85.00 | $467.50 |
| 7/31/2008 | JC | Teleconference and email with Ron Guttman, counsel for Verifi regarding subpoena | 0.30 | $85.00 | $25.50 |
| 8/01/2008 | CE | Two telephone conferences with AVPS regarding money owed by Direct Connection and services provided; forward Preliminary Injunction Order to place account on hold | 0.40 | $85.00 | $34.00 |
| 8/01/2008 | CE | Telephone conference with Cistel Corporation regarding equipment installed at Direct Connection Roswell office | 0.40 | $85.00 | $34.00 |
| 8/01/2008 | CE | Make arrangements for truck to move furniture and equipment from Digicom office | 0.30 | $85.00 | $25.50 |
| 8/01/2008 | CE | Prepare letter to Cistel Corporation forwarding Permanent Injunction, Schedules of Equipment installed at Direct Connection office, and request for information regarding equipment | 0.50 | $85.00 | $42.50 |
| 8/01/2008 | CE | Prepare diagram of Digicom office; prepare inventory of furniture and equipment being removed from Digicom office | 0.50 | $85.00 | $42.50 |
| 8/01/2008 | CE | Telephone conference with U.S. Manifest Funding regarding outstanding | 0.20 | $85.00 | $17.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | balance on lease and possession of equipment being leased | | | |
| 8/01/2008 | CE | Fax Preliminary Injunction Order to U.S. Bank Manifest Funding regarding outstanding lease agreement and equipment | 0.30 | $85.00 | $25.50 |
| 8/01/2008 | CE | Telephone conference with Georgia Power regarding placing account on hold to avoid service interruption; fax Preliminary Injunction Order to place account on hold | 0.40 | $85.00 | $34.00 |
| 8/01/2008 | CE | Create list of outstanding bills/payables for Direction Connection; set up list of vendors for claims processing | 2.00 | $85.00 | $170.00 |
| 8/01/2008 | CE | Telephone conference with CitiBank regarding notice received relating to request for re-opening account | 0.20 | $85.00 | $17.00 |
| 8/01/2008 | CE | Review documents produced by CitiBank to verify accuracy of account closings | 0.90 | $85.00 | $76.50 |
| 8/01/2008 | CE | Conference with BA regarding arrangements for moving and storing furniture and equipment from Digicom office | 0.20 | $85.00 | $17.00 |
| 8/01/2008 | CE | Conference with EH regarding CitiBank accounts | 0.10 | $85.00 | $8.50 |
| 8/01/2008 | JC | Email with MS regarding GGW records | 0.10 | $85.00 | $8.50 |
| 8/01/2008 | JC | Receive and review email from EH regarding Mantra lawsuit and email Joe Redd to update him on the Receivership | 0.40 | $85.00 | $34.00 |
| 8/01/2008 | JC | Forward GGW data to CE | 0.10 | $85.00 | $8.50 |
| 8/01/2008 | JC | Email with EH and BA regarding tasks left to do over the next week | 0.20 | $85.00 | $17.00 |
| 8/01/2008 | JC | Discuss Encore Marketing and strategy for using the remaining customers with EH | 0.40 | $85.00 | $34.00 |
| 8/04/2008 | BA | Toured Digicom office and to prepare for | 3.00 | $85.00 | $255.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | moving furniture. | | | |
| 8/04/2008 | CE | Telephone conference with Cistel regarding information forwarded as to equipment installed at Direct Connection | 0.20 | $85.00 | $17.00 |
| 8/04/2008 | CE | Receive and review mail from Direct Connection's refund request post office box | 0.50 | $85.00 | $42.50 |
| 8/04/2008 | CE | Continue making arrangements for move out of Digicom's Marietta office | 1.50 | $85.00 | $127.50 |
| 8/04/2008 | CE | Telephone conference with SunTrust Bank regarding freeze on accounts and past due amounts on bank card accounts and commercial loan account | 0.70 | $85.00 | $59.50 |
| 8/04/2008 | CE | Conference with Receiver regarding moving furniture and fixtures out of Digicom's office | 0.30 | $85.00 | $25.50 |
