Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston  
The Huddleston Law Firm  
707 Whitlock Avenue  
Suite B-21  
Marietta, GA

Date: 11/25/2008

Regarding: FTC v. Direct Connection Consulting, Inc., et al.
Invoice No: 00003

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/16/2008 | EH | Receive and review email response from Jennifer McBrierty at Cornerstone Marketing regarding Encore billing information; forward to JC for investigation; receive and review email response from JC; discuss details of accounts with JC; draft and send email response to Jennifer McBrierty; receive and review email response from Jennifer McBrierty; telephone conference with Jennifer McBrierty to discuss other billing activity and further investigation with Encore | 0.80 | $105.00 | $84.00 |
| 7/16/2008 | EH | Receive and review two emails from Matthew Russell at 19 Communications with invoices attached | 0.20 | $105.00 | $21.00 |
| 7/16/2008 | EH | Telephone conference with Peter Galfas to discuss identification and return of server equipment | 0.40 | $105.00 | $42.00 |
| 7/16/2008 | EH | Receive and review forwarded email from Receiver regarding defense question regarding Roswell office phones; research and send email reply; receive and review email response from Receiver; confer with CE regarding | 0.80 | $105.00 | $84.00 |

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Cbeyond status; receive and review forwarded email from Receiver with copy of Cbeyond notice from defense; discuss updated Cbeyond and Georgia Power conversations with CE; send email follow up to Receiver | | | |
| 7/16/2008 | EH | | Receive and review two email responses from MT regarding Bates numbering of Process America documents produced | 0.10 | $105.00 | $10.50 |
| 7/16/2008 | EH | | Receive and review email response from Jennifer McBrierty at Cornerstone Marketing with data from Encore Marketing; forward to JC for research; receive and review email response from JC; discuss results of research with JC; draft and forward email reply to JM | 0.80 | $105.00 | $84.00 |
| 7/16/2008 | EH | | Meet with Jeff Smith to review objectives for information security check; restart email exchange; identify nightly report and stop automatic processes; locate customer record to record voice file; download voice file for analysis; download Kentucky customer data for forwarding to Kentucky Attorney General's office; restore automatic batch processing; configure KY AG customer data for ease of summary and manipulation; email to KY AG office for review; receive and review email from KY AG | 1.60 | $105.00 | $168.00 |
| 7/16/2008 | EH | | Review Borenstein email files; review documents for Litle & Co; review documents for InTouch; review documents for Verifi; review documents for Process America; review documents for 19 Communications; discuss findings with MF for further follow-up | 2.80 | $105.00 | $294.00 |
| 7/16/2008 | EH | | Send email reply to CE regarding hold on company credit cards | 0.10 | $105.00 | $10.50 |
| 7/16/2008 | EH | | Telephone conference with Matthew Russell at 19 Communications to follow up on last week's conference call with Keith English; send email response to confirm Receiver's acknowledgement of | 0.70 | $105.00 | $73.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | termination preference and my request for customer data; receive and review email response from Keith English | | | |
| 7/16/2008 | EH | Receive and review email from Jennifer McBrierty from Cornerstone Marketing; forward to JC for response; confer with JC on status of Encore's activity; telephone Jennifer McBrierty at Cornerstone to clarify; send email follow up reply; telephone conference with Jennifer McBrierty regarding Encore billing | 0.80 | $105.00 | $84.00 |
| 7/16/2008 | EH | Review Winter motion for edits; confer with JC on formatting; review MF affidavit for confirmation of numbers; draft and send email to Receiver for approval | 1.60 | $105.00 | $168.00 |
| 7/16/2008 | EH | Receive and review email from JC regarding InTouch | 0.10 | $105.00 | $10.50 |
| 7/16/2008 | MF | Look for signed merchant accounts for Choice Advantage and Choice Programs to determine if they had their own accounts or were piggy backing on Direct Connection or Digicom; review email from "blind monitors" to determine if monitors were in fact reporting on a regular basis to principals; look for deposit from Pine Tree for purchase of Digicom assets; locate Kim Jenkins resume; try to determine if Digicom processed "new" orders after 1/24/08 | 8.00 | $145.00 | $1,160.00 |
