The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 12/22/2008

Regarding:  FTC v. Direct Connection Consulting
Invoice No:  4

### *Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/15/2008 | PH | Finalize communications to merchant processors | 0.20 | $215.00 | $43.00 |
| 8/16/2008 | PH | Receive and review DCC Amex Merchant Account statement and direct follow up | 0.10 | $215.00 | $21.50 |
| 8/18/2008 | CE | Email exchange with Mark Sawyer of Pine Tree Teleservices regarding payments to Digicom | 0.50 | $85.00 | $42.50 |
| 8/18/2008 | CE | Receive and review aviation insurance policies from Falcon Insurance Agency | 0.30 | $85.00 | $25.50 |
| 8/18/2008 | CE | Telephone conference with counsel for Georgia Power regarding payment of utility bill | 0.20 | $85.00 | $17.00 |
| 8/18/2008 | CE | Conference with EH regarding BCN Telecom and Cbeyond services at Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 8/19/2008 | CE | Review DOL forms with MS for use by FTC | 0.20 | $85.00 | $17.00 |
| 8/19/2008 | CE | Process mail received from Direct Connection | 1.00 | $85.00 | $85.00 |
| 8/19/2008 | CE | Retrieve mail from Direct Connection | 1.00 | $85.00 | $85.00 |

Exhibit A

Refund Request post office box and
Digicom Marietta office

| | | | | | |
|---|---|---|---|---|---|
| 8/19/2008 | CE | Email exchange with Mark Sawyer regarding $21,500 due to Digicom for furniture/equipment | 0.20 | $85.00 | $17.00 |
| 8/19/2008 | CE | Telephone conference with Scana Energy regarding discontinuing service at Digicom Marietta office and placing Direct Connection account on hold | 0.30 | $85.00 | $25.50 |
| 8/19/2008 | CE | Telephone conference with Marietta Power regarding discontinuing service at Digicom office | 0.30 | $85.00 | $25.50 |
| 8/19/2008 | CE | Telephone conference with Andrew Cove, counsel for In Touch Marketing, regarding records relating to sales by Direct Connection | 0.30 | $85.00 | $25.50 |
| 8/19/2008 | CE | Telephone conference with Allstate Insurance to determine when next premium is due for coverage on Excursion | 0.20 | $85.00 | $17.00 |
| 8/20/2008 | CE | Update list of obligations of Direct Connection and Digicom to determine debt of defendant companies | 0.50 | $85.00 | $42.50 |
| 8/21/2008 | CE | Change password for voice mail system as required; record new voice mail message for customer service line | 0.30 | $85.00 | $25.50 |
| 8/22/2008 | CE | Receive and review mail from Direct Connection refund request post office box and Digicom office | 1.50 | $85.00 | $127.50 |
| 8/22/2008 | PH | Review numbers on gross revenue minus chargeback and refunds and send those numbers on to FTC | 0.20 | $215.00 | $43.00 |
| 8/22/2008 | PH | Receive and review docket entry and motion for oral argument | 0.10 | $215.00 | $21.50 |
| 8/25/2008 | CE | Email exchange with Andrew Cove, counsel for In Touch Marketing, regarding current clients of In Touch | 0.20 | $85.00 | $17.00 |
| 8/25/2008 | CE | Email exchange with EH regarding | 0.20 | $85.00 | $17.00 |

