Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Date: 12/22/2008

Regarding: FTC v. Direct Connection Consulting, Inc., et al.
Invoice No: 00004

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 8/15/2008 | EH | Obtain Receiver signature on check for DC Roswell office utility bill; make copy of check and invoice; prepare for mailing and forward copies to CE for file after scanning and saving statement and check copies | 0.60 | $105.00 | $63.00 |
| 8/15/2008 | EH | Draft and email proposed notice to credit card processors to stop processing consumer charges; receive approval from Receiver and email to four processors | 0.90 | $105.00 | $94.50 |
| 8/18/2008 | EH | Receive and review email from Hal Goldflam at Frandzel Robins Bloom regarding National Merchant Center Reserve account; send email reply; receive and review voicemail from Craig Welin; review previous communication with Craig Welin; telephone call to Craig Welin | 0.60 | $105.00 | $63.00 |
| 8/18/2008 | EH | Send email reply to CE regarding BCN invoice; discuss follow-up response | 0.00 | $105.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 8/18/2008 | EH | Receive and review email response from CE regarding DC Roswell office invoice | 0.00 | $105.00 | No Charge |

Exhibit B

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | from Georgia Power; send email reply confirmation | | | |
| | | | 0.10 | | No Charge |
| 8/19/2008 | EH | Receive and review email from CE regarding incorrect zip code in Customer Service voicemail message | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 8/19/2008 | EH | Receive and review email from Matthew Russell at 19 Communications regarding lack of de-activation emails | 0.10 | $105.00 | $10.50 |
| 8/19/2008 | EH | Receive and review voicemail message from Craig Welin at Frandzel Robins Bloom regarding National Merchant Center; telephone conference with Craig Welin and Hal Goldflam regarding National Merchant Center Reserve Account balances; receive and review follow up email from Hal Goldflam | 0.50 | $105.00 | $52.50 |
| 8/20/2008 | EH | Telephone conference with David Harris at Bovis Kyle & Burch to discuss Borenstein and Winter personal items at DC Roswell office | 0.10 | $105.00 | $10.50 |
| 8/20/2008 | EH | Forward Matthew Russell email regarding 19 Communications to John Hancock with request to notify client; receive and review email response | 0.40 | $105.00 | $42.00 |
| 8/20/2008 | EH | Draft and send email response to CE regarding Customer Service voicemail; receive and review email response; forward voicemail details to CE | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 8/20/2008 | EH | Analyze data in email from Hal Goldflam regarding National Merchant Center reserve account balances; draft and send email to Receiver with recap; receive and review email response from Receiver; draft and send email reply with action plan | 1.20 | $105.00 | $126.00 |
| 8/21/2008 | EH | Draft and email proposed language for response to counsel for 19 Communications to Receiver for approval; receive and review email reply; telephone conference with Receiver | 1.30 | $105.00 | $136.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | regarding appointment to discuss proposed Release draft | | | |
| 8/21/2008 | EH | | Receive and review email forwarded by Receiver | 0.00 | $105.00 | No Charge |
| | | | | 0.10 | | No Charge |
| 8/21/2008 | EH | | Receive and review voicemail from Ohaila at Process America; telephone conference with Ohaila at Process America to discuss Winter request for change of address; telephone conference with Ohaila to confirm only two accounts at Process America will continue to use the same DC Roswell address | 0.30 | $105.00 | $31.50 |
| 8/22/2008 | EH | | Receive and review email from Receiver regarding sales and chargeback numbers; discuss with MF for reply; receive and review email from MF with update | 0.00 | $105.00 | No Charge |
| | | | | 0.20 | | No Charge |
| 8/22/2008 | EH | | Draft and send email to David Harris at Bovis Kyle & Burch regarding appointment to identify personal items at DC Roswell office | 0.40 | $105.00 | $42.00 |
| 8/25/2008 | EH | | Send email request for update on status of revised Litle & Co Release Agreement to Jonathan Olsson at Goodwin Proctor; telephone conference with Jonathan Olsson; receive and review email response from Jonathan Olsson; review proposed Release agreement; forward to Receiver for edits with breakdown of sales and chargeback figures | 0.90 | $105.00 | $94.50 |
| 8/25/2008 | EH | | Receive and review email from Hal Goldflam regarding update on National Merchant Center reserve account balances; review progress and proposed settlement amounts; draft and send email reply | 1.00 | $105.00 | $105.00 |
| 8/25/2008 | EH | | Receive and review email response from David Harris at Bovis Kyle & Burch regarding personal belongings at DC Roswell office; forward to CE to check | 1.50 | $105.00 | $157.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | availability; receive and review email confirmation from Receiver; exchange confirmation emails with David Harris; meet with CE to discuss inventory visit; review inventory requirements with Receiver; discuss need for FTC declaratory statements | | | |
