# CAUTHORN NOHR & O'DELL
A PROFESSIONAL CORPORATION

201 CHEROKEE STREET
MARIETTA, GA 30060-1611

(770) 528-0150  
(770) 528-0160 FAX

TAX ID# 58-2398604

September 15, 2008

Pat Huddleston  
Suite B-21  
707 Whitlock Avenue  
Marietta, GA 30064

Invoice Number: 9348  
Billed Through: September 15, 2008

Billed to Date Professional Services (prior to this invoice)   $1,849.00  
Billed to Date Disbursements (prior to this invoice)   $262.85

**Federal Trade Commission v Direct Connection Consulting; US District Court for Northern District of Georgia; 1:08cv1739**

002457   00000

| | | | |
|---|---|---|---|
| Balance forward as of invoice dated | August 15, 2008 | $2,143.53 | |
| Payments received since last invoice | | $0.00 | |
| AR adjustments made since last invoice | | $0.00 | |
| Net balance forward | | $2,143.53 | |

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09\|08\|2008 | JLN | Correspondence to and from Receiver concerning deposition scheduling and other matters | 0.60 hrs | 215.00 /hr | 129.00 |
| 09\|11\|2008 | JLN | Corresopndence with Pat Huddleston. Correspondence with Defendants' counsel concerning deposition. | 0.50 hrs | 215.00 /hr | 107.50 |

**Summary by Timekeeper:**

| | | | | | |
|---|---|---|---|---|---|
| JLN | Nohr, Jason L | 1.10 hours at | $215.00 per hour | | 236.50 |
| | | Total professional services for this matter: | | | $236.50 |

Exhibit C