| 8/04/2008 | CE | Finalize list of outstanding payables for Direct Connection and Digicom | 0.50 | $85.00 | $42.50 |
| 8/04/2008 | CE | Continue compilation of amounts owed by Direct Connection and Digicom to outside vendors | 2.00 | $85.00 | $170.00 |
| 8/04/2008 | CE | Telephone conference with Phyllis Holty at AVPS regarding their decision to write off amount owed by Direct Connection | 0.20 | $85.00 | $17.00 |
| 8/04/2008 | CE | Email exchange regarding logistics of moving server rack | 0.20 | $85.00 | $17.00 |
| 8/04/2008 | CE | Conference with EH regarding process of shutting down Direct Connection and vacating Digicom space | 0.30 | $85.00 | $25.50 |
| 8/04/2008 | CE | Conference with BA regarding vacating Digicom Marietta office | 0.30 | $85.00 | $25.50 |
| 8/04/2008 | PH | Analyze possibility of continuing to receive income from consumers who have used SureTouch service in the past few months, the cost of continuing relationship with 19 Communications, | 1.20 | $215.00 | $258.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the expected income from continuing such service, and the advisability of that course; also, review options for discontinuing the ability of merchant processors to charge customers who have not yet canceled or requested a chargeback; consider pros and cons of each potential option and decide on the best course for each provider; instruct team to execute plan accordingly | | | |
| 8/05/2008 | BA | Assist with moving furniture from Digicom office to storage space. | 7.50 | $85.00 | $637.50 |
| 8/05/2008 | CE | Receive message from Veronica Paulson at CitiBank regarding accounts for various defendants | 0.20 | $85.00 | $17.00 |
| 8/05/2008 | CE | Receive message from attorney for landlord of Digicom space regarding surrender of office | 0.20 | $85.00 | $17.00 |
| 8/05/2008 | CE | Conference with EH regarding continued follow up with vendors and merchants of Direct Connection and Digicom | 0.50 | $85.00 | $42.50 |
| 8/05/2008 | CE | Meet with EH and Receiver regarding work necessary to continue investigation and vacating both Direct Connection and Digicom offices | 1.00 | $85.00 | $85.00 |
| 8/05/2008 | CE | Continue to facilitate vacating Digicom office | 4.00 | $85.00 | $340.00 |
| 8/05/2008 | MS | Process and Bates number documents received from Process America; send team e-mail with documents attached | 0.20 | $85.00 | $17.00 |
| 8/06/2008 | BA | Review and revise email regarding 19 Communications; draft mutual release for 19 Communications; email and discuss with EH and Receiver | 3.00 | $85.00 | $255.00 |
| 8/06/2008 | CE | Draft subpoena to Pine Tree TeleServices requesting evidence of equipment purchase from Digicom in May 2008 | 0.50 | $85.00 | $42.50 |
| 8/06/2008 | CE | Draft subpoena to In Touch Marketing regarding long distance minutes provided to and sold by Direct | 0.50 | $85.00 | $42.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Connection | | | |
| 8/06/2008 | CE | Telephone conference with Stephanie Friese, attorney for Marietta office landlord, regarding surrendering office space; telephone conference with Chris Brown, Property Manager for Marietta office, scheduling time to meet and surrender space | 0.30 | $85.00 | $25.50 |
| 8/06/2008 | CE | Prepare email to In Touch regarding information on relationship with Direct Connection | 0.20 | $85.00 | $17.00 |
| 8/06/2008 | CE | Telephone conference with Cistel regarding information requested as to equipment installed at Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 8/06/2008 | CE | Forward email to Cistel with schedule of equipment as provided in the U.S. Bank Manifest financing agreement | 0.20 | $85.00 | $17.00 |