| 7/17/2008 | EH | Receive and review email from CE regarding Digicom landlord attorney letter | 0.10 | $105.00 | $10.50 |
| 7/17/2008 | EH | Receive and review voicemail from Joann Quintana at VISA | 0.10 | $105.00 | $10.50 |
| 7/18/2008 | EH | Receive and review email reply from Hal Goldflam of Frandzel Robins Bloom & Csatos regarding National Merchant Center; send email reply with conference call appointment acknowledgement; receive and review email from CE regarding receipt of National Merchant Center documents | 2.30 | $105.00 | $241.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | produced; send email reply; receive documents produced; review documents and prepare for Bates-numbering; update Asset Summary sheet and forward documents to MT for processing; telephone conference with Hal Goldflam and Craig Welin at NMC to discuss documents produced and request to release funds at First Data Merchant Services; send follow up email to document next steps; telephone conference with Craig Welin regarding draft of Release letter; receive and review email from Hal Goldflam with copy of amendment; prepare for Bates numbering and forward to MT for numbering | | | |
| 7/18/2008 | EH | Receive and review email from CE regarding DC phone functionality; discuss phone numbers affected with CE; verify that Customer Service line is still working properly | 0.20 | $105.00 | $21.00 |
| 7/21/2008 | EH | Receive and review email from Receiver regarding agents' telephone capability at Roswell office; telephone conference with MS to discuss; telephone conference with Receiver to discuss | 0.30 | $105.00 | $31.50 |
| 7/21/2008 | EH | Receive and review email from JC regarding Dennis Tyner interview | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 7/22/2008 | MF | Evaluate response from CPA Levy regarding Direct Connection's 2007 and 2008 profit | 2.50 | $145.00 | $362.50 |
| 7/23/2008 | EH | Receive and review email from Jennifer McBrierty at Cornerstone Marketing regarding Encore Marketing | 0.10 | $105.00 | $10.50 |
| 7/23/2008 | MF | Calculate Ebor profit and loss statement with and with out income from DCC and Digicom | 2.00 | $145.00 | $290.00 |
| 7/24/2008 | EH | Receive and review email from CE regarding National Merchant Center reserve account release; send email reply; receive and review email response from CE | 0.30 | $105.00 | $31.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/25/2008 | EH | Receive and review email from MS regarding hearing cancellation; send email response to Receiver; review Consent Order | 1.30 | $105.00 | $136.50 |
| 7/25/2008 | MF | Work on declaration for Ebor motion | 1.00 | $145.00 | $145.00 |
| 7/28/2008 | EH | Update case objectives with CE and JC | 0.50 | $105.00 | $52.50 |
| 7/28/2008 | EH | Send email to CE to follow up on National Merchant Center reserve account release question; receive and review email reply; discuss documentation review with JC for response to NMC; receive and review forwarded email from JC regarding NMC document review; draft and send email response to Craig Welin at Frandzel Robins regarding documentation review and suggested solution | 3.20 | $105.00 | $336.00 |
| 7/28/2008 | EH | Receive and review email from JC regarding Timothy Walters interview; draft and send email response; receive and review email reply from JC | 0.30 | $105.00 | $31.50 |
| 7/28/2008 | EH | Draft and send email to MS regarding updated bill and scanned pleadings; receive and review email response | 0.20 | $105.00 | $21.00 |
| 7/28/2008 | EH | Receive and review voicemail from Danny Sutton at Cohutta Water regarding pick up of equipment from DC Roswell office; send email to CE to follow up | 0.20 | $105.00 | $21.00 |
| 7/28/2008 | EH | Review vendor cancellation letter with JC | 0.10 | $105.00 | $10.50 |
| 7/28/2008 | EH | Draft and send email response to Jennifer McBrierty at Cornerstone Marketing regarding Encore request to cancel accounts; confer with JC regarding strategy approach to terminating vendor accounts; receive and review email reply from Jennifer McBrierty | 0.60 | $105.00 | $63.00 |