information obtained from Pine Tree
Teleservices

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/25/2008 | CE | Telephone conference with BCN Telecom regarding disconnect of service at DC Office | 0.20 | $85.00 | $17.00 |
| 8/25/2008 | PH | Receive and review emails regarding deposition sites | 0.10 | $215.00 | $21.50 |
| 8/25/2008 | PH | Telephone conference with FTC and Todd Leatherman regarding discovery calendar | 0.20 | $215.00 | $43.00 |
| 8/26/2008 | CE | Meet with Defendants Borenstein and Winter to identify and catalog personal items in Direct Connection office | 3.70 | $85.00 | $314.50 |
| 8/26/2008 | CE | Finalize letter to Mark Sawyer regarding payment of $11,500 owed to Digicom | 0.20 | $85.00 | $17.00 |
| 8/26/2008 | CE | Telephone conference with FTC regarding declarations | 0.30 | $85.00 | $25.50 |
| 8/26/2008 | CE | Telephone conference with BCN Telecom regarding past due balance | 0.20 | $85.00 | $17.00 |
| 8/26/2008 | CE | Telephone conference with landlord for Roswell Business Center regarding past due rent for Direct Connection office | 0.20 | $85.00 | $17.00 |
| 8/26/2008 | CE | Confer with EH regarding outcome of meeting with Defendants Borenstein and Winter | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 8/26/2008 | JC | Draft and revise letter to Mark Sawyer demanding new check for $11,500 in payment for the Digicom equipment | 0.40 | $85.00 | $34.00 |
| 8/26/2008 | JC | Telephone conference with Deanna of the Roswell Business Center regarding overdue rent, and email CE, EH and MS about the status of the rent | 0.30 | $85.00 | $25.50 |
| 8/26/2008 | MS | Exchange e-mails with EH regarding check deposited by Pine Tree Teleservices | 0.20 | $85.00 | $17.00 |
| 8/27/2008 | CE | Telephone conference with BCN | 0.20 | $85.00 | $17.00 |

Telecom regarding past due amount
and payment to continue phone service

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 8/27/2008 | CE | Telephone conference with Customer Service of BCN Telecom to cut back services to alleviate monthly obligation | 0.20 | $85.00 | $17.00 |
| 8/27/2008 | CE | Receive and review fax from FTC with subpoenas served on Defendants Borenstein, Winter, Direct Connection and Digicom | 0.20 | $85.00 | $17.00 |
| 8/27/2008 | CE | Retrieve mail from Direct Connection post office box; receive and review mail from refund request box | 1.00 | $85.00 | $85.00 |
| 8/27/2008 | CE | Email exchange with Receiver and EH regarding outstanding obligations of Direct Connection and potential utility disconnect | 1.00 | $85.00 | $85.00 |
| 8/27/2008 | CE | Prepare inventory of personal items cataloged and photographed during meeting with Defendants Borenstein and Winter | 1.50 | $85.00 | $127.50 |
| 8/27/2008 | MS | Receive and review e-mail from EH regarding contact information for John Hall, a DCC employee | 0.10 | $85.00 | $8.50 |
| 8/27/2008 | MS | Receive and review e-mail from CE regarding depositions scheduled | 0.10 | $85.00 | $8.50 |
| 8/27/2008 | MS | Receive and review e-mail from CE regarding bills to be paid; send e-mail to Receiver to approve amount to transfer to DCC checking account | 0.10 | $85.00 | $8.50 |
| 8/27/2008 | MS | E-mail letter to Charles Medlin regarding retrieving customer database in Borenstein's possession | 0.10 | $85.00 | $8.50 |
| 8/27/2008 | MS | Edit and format Receiver's Motion in Response to Defendants Motion to Allow Oral Argument | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 8/27/2008 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 8/27/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 8/27/2008 | PH | Draft and finalize letter to Charles Medlin demanding database with full data stream | 0.20 | $215.00 | $43.00 |
| 8/27/2008 | PH | Exchange emails with Charles Medlin regarding database | 0.10 | $215.00 | $21.50 |
| 8/27/2008 | PH | Amend proposed release with Litle & Co | 0.20 | $215.00 | $43.00 |
| 8/27/2008 | PH | Prepare response to Defendants' Request for Oral Argument | 0.40 | $215.00 | $86.00 |
| 8/27/2008 | PH | Exchange emails with Judge Batten's Courtroom Clerk | 0.10 | $215.00 | $21.50 |
| 8/28/2008 | CE | Begin comparison and verification of inventory and pictures taken at onsite inspection on August 26 | 2.00 | $85.00 | $170.00 |
| 8/28/2008 | CE | Confer with EH and Receiver regarding obligations of Direct Connection and Digicom and research necessary to narrow scope of responsibility | 1.00 | $85.00 | $85.00 |
| 8/28/2008 | MS | Locate and send information to EH regarding John Hall | 0.10 | $85.00 | $8.50 |
| 8/28/2008 | MS | Contact AMEX regarding past-due account balance statements; telephone call to Erin Ritzler | 0.20 | $85.00 | $17.00 |
| 8/28/2008 | MS | Edit and e-mail correspondence to Charles Medlin regarding disk of customer information in Borenstein's possession | 0.20 | $85.00 | $17.00 |
| 8/28/2008 | PH | Consider DCC and Digicom payables and direct follow up | 0.30 | $215.00 | $64.50 |
| 8/29/2008 | CE | Telephone conference with American Express regarding charges on account for Direct Connection/Joann Winter | 0.20 | $85.00 | $17.00 |
| 8/29/2008 | CE | Telephone conference with Discover Network regarding amounts being held in reserve | 0.20 | $85.00 | $17.00 |
| 8/29/2008 | CE | Second telephone conference with American Express regarding charges | 0.20 | $85.00 | $17.00 |