| 8/25/2008 | MF | Answer questions regarding items on Chargeback Analysis for Direct Connection; create Chargeback Analysis for Digicom | 2.00 | $145.00 | $290.00 |
| 8/26/2008 | EH | Meet with JC to discuss day's assignments; receive and review email response from MS regarding Wachovia Bank contact information; forward email of canceled Pine Tree Teleservices check for follow up with Wachovia; receive and review email from JC regarding demand letter to Pine Tree; send email response with instructions; receive and review email reply; forward to CE for printing and mailing | 0.30 | $105.00 | $31.50 |
| 8/26/2008 | EH | Telephone conferences with CE to locate key box for safe at DC Roswell office and for update on personal items inventory progress; receive and review follow up email from David Harris regarding personal items inventory at DC Roswell office; forward to CE for follow up | 0.20 | $105.00 | $21.00 |
| 8/27/2008 | EH | Receive and review email from CE regarding obligations due for DC Roswell office; draft and send email reply with suggested action; receive and review email replies from Receiver and CE; send follow up email regarding mail forwarding; exchange emails and replies with Receiver and CE regarding BCN Telecom | 0.00 | $105.00 | No Charge |
| | | | 1.50 | | No Charge |
| 8/27/2008 | EH | Receive and review email from CE regarding update on In Touch Marketing; draft and send email reply with questions for follow up | 0.00 | $105.00 | No Charge |
| | | | 0.50 | | No Charge |

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/2008 | EH | | Meet with Receiver to discuss proposed Litle & Co release agreement and merger clause for 19 Communications' release agreement; edit Litle release document; draft and send email to Litle counsel with edited document | 0.90 | $105.00 | $94.50 |
| 8/27/2008 | EH | | Receive and review email from CE regarding FTC subpoenas; send email response with questions for Receiver; receive and review email response | 0.00 | $105.00 | No Charge |
| | | | | 0.40 | | No Charge |
| 8/27/2008 | EH | | Meet with Receiver to discuss Todd Cormack statement; receive and review follow up email from Receiver with contact number; research electronic files for Toddism references; telephone call to Todd Cormack regarding declaration; draft and send update email to Receiver and JC for additional information | 0.70 | $105.00 | $73.50 |
| 8/27/2008 | EH | | Receive and review email from Receiver regarding John Hall details; research electronic files; draft and send email reply | 0.30 | $105.00 | $31.50 |
| 8/27/2008 | EH | | Receive and review email from Receiver regarding Ebor Management hangar lease and aircraft ownership; research electronic files and documents produced; draft and send email reply with details of PDK lease | 0.50 | $105.00 | $52.50 |
| 8/28/2008 | EH | | Draft and send email to MF regarding Ebor and aircraft assets for further follow up and comment; discuss results with MF | 0.00 | $105.00 | No Charge |
| | | | | 0.40 | | No Charge |
| 8/28/2008 | EH | | Receive and review email responses from JC and MS regarding John Hall information; receive and review SmartLinx report from MS; draft and forward email to Receiver for review; receive and review email response; research hard files for driver's license copy; send results to Receiver | 0.90 | $105.00 | $94.50 |
| 8/28/2008 | EH | | Receive and review multiple emails from | 0.00 | $105.00 | No Charge |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | MS regarding depositions for Direct Connection defendants; send email confirmation replies | 0.10 | | No Charge |
| 8/28/2008 | EH | Draft and send email reply to David Harris at Bovis Kyle & Burch regarding missing items; telephone conferences with David Harris to arrange pickup of items; send email confirmation of appointment; send email to Receiver for instructions on receipt of requested items | 0.50 | $105.00 | $52.50 |
| 8/28/2008 | EH | Revise draft of Mutual Release to 19 Communications; forward to Receiver for review; make final edits and attach to email response to 19 Communications counsel | 0.60 | $105.00 | $63.00 |
| 8/28/2008 | EH | Meet with Receiver and CE to discuss payment of outstanding invoices | 0.70 | $105.00 | $73.50 |
| 8/28/2008 | EH | Receive and review email from Hal Goldflam regarding National Merchant Center reserve accounts activity | 0.10 | $105.00 | $10.50 |
| 8/28/2008 | EH | Receive and review email response from JC regarding Todd Cormack interview; draft and forward email to MF for further follow up; telephone call to Jeff Smith at Allen Microsystems to discuss database questions; telephone conference with Jeff Smith; confer with MF on additional Toddism information; receive and review email from Receiver regarding delivery of database copy from Toddism; send email response with clarification request | 0.90 | $105.00 | $94.50 |