| 8/06/2008 | CE | Process payment to Blue Cross/Blue Shield for July premium; prepare letter to Elliott Borenstein regarding his right to continue coverage under Georgia State Law; prepare letter to Joann Winter regarding her right to continue coverage under Georgia State Law | 0.40 | $85.00 | $34.00 |
| 8/06/2008 | CE | Forward email to Blue Cross Blue Shield regarding obligation to pay monthly premium for Elliott Borenstein and Joann Winter | 0.20 | $85.00 | $17.00 |
| 8/06/2008 | CE | Telephone conference with Canon USA regarding disposal of copier abandoned at Digicom office | 0.30 | $85.00 | $25.50 |
| 8/06/2008 | CE | Review Order to determine validity/application to past due utility services for Direct Connection and Digicom offices | 0.50 | $85.00 | $42.50 |
| 8/06/2008 | CE | Email exchange with EH and Receiver regarding unpaid utility bills at Direct Connection office | 0.30 | $85.00 | $25.50 |
| 8/06/2008 | CE | Second telephone call with In Touch regarding services being sold/provided | 0.40 | $85.00 | $34.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to Direct Connection clients | | | |
| 8/06/2008 | CE | Telephone conference with Blue Cross Blue Shield regarding health insurance premium due; research regarding notification to principals of their rights under Georgia Continuation Law | 0.40 | $85.00 | $34.00 |
| 8/06/2008 | CE | Conference with MF regarding monies paid to In Touch by Direct Connection | 0.20 | $85.00 | $17.00 |
| 8/06/2008 | MS | Prepare check for Blue Cross Blue Shield in the amount of $1,848.16 | 0.10 | $85.00 | $8.50 |
| 8/06/2008 | PH | Review proposed email terminating all relationship with 19 Communications | 0.10 | $215.00 | $21.50 |
| 8/06/2008 | PH | Analyze continuing insurance coverage and direct action accordingly | 0.20 | $215.00 | $43.00 |
| 8/06/2008 | PH | Analyze prioritized to do list and direct action regarding retrieving additional information | 0.20 | $215.00 | $43.00 |
| 8/06/2008 | PH | Analyze latest numbers from 19 Communications and direct action accordingly | 0.20 | $215.00 | $43.00 |
| 8/07/2008 | BA | Review and revise 19 Communications release | 1.00 | $85.00 | $85.00 |
| 8/07/2008 | PH | Finalize email to Encore Marketing | 0.20 | $215.00 | $43.00 |
| 8/07/2008 | PH | Determine best route for shutting off communication of batch runs and significance of impact on consumers actually using services | 0.40 | $215.00 | $86.00 |
| 8/08/2008 | CE | Two telephone conferences with Iron Mountain regarding picking up equipment on August 8 | 0.30 | $85.00 | $25.50 |
| 8/08/2008 | CE | Long telephone conference with Cistel regarding equipment onsite at Direct Connection, value and resale of such equipment | 0.40 | $85.00 | $34.00 |
| 8/08/2008 | CE | Receive and review numerous emails from Mark Sawyer regarding purchase of furniture and equipment from Digicom | 0.50 | $85.00 | $42.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/08/2008 | CE | Telephone conference with Shannon LeGrand of In Touch regarding business relationship with Direct Connection | 0.20 | $85.00 | $17.00 |
| 8/08/2008 | CE | Telephone conference with Georgia Power regarding freezing account pursuant to Section XVIII, B and C | 0.20 | $85.00 | $17.00 |
| 8/08/2008 | CE | Telephone conference with Mark Sawyer regarding monies supposedly paid to Digicom | 0.40 | $85.00 | $34.00 |
| 8/11/2008 | BA | Move furniture with CE from Digicom office to storage space. | 4.00 | $85.00 | $340.00 |
| 8/11/2008 | CE | Two telephone conferences with Shannon LeGrand of In Touch Marketing regarding business relationship with Direct Connection | 0.40 | $85.00 | $34.00 |
| 8/11/2008 | CE | Email exchange with Mark Sawyer of Pine Tree Teleservices regarding payment to Digicom for equipment/furniture | 0.20 | $85.00 | $17.00 |
| 8/11/2008 | CE | Receive and review fax of canceled check from Pine Tree Teleservices | 0.20 | $85.00 | $17.00 |