| 7/28/2008 | EH | Discuss Touchstar contact details with CE | 0.10 | $105.00 | $10.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/28/2008 | EH | Telephone conference with Jeff Smith to discuss termination of customer billing activity from DC Roswell office; receive and review voicemail message from Jeff Smith; telephone conference with Jeff Smith | 0.40 | $105.00 | $42.00 |
| 7/28/2008 | EH | Telephone conference with Matthew Russell of 19 Communications to discuss update of customer disposition; telephone conference with Matthew Russell to follow up on response from Keith English | 0.70 | $105.00 | $73.50 |
| 7/28/2008 | EH | Telephone Shawn Suhrstedt at Touchstar to inquire about customer cancellation procedures | 0.10 | $105.00 | $10.50 |
| 7/29/2008 | EH | Send email request for conference call to Shawn Suhrstedt at Touchstar | 0.10 | $105.00 | $10.50 |
| 7/29/2008 | EH | Review notes on National Merchant Center communications; update notes in Asset Summary sheet | 1.40 | $105.00 | $147.00 |
| 7/29/2008 | EH | Review notes on Chase Paymentech communication; update notes in Asset Summary sheet; send follow up email to Paul Hankins at Chase Paymentech | 1.00 | $105.00 | $105.00 |
| 7/29/2008 | EH | Review notes on Process America communications; update notes in Asset Summary sheet; send follow up email to Craig Rickard regarding documents requested | 0.80 | $105.00 | $84.00 |
| 7/29/2008 | EH | Discuss data needed for vendor In touch with CE; discuss merchant account reconciliation with CE; discuss plan for locating missing Pine Tree payment with CE | 0.30 | $105.00 | $31.50 |
| 7/29/2008 | EH | Receive and review email from MS regarding documents produced by Citibank; reply to group with follow up instructions; receive and review email reply from MS | 0.20 | $105.00 | $21.00 |
| 7/29/2008 | EH | Send email to CE to schedule vendor pickups at DC Roswell office; receive | 0.10 | $105.00 | $10.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and review email reply | | | |
| 7/29/2008 | EH | Review notes on Litle & Co. communications; update notes in Asset Summary sheet; reconcile spreadsheet sales information received in previous emails; draft and send email follow up to Jonathan Olsson at Goodwin Proctor | 2.00 | $105.00 | $210.00 |
| 7/29/2008 | EH | Review list of items needed from DC Roswell office; send email alert to group for any additional needs; receive and review email replies from JC and MF | 0.30 | $105.00 | $31.50 |
| 7/29/2008 | EH | Travel to DC Roswell office; check office mailbox; check Borenstein email messages; check Customer Service system for customer Bonaventure; check agent workstation phones for outside long-distance access | 1.30 | $105.00 | $136.50 |
| 7/30/2008 | EH | Receive and review email from David Harris regarding AVPS invoice; forward to CE for follow up; send email reply to David Harris | 0.30 | $105.00 | $31.50 |
| 7/30/2008 | EH | Review Litle & Co Payment Processing Agreement | 0.20 | $105.00 | $21.00 |
| 7/30/2008 | EH | Receive and review email from CE regarding Digicom Marietta office cleanout; discuss cleanout plan with CE; discuss DC customer termination strategy with CE; discuss updated site inspection with CE; agree plan for contacting landlord to identify existing furniture and fixtures in lease and plan for removal of balance of contents to storage | 1.00 | $105.00 | $105.00 |
| 7/30/2008 | EH | Telephone conference with Jeff Smith at AMI; telephone conference with Jeff Smith to resolve DC email connectivity and discuss equipment removal procedures and nightly batch program termination; confirm Borenstein email connectivity; review Borenstein email records; forward Mark Sawyer email to CE for follow up; troubleshoot Winter desktop and confirm email connectivity; review Winter email records | 1.00 | $105.00 | $105.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/30/2008 | EH | Post notices for Postal Carrier and delivery services at DC Roswell office; send email to CE regarding mail forwarding for DC Roswell office; meet with Postal Carrier to discuss status of mail delivery and options for forwarding; receive and review email response from CE regarding forwarding; send email reply | 0.80 | $105.00 | $84.00 |
| 7/30/2008 | EH | Meet Cohutta Water vendor for equipment pickup and receive receipt; verify that office and contents are secure | 0.60 | $105.00 | $63.00 |
| 7/30/2008 | EH | Research data on 19 Communications customer usage; draft and send email to 19 Communications for production of active customer list; receive and review email response from Keith English at 19 Communications; draft email reply to Keith English | 2.50 | $105.00 | $262.50 |