on account and identification of same

| | | | | | |
|---|---|---|---|---|---|
| 8/29/2008 | CE | Telephone conference with Ken Leeds at Falcon Insurance regarding lien on 71 Beech Baron | 0.20 | $85.00 | $17.00 |
| 8/29/2008 | CE | Locate Allstate office and make monthly insurance premium payment | 0.40 | $85.00 | $34.00 |
| 8/29/2008 | CE | Email exchange with Cbeyond regarding amounts outstanding on Direct Connection account | 0.20 | $85.00 | $17.00 |
| 8/29/2008 | CE | Several telephone conferences with Wachovia to determine where $10,000 check from Pine Tree Teleservices was deposited | 0.40 | $85.00 | $34.00 |
| 8/29/2008 | CE | Email exchange with Andrew Cove requesting additional information/documentation relating to relationship of In Touch and Direct Connection | 0.40 | $85.00 | $34.00 |
| 8/29/2008 | CE | Telephone conference with Paychex to verify payroll tax service for Direct Connection is current and active; fax order to Paychex to verify Receiver's responsibility | 0.30 | $85.00 | $25.50 |
| 8/29/2008 | CE | Two telephone conferences with American Express merchant services regarding Leisure Choice merchant account; fax order to verify Receiver's responsibilities under Order | 0.40 | $85.00 | $34.00 |
| 8/29/2008 | MS | Receive and review e-mail from Charles Medlin regarding our letter requesting the return of the disk in Borenstein's possession | 0.10 | $85.00 | $8.50 |
| 9/02/2008 | CE | Telephone conference with Automatic Protection Services regarding alarm system at Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/02/2008 | CE | Email exchange with Cbeyond regarding copies of past due statements for services to Direct Connection | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/02/2008 | CE | Telephone conference with Paychex to verify quarterly tax filing of Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/02/2008 | CE | Telephone conference with with Wachovia Bank research department regarding identification of account where $10,000 deposit from Pine Tree TeleServices was made | 0.40 | $85.00 | $34.00 |
| 9/02/2008 | CE | Draft Declarations for Lesa Body, Dwight Roussell, Warren Hudson and Glenn Kowalski | 1.00 | $85.00 | $85.00 |
| 9/02/2008 | CE | Transmit TRO to Paychex to verify tax filing for Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/02/2008 | CE | Receive and review email from Cbeyond with current billing | 0.20 | $85.00 | $17.00 |
| 9/02/2008 | CE | Telephone conference with with Glenn Kowalski of United Marketing Group regarding signed Declaration | 0.20 | $85.00 | $17.00 |
| 9/02/2008 | CE | Second telephone conference with research department at Wachovia regarding account $10,000 check was deposited into | 0.20 | $85.00 | $17.00 |
| 9/02/2008 | JC | Email exchange with EH about interview with Todd Cormack at Toddism.com | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/02/2008 | PH | Telephone conference with FTC and Todd Leatherman regarding hearing scheduled for Friday | 0.30 | $215.00 | $64.50 |
| 9/03/2008 | CE | Telephone conference with Cingular wireless to verify charges on American Express account | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Telephone conference with Verizon Wireless regarding charges of Elliott Borenstein on American Express account | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Email to FTC outlining information found in customer service data base | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Telephone conference with American | 0.20 | $85.00 | $17.00 |