| 8/29/2008 | EH | Review email accounts of Borenstein and Winter for references to Toddism and Todd Cormack and recent activity; print selected emails for further research; perform additional research on payments to Toddism | 2.00 | $105.00 | $210.00 |
| 8/29/2008 | EH | Send email question to Hal Goldflam regarding National Merchant Center Reserve Account statements; receive and review email response; print | 0.20 | $105.00 | $21.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | statements for analysis | | | |
| 8/29/2008 | EH | Meet David Harris at DC Roswell office to locate missing items and receive copy of database | 0.40 | $105.00 | $42.00 |
| 9/01/2008 | EH | Deliver data backup disk to Receiver from David Harris | 0.10 | $105.00 | $10.50 |
| 9/01/2008 | EH | Organize various discovery documents for disbursement and follow-up; compile Reserve Account data from National Merchant Center for reconciliation and forward to RW for analysis | 2.00 | $105.00 | $210.00 |
| 9/02/2008 | EH | Receive and review email from Receiver regarding declarant statements; send email reply for clarification; telephone call to Todd Cormack at Toddism regarding declaration; telephone conference with Todd Cormack; make notes for declaration statement | 0.60 | $105.00 | $63.00 |
| 9/02/2008 | EH | Discuss National Merchant Center Reserve Account reconciliation request with RW | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/02/2008 | EH | Telephone conference with Jeff Smith at Allen Microsystems regarding DC customer data files and remote database access | 0.10 | $105.00 | $10.50 |
| 9/02/2008 | EH | Arrange with MF and CE for remote access and printing of records; upgrade licensing for remote printing; forward customer list to CE | 0.70 | $105.00 | $73.50 |
| 9/02/2008 | EH | Receive and review email response from John Hancock regarding Direct Connection and Digicom billing for 19 Communications accounts; send email reply; receive and review second email response from John Hancock; send email reply; receive and review third email response from John Hancock; forward to Receiver for review; prepare Keith English declaration | 1.00 | $105.00 | $105.00 |
| 9/02/2008 | EH | Send follow-up email to Jon Schneider and Jonathan Olsson at Goodwin | 0.40 | $105.00 | $42.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Proctor regarding proposed settlement agreement with Litle & Co; receive and review two email replies from Jonathan Olsson; send email response with payee information | | | |
| 9/02/2008 | EH | Send follow-up email to CE regarding Pine Tree Teleservices demand letter; receive and review email response; send confirmation reply; draft proposed email to David Harris at Bovis Kyle & Burch for assistance; forward to Receiver for approval; forward request to David Harris | 0.80 | $105.00 | $84.00 |
| 9/03/2008 | EH | Arrange remote login to DC Customer Service interface with MF and CE for remote printing of customer records; receive and review email update from CE; send email reply with instructions to forward | 0.30 | $105.00 | $31.50 |
| 9/03/2008 | EH | Locate documents produced by 19 Communications for Keith English declaration; print documents and email exchanges for attachment to declaration; reformat documents produced and forward to MS for numbering | 1.00 | $105.00 | $105.00 |
| 9/03/2008 | EH | Receive and review email from MS regarding Friday court date; send email confirmation | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/03/2008 | EH | Telephone conference with Todd Cormack to interview for declaration; compile notes and prepare first draft of declaration; edit declaration and email to Todd Cormack for review | 2.40 | $105.00 | $252.00 |
| 9/03/2008 | EH | Telephone call to Jeff Smith at Allen Microsystems; telephone conference with Jeff Smith to discuss recovery of Sequel Server database records; discuss with Receiver; telephone call to Jeff Smith; telephone conference with Jeff Smith to confirm disk delivery arrangements; forward disks to MS for processing | 0.60 | $105.00 | $63.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/04/2008 | EH | Receive and review email delivery confirmation from FedEx; forward to Jeff Smith at Allen Microsystems for update on accessing server data; receive and review email reply from Jeff Smith; telephone conference with Jeff Smith to discuss results of download; discuss results with Receiver; telephone conference with Jeff Smith to confirm complete credit card number data | 0.70 | $105.00 | $73.50 |
| 9/04/2008 | EH | Telephone conference with Todd Cormack to discuss edits for Declaration; edit Declaration draft; receive and review email reply from Receiver; telephone calls to Todd Cormack at both office and cell phone numbers to follow up on fax of invoices; send email update to Receiver; receive and review fax of invoices from Toddism; edit draft of Todd Cormack Declaration; email revised draft to Todd Cormack for approval and appointment; telephone conference with Todd Cormack to revise one item; scan and email third revision; update Receiver on progress; discuss need for subpoena with CE; telephone conference with Todd Cormack to finalize arrangements for signature; print map directions; review subpoena information with CE; telephone conferences with CE and Todd Cormack to discuss Declaration delivery and signing; receive and review email from CE with signed Declaration copy; receive and review email from Receiver with response to Todd Cormack | 4.00 | $105.00 | $420.00 |