| 8/11/2008 | CE | Conference with EH regarding status of shut down of Direct Connection offices | 0.50 | $85.00 | $42.50 |
| 8/11/2008 | CE | Conference with JC regarding request for records from CitiBank | 0.20 | $85.00 | $17.00 |
| 8/11/2008 | CE | Finalize vacating Digicom office in Marietta and meet with property manager to surrender keys | 3.50 | $85.00 | $297.50 |
| 8/11/2008 | CE | Telephone conference with counsel for Georgia Power regarding continued electrical service to Direct Connection office | 0.30 | $85.00 | $25.50 |
| 8/11/2008 | JC | Review Process for America contract information | 0.30 | $85.00 | $25.50 |
| 8/11/2008 | JC | Review Chase Paymentech contracts to determine status of funds in reserve accounts | 0.50 | $85.00 | $42.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/11/2008 | JC | Email exchange with Alex Mergerdachian regarding potential auction of Winter storage unit and resolve the matter without an auction | 0.40 | $85.00 | $34.00 |
| 8/11/2008 | MS | Exchange e-mails with Eddie Torres of Paychex regarding DCC's payroll account | 0.20 | $85.00 | $17.00 |
| 8/11/2008 | MS | Brief discussion with MF regarding payroll for DCC; send e-mail to Eddie Torres to inform him to close the account | 0.20 | $85.00 | $17.00 |
| 8/12/2008 | BA | Review motion to expand receivership; revise motion and discuss with JC | 1.50 | $85.00 | $127.50 |
| 8/12/2008 | CE | Telephone conference with Andrew Cove, attorney for In Touch Marketing; email to Andrew Cove regarding information Receiver is requesting | 0.30 | $85.00 | $25.50 |
| 8/12/2008 | JC | Research and draft reply to defendants' response to Winter motion; consult with the Receiver and BA regarding legal arguments; draft MF declaration to attach to reply; file Winter motion | 5.10 | $85.00 | $433.50 |
| 8/12/2008 | MS | Format and file Receiver's Reply to Response in Opposition to Include Winter's Assets | 0.80 | $85.00 | $68.00 |
| 8/12/2008 | PH | Finalize email to Chase Paymentech | 0.20 | $215.00 | $43.00 |
| 8/13/2008 | JC | Email with Joe Redd and the Receiver regarding DCC lawsuit against Mantra Films | 0.20 | $85.00 | $17.00 |
| 8/14/2008 | CE | Email exchange with Andrew Cove, counsel for In-Touch Marketing, regarding business relationship with Direct Connection | 0.20 | $85.00 | $17.00 |
| 8/14/2008 | CE | Email exchange with Mark Sawyer of Pine Tree Teleservices regarding money supposedly paid to Digicom | 0.20 | $85.00 | $17.00 |
| 8/14/2008 | CE | Receive and review letter from counsel for Georgia Power regarding amount | 0.20 | $85.00 | $17.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | due on account to keep electrical service on |  |  |  |
| 8/14/2008   CE | Email exchange with BCN regarding outstanding amount on Direct Connection account and Receiver's decision regarding paying invoice | 0.20 | $85.00 | $17.00 |
|  |  |  | Total Fees | $9,034.00 |

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 7/31/2008 | June/July Postage | 1.00 | No Charge |
| 7/31/2008 | Mileage for Cherie Eason (July) | 83.00 | No Charge |
| 8/14/2008 | LexisNexis/SmartLinx Reports | 1.00 | $160.60 |
| 8/14/2008 | PACER Charges | 1.00 | No Charge |
|  |  | Total Expenses | $160.60 |

|  |  |  |
|---|---|---|
| Total New Charges |  | $9,194.60 |
| Previous Balance |  | $19,468.50 |
| 11/19/2008   Payment | Valerie M. Verduce | $-19,468.50 |
| Total Payments and Credits |  | $-19,468.50 |
| Balance Due |  | $9,194.60 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Ben Alper | 20.00 | $85.00 | $1,700.00 |
| Cherie Eason | 52.60 | $85.00 | $4,471.00 |
| Jamie Carroll | 20.40 | $85.00 | $1,734.00 |
| Melanie Smith | 1.90 | $85.00 | $161.50 |
| Pat Huddleston | 4.50 | $215.00 | $967.50 |
| Pat Huddleston | 0.00 | $0.00 | $0.00 |