| 7/30/2008 | EH | Draft and send email to Mark Sawyer at Pine Tree regarding missing balance of equipment payment | 0.40 | $105.00 | $42.00 |
| 7/30/2008 | EH | Receive and review voicemail from Brittany at Process America regarding Craig Rickard appointment; telephone conference with Brittany at Process America to confirm appointment with Craig Richard; telephone conference with Brittany at Process America regarding Craig Rickard's missed appointment; agree to plan for receiving missing documents requested | 0.40 | $105.00 | $42.00 |
| 7/30/2008 | EH | Locate discovery documents needed for MF review in DC Roswell office | 0.10 | $105.00 | $10.50 |
| 7/31/2008 | EH | Review plan to inventory and move Digicom Marietta office goods to storage with CE; telephone conference with CE regarding Digicom lease email sent by landlord attorney; telephone conference with Lyla Carrio at Friese Legal to discuss lease agreement exhibit; telephone conference with CE to discuss confirmation from property | 1.00 | $105.00 | $105.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | manager to remove furniture; discuss ownership of security cameras in office | | | |
| 7/31/2008 | EH | Telephone conference with Matthew Russell at 19 Communications regarding active customer account list; receive and review email from Matthew Russell with account information; reformat data and save to electronic folder; prepare and forward to MS for numbering; send email response to Keith English at 19 Communications; receive and review email response from Keith English; draft and send email reply to Matthew Russell regarding disparity in customer counts | 2.00 | $105.00 | $210.00 |
| 7/31/2008 | EH | Deliver discovery documents from DC Roswell office to MF; deliver discovery documents and mail from DC Roswell office to CE | 0.20 | $105.00 | $21.00 |
| 7/31/2008 | EH | Receive and review fax of Retention Acknowledgements from Process America | 0.10 | $105.00 | $10.50 |
| 7/31/2008 | EH | Receive and review email response from Paul Hankins at Chase Paymentech with attached Processing Agreement; draft and send email reply with questions on document and request for telephone conference | 0.80 | $105.00 | $84.00 |
| 7/31/2008 | EH | Receive and review email from CE to follow up on any response from Mark Sawyer regarding payment for office equipment; send email reply | 0.20 | $105.00 | $21.00 |
| 7/31/2008 | EH | Receive and review email forwarded from MF regarding Mantra Films lawsuit progress; forward email to JC with instructions for follow up | 0.30 | $105.00 | $31.50 |
| 7/31/2008 | EH | Receive and review forwarded email from Kimberly Foster at Chase Paymentech regarding returned mail; draft and send email reply | 0.30 | $105.00 | $31.50 |
| 8/01/2008 | EH | Send email to Brittany Miller at Process America to confirm receipt of faxes | 0.10 | $105.00 | $10.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/01/2008 | EH | Review error message in Customer Service system; telephone conference with Jeff Smith at AMI to discuss error message; coordinate access to voicemail and Customer Service records with JC | 0.40 | $105.00 | $42.00 |
| 8/01/2008 | EH | Review correspondence with Cornerstone Marketing and Encore Marketing to evaluate next steps; draft proposed Encore email response | 1.00 | $105.00 | $105.00 |
| 8/01/2008 | EH | Receive and review email from JC regarding Mantra Films documentation request; send email reply for more information; receive and review email reply from JC; send response instructions to JC and CE | 0.40 | $105.00 | $42.00 |
| 8/01/2008 | EH | Discuss Citibank credit card notice with CE; research emails for Citibank notification received and forward info to CE for follow up | 0.30 | $105.00 | $31.50 |
| 8/01/2008 | EH | Review discovery documents; sort and file documents for further review and/or follow up by team members | 2.70 | $105.00 | $283.50 |
| 8/04/2008 | EH | Receive and review voicemail from David Harris at Bovis, Kyle & Burch regarding request for Borenstein use of GPS system; send email reply to request additional detail; receive and review email response; forward to Receiver for follow up | 0.30 | $105.00 | $31.50 |