Express in an attempt to get copies of
prior billing statements

| | | | | | |
|---|---|---|---|---|---|
| 9/03/2008 | CE | Telephone conference with NCO, as directed by American Express, in an attempt to get copies of prior billing statements | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Email exchange with Cistel Corporation regarding value of equipment on Schedule of Equipment included in lease agreement with LEAF | 0.30 | $85.00 | $25.50 |
| 9/03/2008 | CE | Receive and review billings statements from Cbeyond for May, June and July 2008 | 0.30 | $85.00 | $25.50 |
| 9/03/2008 | CE | Access Direct Connection customer service data base and print information on numerous "customers" of Direct Connection | 1.50 | $85.00 | $127.50 |
| 9/03/2008 | CE | Attempt to set up online access to American Express account for access to prior billing statements | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Telephone conference with Automatic Protection Services to verify alarm services being provided | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Complete online mail forwarding request to postal service for Direct Connection Consulting | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Email to Cistel Corporation to determine value of equipment on schedule included in agreement with Leaf Financial | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Long telephone call with American Express regarding payment and charge history on account | 0.40 | $85.00 | $34.00 |
| 9/03/2008 | CE | Attempt to reach Dwight Roussell to obtain signature on declaration | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Attempt to reach Lesa Body regarding signature on Declaration | 0.20 | $85.00 | $17.00 |
| 9/03/2008 | CE | Finalize Declarations for signature by | 0.20 | $85.00 | $17.00 |

Lesa Body and Dwight Roussell

| 9/03/2008 | CE | Complete review of American Express statements and clarify personal expenses of Joann Winter; prepare Declaration verifying information contained in American Express statements | 0.80 | $85.00 | $68.00 |
|---|---|---|---|---|---|
| 9/03/2008 | CE | Telephone conference with Cohutta Water to determine amount due on account | 0.30 | $85.00 | $25.50 |
| 9/03/2008 | MS | Assist EH with fedex of disk to Jeff Smith | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/03/2008 | MS | Update pleadings index | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/04/2008 | CE | Several attempts to reach Dwight Roussell to arrange for his signature on a Declaration | 0.40 | $85.00 | $34.00 |
| 9/04/2008 | CE | Several attempts to reach Lesa Body to arrange for her signature on a Declaration | 0.40 | $85.00 | $34.00 |
| 9/04/2008 | CE | Email exchange with Andrew Cove, counsel for In Touch Marketing, regarding information requested from In Touch | 0.20 | $85.00 | $17.00 |
| 9/04/2008 | CE | Prepare subpoena to serve on Todd Cormack; prepare check to Toddism.com in payment of outstanding invoices; drive to Lawrenceville and obtain signature of Todd Cormack on Declaration; return to office | 4.00 | $85.00 | $340.00 |
| 9/04/2008 | CE | Telephone conference with Bill Heberer, counsel for United Marketing Group, regarding Declaration of Glenn Kowalski | 0.20 | $85.00 | $17.00 |
| 9/04/2008 | CE | Telephone conference with Scana Energy to arrange for service cut off and payment of outstanding amount due on account | 0.30 | $85.00 | $25.50 |
| 9/04/2008 | CE | Online research to verify that Grayson Space is not registered owner of Beech | 0.20 | $85.00 | $17.00 |