| 9/04/2008 | EH | Receive and review email from CE regarding contact attempts with Dwight Roussell and Lesa Body; locate Dwight Roussell contact information in payroll files; email contact information to CE for follow up | 0.70 | $105.00 | $73.50 |
| 9/04/2008 | EH | Receive and review email from CE regarding follow up with Mark Sawyer of Pine Tree Teleservices; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |

Investor's Watchdog
Page No.: 10

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/04/2008 | EH | Receive and review email from CE regarding address change filing question; research and send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/04/2008 | EH | Review reconciliation requirements for National Merchant Center data task with RW | 0.30 | $105.00 | $31.50 |
| 9/04/2008 | EH | Receive and review email response from David Harris at Bovis Kyle & Burch regarding answers to Pine Tree Teleservices questions | 0.10 | $105.00 | $10.50 |
| 9/04/2008 | EH | Follow up with Receiver regarding 19 Communications Declaration draft; email copy of draft to Receiver for review | 0.20 | $105.00 | $21.00 |
| 9/04/2008 | MF | Prepare spreadsheet showing payment dates from DCC and Digicom to Ebor | 1.00 | $145.00 | $145.00 |
| 9/04/2008 | RW | Review Digicom files covering chargebacks; verify and reconcile information for May, June and July statements as appropriate | 3.00 | $145.00 | $435.00 |
| 9/05/2008 | EH | Save electronic copy of signed Todd Cormack Declaration to case file; forward copy to Todd Cormack | 0.20 | $105.00 | $21.00 |
| 9/05/2008 | EH | Forward David Harris email to MS for further research; receive and review email response; discuss update with JC; receive and review email from JC regarding Wachovia Bank inquiry | 0.20 | $105.00 | $21.00 |
| 9/05/2008 | EH | Receive and review email from CE regarding attorney notice to withdraw in Mantra suit; forward request for instruction to Receiver | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/05/2008 | EH | Meet with RW to discuss progress on reconciliation of National Merchant Center Reserve Account balances; review updated findings with RW | 0.00 | $105.00 | No Charge |
| | | | 1.20 | | No Charge |
| 9/05/2008 | EH | Receive and review email from Jonathan | 0.50 | $105.00 | $52.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Olsson at Goodwin Proctor with signed Release Agreement regarding Litle & Co Reserve Account balances; print and forward to Receiver for signature; receive signed copy from Receiver; scan and email to Jonathan Olsson with check request; receive and review email confirmation from Jonathan Olsson | | | |
| 9/05/2008 | EH | Receive and review email from Receiver regarding credit card data question; send email confirmation reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/05/2008 | MF | Print backup for payments by date from DCC and Digicom to Ebor | 1.00 | $145.00 | $145.00 |
| 9/05/2008 | RW | Review Digicom files covering chargebacks; verify and reconcile information for May, June and July statements as appropriate | 8.50 | $145.00 | $1,232.50 |
| 9/08/2008 | EH | Send follow-up email to Receiver regarding proposed Declaration from Keith English at 19 Communications | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/08/2008 | EH | Send follow-up email to Receiver regarding next steps in Mantra lawsuit; receive and review email response and forward to CE for follow-up; receive and review email update from CE | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 9/08/2008 | EH | Review case status and task list with CE | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/08/2008 | EH | Meet with RW to discuss analysis of National Merchant Center statements; send follow-up email to Hal Goldflam to request conference call; telephone call to Hal Goldflam to follow up; receive and review email reply from Hal Goldflam | 1.00 | $105.00 | $105.00 |
| 9/08/2008 | EH | Send email notice to Receiver of pending check and Release expected from Proctor and Goodwin regarding Litle & Co Reserve account settlement | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/08/2008 | RW | Review Digicom files covering chargebacks; verify and reconcile information for May, June and July statements as appropriate | 3.70 | $145.00 | $536.50 |
| 9/08/2008 | RW | Review Digicom information with EH and provide results | 0.00 | $145.00 | No Charge |
| | | | 0.50 | | No Charge |
| 9/09/2008 | EH | Receive and review email from MS regarding Chase Paymentech statements received; forward to CE for follow-up | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/09/2008 | EH | Receive and review email from CE regarding accounts payable; meet with CE to review and confirm payments to be made; receive and review follow-up email from CE | 1.50 | $105.00 | $157.50 |