| 8/04/2008 | EH | Receive and review email from Jonathan Olsson at Goodwin Proctor with settlement proposal for reserve account balances at Litle & Co; review attachments; discuss proposal with Receiver; prepare and forward documents to MS for Bates-numbering; draft and send email reply with request for further clarification; exchange email replies with Jonathan Olsson regarding spreadsheet discrepancies; telephone conference with Jonathan Olsson to discuss discrepancies and clarify requested clauses in Release language | 2.20 | $105.00 | $231.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/04/2008 | EH | Receive and review email from Britney Miller at Process America regarding documents requested; exchange emails regarding document delivery method and address | 0.40 | $105.00 | $42.00 |
| 8/04/2008 | EH | Telephone conference with Brad Bradshaw at NCO Group regarding delinquent AMEX account; send email request for documentation to Dave Zafra with copy of Preliminary Injunction; update Asset Summary Sheet | 0.70 | $105.00 | $73.50 |
| 8/04/2008 | EH | Discuss progress of Digicom office cleanout with CE | 0.40 | $105.00 | $42.00 |
| 8/04/2008 | EH | Receive and review voicemail from SunTrust regarding Digicom overdraft account; forward information to CE for follow up; receive and review email response from CE; send email reply to update contact information from conversation with SunTrust; receive and review confirmation email from CE | 0.50 | $105.00 | $52.50 |
| 8/04/2008 | EH | Review Method Films data received from Cornerstone and Asset Summary sheet notes to determine liability for Method Films transactions | 0.30 | $105.00 | $31.50 |
| 8/04/2008 | EH | Review customer cancellation strategy with Receiver | 0.90 | $105.00 | $94.50 |
| 8/04/2008 | EH | Receive and review email from CE regarding health insurance premium payments; draft and send email reply | 0.20 | $105.00 | $21.00 |
| 8/04/2008 | EH | Draft and send email follow-up to 19 Communications regarding request for updated list of active users | 0.40 | $105.00 | $42.00 |
| 8/04/2008 | EH | Receive and review email from CE regarding list of Accounts Payable; send email reply | 0.20 | $105.00 | $21.00 |
| 8/05/2008 | EH | Meet with CE to discuss Digicom office inventory move to storage and equipment leasing company contacts | 0.20 | $105.00 | $21.00 |
| 8/05/2008 | EH | Draft termination email to Encore | 2.70 | $105.00 | $283.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Marketing; forward to Receiver for editing and approval; send email copy to Receiver | | | |
| 8/05/2008 | EH | Receive and review email from MS regarding documents produced by Process America; review documents produced for chargeback liability language | 0.50 | $105.00 | $52.50 |
| 8/05/2008 | EH | Receive and review two email responses from Jonathan Olsson at Goodwin Proctor regarding Litle & Co activity spreadsheets; review and reconcile data in attached spreadsheets; prepare for Bates numbering and forward to MS | 0.50 | $105.00 | $52.50 |
| 8/05/2008 | EH | Receive and review email from CE to reschedule DC Roswell office move meeting | 0.10 | $105.00 | $10.50 |
| 8/05/2008 | EH | Send follow up email to Receiver regarding defense request for use of GPS system | 0.10 | $105.00 | $10.50 |
| 8/05/2008 | EH | Meet with CE and Receiver to discuss Digicom move recap and latest case priorities; revise task list for distribution; meet with CE to discuss next steps | 1.70 | $105.00 | $178.50 |
| 8/05/2008 | EH | Discuss Method Films and Intouch Marketing revenue statistics with MF; locate Intouch contact details for follow up | 0.30 | $105.00 | $31.50 |
| 8/05/2008 | EH | Telephone conference with Matthew Russell of 19 Communications regarding updated list of Active Users with continued usage; receive and review email from Matthew Russell with active user data; review email attachment and send email reply for confirmation of customer count; receive and review email confirmation from Keith English of 19 Communications | 0.30 | $105.00 | $31.50 |
| 8/05/2008 | EH | Draft and send email response to David Harris at Bovis Kyle & Burch regarding Borenstein GPS request | 0.20 | $105.00 | $21.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/06/2008 | EH | Review email from Keith English at 19 Communications; forward to Receiver regarding intention to terminate all 19 Communications customer accounts; receive and review email response; draft and send proposed email to Receiver for approval; receive email approval from Receiver; format reply and email to 19 Communications; receive and review email response from Keith English; telephone conference with Matthew Russell at 19 Communications; draft and send email reply to Keith English; forward email to BA for draft of Mutual Release; receive and review email reply from Keith English | 3.60 | $105.00 | $378.00 |