plane although they are listed as
additional insured on aviation policy

| 9/04/2008 | CE | Telephone conference with Cohutta Water to determine amount due for expenses incurred since May 14, 2008 | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 9/04/2008 | CE | Retrieve mail from James Barfield's office and Marietta post office for DCC refund requests | 0.90 | $85.00 | $76.50 |
| 9/04/2008 | CE | Telephone conference with Pitney Bowes regarding terminating lease and arrangements to pick up leased equipment | 0.30 | $85.00 | $25.50 |
| 9/04/2008 | CE | Prepare final Declaration and attachment for filing with the court and for September 5 hearing | 0.50 | $85.00 | $42.50 |
| 9/04/2008 | CE | Second telephone call with Cohutta regarding payment of charges incurred after May 14, 2008 | 0.20 | $85.00 | $17.00 |
| 9/04/2008 | CE | Complete address changes forms for Digicom, Choice Advantage, Choice Programs, Leisure Choice, Sure Savings, Sure Services and Sure Touch | 1.50 | $85.00 | $127.50 |
| 9/04/2008 | CE | Receive and review mail from James Barfield's office and post office box for Direct Connection Consulting | 1.50 | $85.00 | $127.50 |
| 9/04/2008 | MS | Brief conference with EH regarding DCC payroll account | 0.00 | $85.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 9/04/2008 | MS | Print copies of pleadings for September 5 Oral Argument | 0.00 | $85.00 | No Charge |
|  |  |  | 0.60 |  | No Charge |
| 9/04/2008 | MS | Receive and review e-mails from CE regarding declarations to file as exhibits to Notice of Filing | 0.00 | $85.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 9/04/2008 | MS | Format, edit and electronically file Notice of Filing | 0.30 | $85.00 | $25.50 |
| 9/04/2008 | MS | Receive and review e-mail from CE regarding funds in DCC checking | 0.10 | $85.00 | $8.50 |

account to cover check to Todd
Cormack

| Date | | Description | | | |
|------|----|-------------|------|---------|---------|
| 9/04/2008 | PH | Prepare for hearing on motion to expand receivership to include EBOR and certain assets of Defendant Winter | 3.40 | $215.00 | $731.00 |
| 9/04/2008 | PH | Review draft of Todd Cormack declaration | 0.20 | $215.00 | $43.00 |
| 9/04/2008 | PH | Review declaration of Cherie Eason | 0.20 | $215.00 | $43.00 |
| 9/05/2008 | JC | Email exchange with CE about Pine Tree Teleservices check | 0.40 | $85.00 | $34.00 |
| 9/05/2008 | MS | Receive and review e-mail from JC regarding Pine Tree Teleservices | 0.10 | $85.00 | $8.50 |
| 9/05/2008 | MS | Email Gloria Shurette at BNG regarding funds transfer in the amount of $1,620 | 0.10 | $85.00 | $8.50 |
| 9/05/2008 | MS | Receive and reply to e-mail from EH regarding deposit to Digicom account in the amount of $11,500 | 0.10 | $85.00 | $8.50 |
| 9/05/2008 | PH | Final preparation for hearing before Judge Batten to argue Motion to add EBOR and Winter Assets | 1.50 | $215.00 | $322.50 |
| 9/05/2008 | PH | Argue at hearing | 0.70 | $215.00 | $150.50 |
| 9/08/2008 | CE | Prepare checks paying outstanding debts of Direct Connection Consulting | 0.50 | $85.00 | $42.50 |
| 9/08/2008 | CE | Telephone conference with office of Joe Redd regarding his intent to withdraw in Mantra suit and requesting copies of his files | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Telephone conference with Cobb County Tax Assessors office regarding tax bill due by Digicom | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Telephone conference with City of Marietta regarding tax bill due by Digicom | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Telephone conference with BCN Telecom regarding outstanding amount due on account and discontinuing | 0.30 | $85.00 | $25.50 |