| 9/09/2008 | EH | Receive and review second email response from Hal Goldflam regarding National Merchant Center account statements; send email reply with suggested follow-up; receive and review email reply with alternative times for contact; send email confirmation | 0.40 | $105.00 | $42.00 |
| 9/09/2008 | EH | Receive and review email from MS regarding scheduling of deposition of Receiver; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/09/2008 | EH | Receive and review email from CE regarding valuation of leased equipment; forward lists to Tut Smith at Clear Harbor for feedback | 0.40 | $105.00 | $42.00 |
| 9/09/2008 | EH | Receive and review email from CE regarding Excursion mileage reading; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/09/2008 | EH | Receive and review email from CE regarding DC Roswell office closure meeting; send email confirmation | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/09/2008 | EH | Receive and review email from Receiver regarding signed order for disbursement | 0.00 | $105.00 | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | from frozen Winter bank account | 0.10 | | No Charge |
| 9/09/2008 | EH | Receive and review email from MS regarding Litle & Co. Release and check received; send email reply with instructions; receive and review email response from MS; send email confirmation reply; exchange emails with MS and Receiver to clarify numbering and scanned image folder requests | 0.00 | $105.00 | No Charge |
| | | | 1.10 | | No Charge |
| 9/09/2008 | RW | Meet with EH regarding plans to have a telephone conference with California group as to Digicom chargebacks and related matters | 0.00 | $145.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/10/2008 | EH | Locate Excursion file and deliver to CE; send follow-up email; receive and review confirmation response | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/10/2008 | EH | Prepare for meeting with CE and Receiver to discuss DC Roswell office liquidation status; meet with CE and Receiver to discuss accounts payable and tasks associated with new Order; draft and send follow-up email to CE with task list | 2.10 | $105.00 | $220.50 |
| 9/10/2008 | EH | Telephone conference with RW and Anita Jen at Robb Evans and Associates and Jimmy Lai at National Merchant Center to discuss Reserve Account balance calculations in summary reports received; make notes on call and adjust trial balances in reconciliation attempt | 2.00 | $105.00 | $210.00 |
| 9/10/2008 | EH | Locate scans of 19 Communications exhibits and assemble Keith English Declaration for review by Receiver | 0.30 | $105.00 | $31.50 |
| 9/10/2008 | EH | Receive and review email from David Harris regarding request for personal belongings removal; forward email to CE for comments | 0.50 | $105.00 | $52.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/10/2008 | EH | Receive and review email from Receiver regarding Ebor Order; review Order; draft and send email reply to Receiver to clarify destination of pending bank transfers; draft and send email to Receiver with additional questions | 0.00 | $105.00 | No Charge |
| | | | 0.90 | | No Charge |
| 9/10/2008 | RW | Telephone conference with National Merchant Center regarding Digicom files on chargebacks | 1.50 | $145.00 | $217.50 |
| 9/11/2008 | EH | Draft and send email to JC to draft motion for DC Roswell office liquidation; receive and review email responses from JC and CE; exchange emails to confirm inclusion of Digicom office items and Excursion | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 9/11/2008 | EH | Scan approved Keith English Declaration and exhibits; email to 19 Communications' counsel for review and signature | 0.40 | $105.00 | $42.00 |
| 9/11/2008 | EH | Receive and review email from CE regarding SunTrust Ebor accounts; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/11/2008 | EH | Meet with CE to review plan for responding to request for personal items | 0.00 | $105.00 | No Charge |
| | | | 0.90 | | No Charge |
| 9/11/2008 | EH | Review National Merchant Center conference call notes with RW | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/12/2008 | EH | Receive and review email update from CE regarding personal items request; forward original email in reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/12/2008 | EH | Draft and send follow-up email to Anita Jen at Robb Evans and Associates regarding National Merchant Center Reserve Account balances | 0.10 | $105.00 | $10.50 |

|  |  |  |
|---|---:|---:|
| Sub Total: |  | $7,684.50 |
|  | Total Fees | $7,684.50 |
| Total New Charges |  | $7,684.50 |
| Previous Balance |  | $11,583.50 |
| Balance Due |  | $19,268.00 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Eric Henningson | 44.60 | $105.00 | $4,683.00 |
| Eric Henningson | 11.40 | $0.00 | $0.00 |
| Michelle Fox | 4.00 | $145.00 | $580.00 |
| Randall Wilcox | 16.70 | $145.00 | $2,421.50 |
| Randall Wilcox | .80 | $0.00 | $0.00 |