| 8/06/2008 | EH | Draft and send email response to Receiver regarding need to check on agent telephone capability at DC Roswell office; notify Receiver of intention to terminate batch processes; receive and review email response from Receiver; forward accounting data request to MF; receive and review email responses from MF and Receiver; discuss information sources for requested data with MF; follow-up with MF and discuss sales data summary | 1.00 | $105.00 | $105.00 |
| 8/06/2008 | EH | Receive and review email from CE regarding utility vendors; send email reply to CE with request for Receiver | 0.20 | $105.00 | $21.00 |
| 8/06/2008 | EH | Receive and review email from CE regarding Citibank credit card accounts; send email reply for follow up; receive and review email response confirmation from CE | 0.30 | $105.00 | $31.50 |
| 8/06/2008 | EH | Receive and review email from CE regarding Blue Cross/Blue Shield health insurance premiums; send email reply to CE and Receiver; receive and review email responses from CE and Receiver | 0.30 | $105.00 | $31.50 |
| 8/06/2008 | EH | Draft and send email to Jeff Smith at AMI regarding availability for server database changes at DC Roswell office: receive and review response from Jeff Smith | 0.30 | $105.00 | $31.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/06/2008 | EH | Receive and review email from CE regarding contact with Intouch Marketing; discuss Intouch relationship with DC and plans for follow-up; receive and review email from CE regarding proposed subpoena language; send email reply with alternate instructions | 0.70 | $105.00 | $73.50 |
| 8/06/2008 | EH | Receive and review email from CE regarding Pine Tree Services subpoena attachment; review and email edited copy; | 0.30 | $105.00 | $31.50 |
| 8/06/2008 | MF | Complete analysis of Direct Connection QuickBooks to determine gross sales, chargebacks and refunds; create document for FTC showing gross sales less chargebacks, etc. | 6.00 | $145.00 | $870.00 |
| 8/07/2008 | EH | Receive and review email summary of chargeback analysis from MF | 0.10 | $105.00 | $10.50 |
| 8/07/2008 | EH | Receive and review email response from Receiver regarding proposed Encore letter; send email reply question; edit and send email to Encore; forward email to Telli Tabili at Encore for distribution | 0.70 | $105.00 | $73.50 |
| 8/07/2008 | EH | Meet with Receiver to discuss update on various issues related to case; forward pending lawsuit information to MS | 0.30 | $105.00 | $31.50 |
| 8/07/2008 | EH | Sort discovery documents from DC Roswell office; forward to appropriate team members for follow up | 0.50 | $105.00 | $52.50 |
| 8/07/2008 | EH | Telephone conference with John Hancock at J Hancock Law regarding 19 Communications; receive and review email follow up from John Hancock; edit draft of Mutual Release and forward to BA for review; receive and review email response from BA; forward draft to Receiver for review and approval; meet with Receiver to discuss draft and response plans; draft and send email response to John Hancock | 2.10 | $105.00 | $220.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/07/2008 | EH | Send email to Jeff Smith at AMI to arrange termination of nightly batch processes at DC Roswell office | 0.10 | $105.00 | $10.50 |
| 8/08/2008 | EH | Review recent Borenstein emails; forward helicopter notice and vendor account info to CE for follow up | 0.20 | $105.00 | $21.00 |
| 8/08/2008 | EH | Receive and review email response from Jeff Smith regarding availability | 0.10 | $105.00 | $10.50 |
| 8/08/2008 | EH | Pick up mail at DC Roswell office; exchange multiple emails with CE regarding vendor meetings to identify and/or pick up equipment | 0.90 | $105.00 | $94.50 |
| 8/08/2008 | EH | Receive and review email from CE regarding task updates; send email reply with instructions | 0.30 | $105.00 | $31.50 |
| 8/08/2008 | EH | Access Customer Service system to cancel customers and cease billing notices; telephone conference with Jeffrey Gonzales at TouchStar to discuss software attributes and method for mass cancellation; facilitate remote online access for view of system by TouchStar; confirm need to terminate customer billing through Sequel database | 1.70 | $105.00 | $178.50 |