service at Roswell office

| 9/08/2008 | CE | Telephone conference with Iron Mountain regarding correct amount due on account | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 9/08/2008 | CE | Telephone conference with Pitney Bowes to determine exact amount due on account | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Telephone conference with AT&T to determine exact amount due on account | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Telephone conference with Authorize.Net to determine exact amount due on account | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Telephone conference with Georgia Power to determine amount due on account | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | CE | Lengthy telephone conference with SunTrust Bank to determine the basis of the interest charges on Direct Connection's account | 0.30 | $85.00 | $25.50 |
| 9/08/2008 | CE | Email exchange with BCN to confirm discontinuing three circuits and amount due on account | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | JC | Telephone call to Iris Hogan of Wachovia regarding Pine Tree check; send email to Iris Hogan regarding Pine Tree check | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | MS | Receive and review e-mail from Receiver regarding proposed order granting Ebor motion | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/08/2008 | MS | Electronically file revised proposed order | 0.20 | $85.00 | $17.00 |
| 9/08/2008 | MS | Receive and review e-mail from Receiver regarding Proposed Order to Add Ebor as Receivership entity | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/08/2008 | PH | Exchange several emails with all counsel regarding deposition schedule | 0.20 | $215.00 | $43.00 |

| 9/08/2008 | PH | Exchange multiple emails with defense counsel and Jay Nohr regarding deposition schedule | 0.20 | $215.00 | $43.00 |
|---|---|---|---|---|---|
| 9/08/2008 | PH | Edit proposed Order in accordance with Judge Batten's instructions | 0.30 | $215.00 | $64.50 |
| 9/08/2008 | PH | Telephone conference with Caroline of Judge Batten's office regarding additions to proposed Order | 0.10 | $215.00 | $21.50 |
| 9/08/2008 | PH | Draft proposed Order granting relief ordered at hearing | 1.00 | $215.00 | $215.00 |
| 9/09/2008 | CE | Meet with EH regarding amounts to be paid to vendors of Direct Connection | 1.00 | $85.00 | $85.00 |
| 9/09/2008 | CE | Telephone conference with Georgia Power regarding current billing statement | 0.20 | $85.00 | $17.00 |
| 9/09/2008 | CE | Email exchange with Jeff Smith regarding value of equipment leased/purchased by Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/09/2008 | CE | Research employee files to obtain contact information for other individuals in Customer Service due to Lesa Body's lack of cooperation in signing Declaration | 0.50 | $85.00 | $42.50 |
| 9/09/2008 | CE | Finalize list of amounts payable by Receivership under TRO | 0.70 | $85.00 | $59.50 |
| 9/09/2008 | CE | Evaluate American Express bills to determine what amount was incurred prior to May 14 for Direct Connection | 0.40 | $85.00 | $34.00 |
| 9/09/2008 | CE | Attempt to contact DNC Compliance to verify that service with Direct Connection has been discontinued | 0.30 | $85.00 | $25.50 |
| 9/09/2008 | CE | Telephone conference with ADP regarding 2008 tax filing for Digicom | 0.20 | $85.00 | $17.00 |
| 9/09/2008 | CE | Telephone conference with SunTrust Bank regarding interest due on account | 0.20 | $85.00 | $17.00 |
| 9/09/2008 | MS | Exchange e-mails with CE regarding | 0.10 | $85.00 | $8.50 |

contact information for Janet Bullock at
SunTrust Bank

| 9/09/2008 | MS | Draft and send letter enclosing Release and Settlement Agreement for Litle & Co | 0.10 | $85.00 | $8.50 |
|---|---|---|---|---|---|
| 9/09/2008 | MS | Send e-mail to EH and CE regarding release and settlement agreement with Litle & Co | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/09/2008 | MS | Receive and review e-mail regarding Order granting Ebor Motion | 0.10 | $85.00 | $8.50 |
| 9/09/2008 | MS | Receive and review email from EH regarding Litle & Co release and settlement statement | 0.20 | $85.00 | $17.00 |
| 9/09/2008 | MS | Receive and review e-mails from EH regarding check and release and settlement agreement from Litle & Co | 0.20 | $85.00 | $17.00 |
| 9/09/2008 | MS | Receive and review e-mail from Receiver regarding  October 14 deposition; calendar deposition | 0.10 | $85.00 | $8.50 |
| 9/10/2008 | CE | Attempt to reach Dwight Roussell, left messages at several telephone numbers on file and spoke with Jules Ambrose about getting him a message; left message for Lesa Body; left message for Tiara Parson; left message for Teaira Franklin; attempt to reach Precelia Scott; attempt to reach Ryann Gardenhire; attempt to reach LaDuane Snell | 0.50 | $85.00 | $42.50 |
| 9/10/2008 | CE | Telephone conference with Iron Mountain regarding outstanding invoice | 0.20 | $85.00 | $17.00 |
| 9/10/2008 | CE | Telephone conference with Sun Trust Bank regarding invoice for interest due on account | 0.20 | $85.00 | $17.00 |
| 9/10/2008 | CE | Review information in Excursion file to verify purchase price and add-ons; telephone conference with Oceanview Limos to verify purchase price and determine current value | 0.30 | $85.00 | $25.50 |