| 8/08/2008 | EH | Receive and review email from CE regarding Mark Sawyer contact; send email confirmation reply | 0.20 | $105.00 | $21.00 |
| 8/08/2008 | MF | Review motion from Winter's attorney | 0.50 | $145.00 | $72.50 |
| 8/11/2008 | EH | Telephone conference with Jeff Smith at AMI regarding nightly batch report termination; telephone conference with Jeff Smith to coordinate cancellation of batch reporting; disable batch programs; troubleshoot Customer Service interface access to customer records via credit card information | 1.10 | $105.00 | $115.50 |
| 8/11/2008 | EH | Send email to CE for follow up on NCO Group inquiry and email error message | 0.20 | $105.00 | $21.00 |
| 8/11/2008 | EH | Draft and send email to CE with | 0.50 | $105.00 | $52.50 |

Investor's Watchdog
Page No.:   16

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | updated task list priorities for follow up; discuss Collins Global discovery documents regarding In Touch with CE; discuss meeting with Digicom property manager | | | |
| 8/11/2008 | EH | Draft and send follow up email to Paul Hankins at Chase Paymentech regarding documents requested; receive and review email reply with appointment time; telephone conference with Paul Hankins to discuss additional documents; receive and review additional documents in email from Paul Hankins; forward to JC for review | 0.70 | $105.00 | $73.50 |
| 8/11/2008 | EH | Retrieve mail delivered to DC Roswell office; locate Verifi merchant account application file for review; travel to HLF office | 1.20 | $105.00 | $126.00 |
| 8/11/2008 | EH | Discuss Litle & Co merchant account agreement with JC; research and draft response to Jonathan Olsson at Goodwin Proctor regarding proposed Release Agreement; send email request for revised draft to Jonathan Olsson; receive and review email confirmation response; update Asset Summary sheet | 2.00 | $105.00 | $210.00 |
| 8/11/2008 | EH | Receive and review voicemail from Mark Sawyer regarding Digicom equipment sold; forward to CE for follow up | 0.10 | $105.00 | $10.50 |
| 8/11/2008 | EH | Receive and review email from JC with recap of Process America merchant account agreement language | 0.10 | $105.00 | $10.50 |
| 8/12/2008 | EH | Receive and review email from Receiver regarding notice of Eric Winter storage auction; receive and review forwarded email from JC regarding Eric Winter storage; receive and review email from JC with resolution to Eric Winter storage auction issue | 0.30 | $105.00 | $31.50 |
| 8/12/2008 | EH | Receive and review email from JC regarding Chase Paymentech merchant processing agreement; prepare documents produced for | 1.70 | $105.00 | $178.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Bates-numbering and forward to MS for processing; update Asset Summary sheet; receive and review email from Paul Hankins at Chase Paymentech regarding continued charges received; draft and email proposed response to Receiver for edits | | | |
| 8/13/2008 | EH | Receive and review email response from Paul Hankins at Chase Paymentech regarding shut-off of merchant account | 0.10 | $105.00 | $10.50 |
| 8/13/2008 | EH | Receive and review email from MS regarding chargeback documentation received from Chase Paymentech; send email reply to group to handle future deliveries | 0.40 | $105.00 | $42.00 |
| 8/14/2008 | EH | Receive and review letter from Troutman Sanders regarding Georgia Power bill for DC Roswell office; forward to JC for further research; receive and review email from MS with Troutman Sanders document received; forward to Receiver with request for comments; receive and review email response from Receiver; forward to CE and JC for follow up; receive and review email from CE regarding check request | 0.70 | $105.00 | $73.50 |
| 8/14/2008 | EH | Receive and review email from CE regarding communication with BCN | 0.10 | $105.00 | $10.50 |

| | | |
|---|---|---|
| Sub Total: | | $11,583.50 |
| | Total Fees | $11,583.50 |
| Total New Charges | | $11,583.50 |
| Previous Balance | | $22,783.50 |
| 11/19/2008 Payment  Pat Huddleston | | $-22,783.50 |
| Total Payments and Credits | | $-22,783.50 |
| Balance Due | | $11,583.50 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Eric Henningson | 82.70 | $105.00 | $8,683.50 |
| Eric Henningson | 0.00 | $0.00 | $0.00 |
| Michelle Fox | 20.00 | $145.00 | $2,900.00 |