| 9/10/2008 | CE | Meet with Receiver and EH regarding debts of Direct Connection and Digicom, Declarations needed from ex-employees, Declaration from Warren Hudson, and Declaration from United Marketing Group, sale of Direct Connection property, seizing property of Ebor Management and funds to be received from Joann Winter | 1.00 | $85.00 | $85.00 |
|---|---|---|---|---|---|
| 9/10/2008 | CE | Second telephone conference with Sun Trust Bank regarding past due interest on account | 0.20 | $85.00 | $17.00 |
| 9/10/2008 | CE | Second telephone conference with Oceanview Limos requesting copy of Preliminary Injunction Order before releasing information on Excursion; transmit Preliminary Injunction Order to Oceanview Limos to obtain information on Excursion | 0.30 | $85.00 | $25.50 |
| 9/10/2008 | CE | Prepare letter to Bank of America regarding release of Joann Winter's funds as ordered by court; transmit letter to bank | 0.30 | $85.00 | $25.50 |
| 9/10/2008 | CE | Email exchange with William Heberer forwarding Declaration and Exhibit for execution by Glenn Kowalski | 0.30 | $85.00 | $25.50 |
| 9/10/2008 | CE | Telephone conference with Tina at Oceanview Limos regarding value of Excursion and offer to sell vehicle for Receiver | 0.20 | $85.00 | $17.00 |
| 9/10/2008 | CE | Telephone conference with Cbeyond to change service to cut expenses on phone charges | 0.20 | $85.00 | $17.00 |
| 9/10/2008 | CE | Email exchange with Peggy Longo of Cbeyond regarding changes to Direct Connection's account | 0.20 | $85.00 | $17.00 |
| 9/10/2008 | CE | Prepare letter to Sun Trust Bank to obtain assets of Ebor Management; transmit letter to Sun Trust Bank | 0.30 | $85.00 | $25.50 |
| 9/10/2008 | CE | Telephone conference with Mark Bearden of Sun Trust regarding write off | 0.20 | $85.00 | $17.00 |

of interest due on loan account

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/10/2008 | MS | Receive and review e-mail from Bank of North Georgia confirming transfer request is complete | 0.10 | $85.00 | $8.50 |
| 9/10/2008 | MS | Receive and review e-mail from CE regarding money to transfer to DCC checking account to cover accounts payables | 0.10 | $85.00 | $8.50 |
| 9/10/2008 | MS | Bates number, organize and electronically file various documents sent from EH | 0.00 | $85.00 | No Charge |
| | | | 2.00 | | No Charge |
| 9/10/2008 | MS | Send e-mail to Gloria Shurette at Bank of North Georgia to transfer money to DCC checking account to cover accounts payable | 0.10 | $85.00 | $8.50 |
| 9/10/2008 | MS | Receive and review e-mail from Receiver regarding his deposition on October 14 and documents requested for it | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/10/2008 | MS | Review and respond to e-mail from CE regarding Bates numbering sign off sheet | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/10/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 9/10/2008 | PH | Receive and review deposition subpoena and forward to Counsel Jay Nohr | 0.20 | $215.00 | $43.00 |
| 9/10/2008 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 9/10/2008 | PH | Make decisions and give direction regarding DCC payables | 0.50 | $215.00 | $107.50 |
| 9/11/2008 | CE | Conduct online search to locate current employers of Lesa Body and Dwight Roussell | 0.50 | $85.00 | $42.50 |
| 9/11/2008 | CE | Telephone conference with Bank of America regarding instructions in Court Order as to funds in Joann Winter's accounts | 0.20 | $85.00 | $17.00 |

| 9/11/2008 | CE | Telephone conference with Sun Trust Bank regarding transferring funds from Ebor Management accounts | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 9/11/2008 | CE | Second telephone conference with SunTrust Bank regarding funds from Ebor Management being sent via Federal Express | 0.20 | $85.00 | $17.00 |
| 9/11/2008 | CE | Calculate witness fee and mileage for subpoenas to issue to Lesa Body and Dwight Roussell | 0.50 | $85.00 | $42.50 |
| 9/11/2008 | CE | Prepare subpoena for deposition of Dwight Roussell | 0.20 | $85.00 | $17.00 |
| 9/11/2008 | CE | Prepare subpoena for deposition of Lesa Body | 0.20 | $85.00 | $17.00 |
| 9/11/2008 | CE | Process address change for Ebor Management | 0.20 | $85.00 | $17.00 |
| 9/11/2008 | CE | Compare inventory of onsite inspection conducted in August 2008 of personal items belonging to Joann Winter and Elliott Borenstein; prepare CD copy of photos to forward to counsel for defendants | 0.50 | $85.00 | $42.50 |
| 9/11/2008 | CE | Confer with EH regarding inventory of personal items and defense counsel's request for release of certain items; confer with EH regarding best approach as to service on Lesa Body and Dwight Roussell | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 9/11/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 9/11/2008 | PH | Direct follow up on assignments regarding motions | 0.10 | $215.00 | $21.50 |
| 9/12/2008 | CE | Prepare second subpoena to Dwight Roussell based on address found in Tucker; recalculate mileage to serve with subpoena; prepare second declaration for execution by Dwight Roussell | 0.30 | $85.00 | $25.50 |
| 9/12/2008 | CE | Copy CDs of photographs to transmit to | 1.50 | $85.00 | $127.50 |

defense counsel along with written inventory taken on August 26, 2008; email exchange with David Harris forwarding photos and inventory

| Date | | Description | | | |
|---|---|---|---|---|---|
| 9/12/2008 | MS | Update and organize correspondence binder | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/12/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 9/12/2008 | PH | Request declaration of Michelle Fox regarding gross receipts as compared with amounts recovered by the Receiver | 0.30 | $215.00 | $64.50 |
| 9/14/2008 | JC | Research and draft motion to auction DCC Roswell office assets; consult with Receiver on potential auctioneers | 0.00 | $85.00 | No Charge |
| | | | 1.50 | | No Charge |
| | | | | Total Fees | $7,876.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/31/2008 | Gasoline for Expedition | 1.00 | $104.53 |
| 9/14/2008 | August/September Photocopies | 5,002.00 | No Charge |
| 9/14/2008 | August/September Scanned Copies | 6,410.00 | No Charge |
| 9/14/2008 | August/September Facsimiles | 425.00 | No Charge |
| 9/14/2008 | August/September Postage | 1.00 | No Charge |
| 9/14/2008 | Mileage for August/September | 83.00 | No Charge |
| 9/14/2008 | Moving Expenses (Digicom Office) | 1.00 | $30.00 |
| 9/14/2008 | U-Haul Rental | 1.00 | $60.71 |
| 9/14/2008 | August/September Federal Express Charges | 1.00 | No Charge |
| | | Total Expenses | $195.24 |

| | | Total New Charges | $8,071.24 |
|---|---|---|---|

Previous Balance                                          $9,194.60

Balance Due                                              $17,265.84

### Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Cherie Eason | 57.30 | $85.00 | $4,870.50 |
| Cherie Eason | .70 | $0.00 | $0.00 |
| Jamie Carroll | 1.30 | $85.00 | $110.50 |
| Jamie Carroll | 1.70 | $0.00 | $0.00 |
| Melanie Smith | 3.20 | $85.00 | $272.00 |
| Melanie Smith | 4.30 | $0.00 | $0.00 |
| Pat Huddleston | 12.20 | $215.00 | $2,623.00 |