The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 2/25/2009

Regarding: FTC v. Direct Connection Consulting
Invoice No: 5

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/15/2008 | CE | Telephone conference with Janet Bullock regarding money from Ebor Management account | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Email exchange with Cbeyond regarding changing contact information to change services being provided | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Meet with EH and Receiver regarding service of subpoenas and release of trust documents to Elliott Borenstein | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/15/2008 | CE | Verify amounts, sources and timing of funds to be paid to Elliott Borenstein and Joann Winter | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Telephone conferences with David Harris regarding monthly support payment to Elliott Borenstein | 0.30 | $85.00 | $25.50 |
| 9/15/2008 | CE | Update password for DCC voice mail system and determine number of new messages | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Telephone conference with William Heberer regarding Glenn Kowalski's signature on Declaration | 0.20 | $85.00 | $17.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/15/2008 | CE | Receive and review Scana bill for service at Direct Connection office | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Conduct research to determine entity that placed order for helicopter | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Telephone conference with Jermaine Walker, Assistant Attorney with DeKalb County, regarding plane located at PDK and Order regarding Ebor Management | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Attempt to reach Warren Hudson regarding Declaration | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | CE | Telephone conference with Nancy Hoadley regarding funds from Joann Winter's account | 0.20 | $85.00 | $17.00 |
| 9/15/2008 | JC | Leave voicemail for Iris Hogans at Wachovia regarding Pinetree Teleservices check | 0.50 | $85.00 | $42.50 |
| 9/15/2008 | JC | Research potential auctioneer and teleconference with Dan Shuman; email and discuss time to meet with Dan Shuman and the Receiver | 1.20 | $85.00 | $102.00 |
| 9/15/2008 | MS | Reply to email from Receiver regarding declaration of MF to send to FTC | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/15/2008 | MS | Receive voicemail from Bank of North Georgia regarding corporate status of Ebor; send email to team regarding same | 0.10 | $85.00 | $8.50 |
| 9/15/2008 | MS | Send e-mail to Bank of North Georgia regarding new Ebor money market account | 0.10 | $85.00 | $8.50 |
| 9/15/2008 | MS | Exchange e-mails with CE regarding Ebor account and payout to Elliott Borenstein of $3,000 | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/15/2008 | MS | Telephone conference with FTC regarding subpoenas and Declaration of MF | 0.10 | $85.00 | $8.50 |
| 9/15/2008 | MS | Scan and e-mail Declaration of MF to FTC | 0.10 | $85.00 | $8.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/15/2008 | MS | Prepare deposit slip for Litle & Co check | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/15/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 9/15/2008 | PH | Arrange for Elliott Borenstein's September support payment to be delivered | 0.10 | $215.00 | $21.50 |
| 9/15/2008 | PH | Receive and review email correspondence between Counsel Jay Nohr and defense counsel | 0.10 | $215.00 | $21.50 |
| 9/16/2008 | CE | Telephone conference with Warren Hudson regarding his signature on Declaration | 0.20 | $85.00 | $17.00 |
| 9/16/2008 | CE | Prepare subpoenas for records to Sun Trust, Wachovia, Providence Bank and Bank of America | 1.00 | $85.00 | $85.00 |
| 9/16/2008 | CE | Review information regarding Excursion title to begin process of transfer due to imminent sale of asset | 0.20 | $85.00 | $17.00 |
| 9/16/2008 | ET | Meet with CE to discuss issues surrounding title to the Excursion | 0.30 | $85.00 | $25.50 |
| 9/16/2008 | MS | Exchange emails with CE regarding funds received from Providence Bank | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/16/2008 | MS | Receive and process check from SunTrust for Ebor account | 0.10 | $85.00 | $8.50 |
| 9/16/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 9/17/2008 | CE | Attempt to obtain signatures on Declarations from Dwight Roussell and Lesa Body | 3.50 | $85.00 | $297.50 |
| 9/17/2008 | CE | Compile documents in Direct Connection office that pertain to Borenstein Family Trust; copy documents in safe that pertain to Borenstein Family Trust | 4.00 | $85.00 | $340.00 |
| 9/17/2008 | CE | Further online research in attempt to | 0.30 | $85.00 | $25.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | locate Lesa Body for signature on Declaration | | | |
| 9/17/2008 | CE | Meet with Receiver regarding Dwight Roussell's Declaration | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/17/2008 | CE | Meet with EH regarding Dwight Roussell's Declaration and attempts to locate Lesa Body | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/17/2008 | MS | Receive and process check from Bank Of America for Joann Winter's account | 0.10 | $85.00 | $8.50 |
| 9/17/2008 | MS | Travel to Bank of North Georgia to deposit checks and pick up signature cards for Ebor Management money market account; return to office | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/18/2008 | CE | Telephone conference with Jermaine Walker at DeKalb County regarding taking possession of the plane owned by Ebor Management | 0.20 | $85.00 | $17.00 |
| 9/18/2008 | CE | Email exchange with Jermaine Walker forwarding him the Preliminary Injunction Order and the Order granting the Receiver's motion to include Ebor Management in the Receivership | 0.20 | $85.00 | $17.00 |
| 9/18/2008 | CE | Telephone conference with Cbeyond to reduce phone service to save on monthly phone expense | 0.20 | $85.00 | $17.00 |
| 9/18/2008 | CE | Retrieve mail from Direct Connection Refund Request post office box | 0.50 | $85.00 | $42.50 |
| 9/19/2008 | CE | Finalize subpoenas to Sun Trust, Wachovia, Providence Bank and Bank of America for documents relating to all accounts of Joann Winter, Elliott Borenstein, Ebor Management and all Direct Connection entities | 0.50 | $85.00 | $42.50 |
| 9/19/2008 | CE | Telephone conference with David Harris regarding turning trust documents over to Elliott Borenstein | 0.20 | $85.00 | $17.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/2008 | CE | Receive and review mail from Direct Connection's refund request post office box | 0.30 | $85.00 | $25.50 |
| 9/22/2008 | CE | Telephone conference with David Harris regarding returning trust documents to Elliott Borenstein | 0.30 | $85.00 | $25.50 |
| 9/22/2008 | CE | Finalize Declaration for signature by Warren Hudson; prepare letter to Mr. Hudson enclosing Declaration | 1.00 | $85.00 | $85.00 |
| 9/22/2008 | CE | Email exchange with Jermaine Walker regarding access to hangars leased to Elliott Borenstein and provisions under the Order | 0.40 | $85.00 | $34.00 |
| 9/22/2008 | CE | Email exchange with Andy Cove, counsel for In Touch, regarding records requested from his client | 0.20 | $85.00 | $17.00 |
| 9/22/2008 | CE | Email exchange with William Heberer regarding signature of Glenn Kowalski on Declaration for United Marketing Group | 0.20 | $85.00 | $17.00 |
| 9/22/2008 | CE | Search Direct Connection Customer Service database for information on specific customers for FTC | 1.00 | $85.00 | $85.00 |
| 9/22/2008 | CE | Review list of obligations paid by Receivership to determine status of outstanding payables | 0.30 | $85.00 | $25.50 |
| 9/22/2008 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 9/22/2008 | PH | Participate in opening safe deposit box at Bank Of America | 0.20 | $215.00 | $43.00 |
| 9/22/2008 | PH | Exchange emails with David Harris regarding safe deposit box contents | 0.10 | $215.00 | $21.50 |
| 9/23/2008 | CE | Telephone conference with Pitney Bowes regarding picking up leased equipment at DCC offices | 0.20 | $85.00 | $17.00 |
| 9/23/2008 | CE | Email exchange with Jermaine Walker regarding access to hangars leased by Elliott Borenstein | 0.30 | $85.00 | $25.50 |
| 9/24/2008 | CE | Email exchange with Jermaine Walker | 0.40 | $85.00 | $34.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | at DeKalb County Attorney's office regarding access to the hangars leased by Elliott Borenstein | | | |
| 9/24/2008 | CE | Telephone conference with William Heberer, counsel for UMG, regarding signature on Declaration | 0.30 | $85.00 | $25.50 |
| 9/24/2008 | CE | Telephone conference with Warren Hudson regarding signature on Declaration | 0.20 | $85.00 | $17.00 |
| 9/24/2008 | CE | Confer with MF regarding rental payments made by Direct Connection on behalf of Warren Hudson | 0.20 | $85.00 | $17.00 |
| 9/24/2008 | CE | Confer with EH regarding problems getting Declarations signed by United Marketing Group and Warren Hudson | 0.20 | $85.00 | $17.00 |
| 9/24/2008 | CE | Retrieve mail from Direct Connection refund request post office box and from Rob Barfield's office | 1.00 | $85.00 | $85.00 |
| 9/24/2008 | CE | Telephone conference with Cbeyond regarding account changes to reduce services and billing for phone | 0.50 | $85.00 | $42.50 |
| 9/24/2008 | CE | Receive and review estimated values of computer equipment onsite at Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/24/2008 | CE | Second telephone conference with Warren Hudson regarding signing the Declaration; fax Declaration to Warren Hudson for signature | 0.30 | $85.00 | $25.50 |
| 9/24/2008 | CE | Telephone conference with Dan Shuman of Alpha Auction regarding selling items at Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/24/2008 | CE | Receive and review mail from Direct Connection's refund request post office box | 0.20 | $85.00 | $17.00 |
| 9/24/2008 | ET | Meet with CE to discuss inventory of hangar | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 9/24/2008 | MS | Receive and process documents produced by Providence Bank | 0.20 | $85.00 | $17.00 |

The Huddleston Law Firm
Page No.: 7

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2008 | PH | Give direction regarding bids from auction companies | 0.10 | $215.00 | $21.50 |
| 9/25/2008 | CE | Receive fax from Warren Hudson regarding change requested on Declaration | 0.20 | $85.00 | $17.00 |
| 9/25/2008 | CE | Telephone conference with Warren Hudson regarding changes to Declaration | 0.20 | $85.00 | $17.00 |
| 9/25/2008 | CE | Email exchange with Receiver regarding changes to Warren Hudson's Declaration | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/25/2008 | CE | Online access to Joann Winter's computer to retrieve customer service documents and tracking information; telephone conference with FTC regarding information uncovered; access customer service database for additional information; forward information obtained to FTC | 1.00 | $85.00 | $85.00 |
| 9/25/2008 | MS | Exchange emails with CE regarding various DCC bank accounts and transfers | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/25/2008 | MS | Send email to Bank of North Georgia regarding transfer of $3,000 from Ebor Management account to DCC money market account | 0.10 | $85.00 | $8.50 |
| 9/26/2008 | CE | Receive and review mail forwarded from post office for Direct Connection and follow up on outstanding utility bills | 0.30 | $85.00 | $25.50 |
| 9/26/2008 | CE | Telephone conference with Mike Russell of Prestige Helicopters regarding order for helicopter by Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 9/26/2008 | CE | Telephone conference with Warren Hudson to discuss changes to Declaration | 0.20 | $85.00 | $17.00 |
| 9/26/2008 | CE | Telephone conference with ADP to verify filing of annual payroll taxes for | 0.30 | $85.00 | $25.50 |

Digicom

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/2008 | CE | Transmit Preliminary Injunction Order and authorization letter from Receiver to ADP | 0.20 | $85.00 | $17.00 |
| 9/26/2008 | CE | Telephone conference with Butler, Robbins & White regarding collections matter surrounding debt of Digicom to ADP | 0.20 | $85.00 | $17.00 |
| 9/26/2008 | CE | Transmit Preliminary Injunction Order to Butler, Robbins & White to resolve collections matter with Digicom and ADP | 0.20 | $85.00 | $17.00 |
| 9/26/2008 | CE | Telephone conference with Cobb County Tag office regarding changing title for Ford Excursion | 0.30 | $85.00 | $25.50 |
| 9/26/2008 | MS | Download pleadings from PACER; update electronic and physical index | 0.00 | $85.00 | No Charge |
|  |  |  | 0.70 |  | No Charge |
| 9/29/2008 | CE | Second telephone conference with Dennis Collis at The Insurance Store regarding property insurance for Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Transmit Permanent Injunction Order to The Insurance Store as authorization to release information about Direct Connection | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Telephone conference with Mike Russell of Prestige Helicopters regarding order for helicopter | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Telephone conference with Andy Cove, counsel for In Touch, regarding status of information requested | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Telephone conference with Warren Hudson regarding changes to Declaration; second telephone conference with Warren Hudson regarding final Declaration, signature and return of same | 0.30 | $85.00 | $25.50 |
| 9/29/2008 | CE | Meet with Receiver regarding changes to Warren Hudson's Declaration | 0.00 | $85.00 | No Charge |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 0.20 | | No Charge |
| 9/29/2008 | CE | Prepare final package for mailing to Warren Hudson to include final Declaration and return package | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Continue research of location and ownership of planes including telephone calls to DeKalb County and Gwinnett County tax commissioners regarding property tax, contact FAA regarding "N" number registrations, research online to determine corporation filings and background information on various individuals having business dealings with Elliot Borenstein | 3.00 | $85.00 | $255.00 |
| 9/29/2008 | CE | Telephone conference with ADP to verify that Digicom 2008 year-end filings will be processed and that Receiver is listed as contact on account | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Telephone conference with The Insurance Store regarding property insurance at Direct Connection office | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Receive and review communication from DeKalb County Attorney regarding status of request to view plane and inventory contents of two hangars leased by Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Receive and review letter from Bank of America regarding service of subpoena | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Telephone conference with AOPA regarding obtaining title search on planes | 0.20 | $85.00 | $17.00 |
| 9/29/2008 | CE | Meet with Receiver regarding information on Elliott Borenstein's financial statement about settlement of suit against American Reading Club and ownership | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/29/2008 | CE | Review financial statement of Elliott Borenstein regarding ownership of planes and if he has clear title to the Beech Baron | 0.20 | $85.00 | $17.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2008 | CE | In person contact with Cobb County Main Tag office to attempt to get Excursion title transferred to Receivership | 1.00 | $85.00 | $85.00 |
| 9/30/2008 | CE | Telephone conference with Bank of America regarding proper service of subpoena for records of various defendants | 0.20 | $85.00 | $17.00 |
| 9/30/2008 | CE | Receive and review insurance policy for property insurance of contents in Direct Connection Consulting's office | 0.30 | $85.00 | $25.50 |
| 9/30/2008 | CE | Email exchange with David Harris regarding meeting to turn over trust documents and property | 0.20 | $85.00 | $17.00 |
| 9/30/2008 | CE | Prepare revised subpoena and document request for service on Bank of America | 0.20 | $85.00 | $17.00 |
| 9/30/2008 | CE | Email exchange with EH regarding details of purchase agreement for helicopter by Gilbor Aviation | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/30/2008 | CE | Review documents retrieved from Elliott Borenstein's office to determine details of sale of Excursion, status of title, whether Georgia Sales Tax has been paid and ownership of vehicle | 0.30 | $85.00 | $25.50 |
| 9/30/2008 | CE | Pay monthly insurance premium for Excursion in Receiver's possession | 0.30 | $85.00 | $25.50 |
| 9/30/2008 | CE | Telephone conference with Mike Russell of Prestige Helicopters regarding default of contract by Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 9/30/2008 | CE | Long telephone conference with Georgia Department of Revenue regarding sale of Excursion from Digicom to Direct Connection and obtaining title in Receiver's name | 0.30 | $85.00 | $25.50 |
| 9/30/2008 | CE | Second long telephone conference with Georgia Department of Revenue regarding Excursion title and state | 0.30 | $85.00 | $25.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | taxes due on sale | | | |
| 9/30/2008 | CE | Telephone conference with Robinson Helicopter to determine if defendants are purchasing a helicopter directly from Robinson | 0.20 | $85.00 | $17.00 |
| 9/30/2008 | CE | Email exchange with Bill Heberer, counsel for United Marketing Group, regarding Declaration signed by company representative | 0.20 | $85.00 | $17.00 |
| 9/30/2008 | PH | Receive and review email from FTC regarding Winter deposition and Walmart gift cards | 0.10 | $215.00 | $21.50 |
| 10/01/2008 | CE | Draft letter to Georgia Department of Revenue regarding nullifying sale of Excursion from Digicom to Direct Connection | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CE | Telephone conference with Robinson Helicopter regarding manufacture of helicopter for Prestige Helicopter | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CE | Telephone conference with David Harris to schedule time to turn over trust documents and property | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CE | Long telephone conference with Jermaine Walker, DeKalb County Attorney, regarding access to hangars at PDK, taking over lease of Ebor Management and taking possession of Beech Baron | 0.30 | $85.00 | $25.50 |
| 10/01/2008 | CE | Meet with EH regarding additional investigation and follow up needed to finalize details of closure of Direct Connection office and seizing assets of Receivership Defendants | 0.00 | $85.00 | No Charge |
| | | | 0.60 | | No Charge |
| 10/01/2008 | CE | Telephone conference with Blue Ridge Helicopters regarding Piper owned by Elliott Borenstein being stored in their hangar | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CE | Draft letter to Prestige Helicopters regarding freeze on $25,000 deposit for helicopter ordered in December 2007 | 0.20 | $85.00 | $17.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2008 | CE | Telephone conference with Ron Carroll, owner of Blue Ridge Helicopter, regarding plane being stored by Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CE | Conduct online research to locate current working phone number and current address for Grayson Space/Timothy Walters, possible lienholder of Beech Baron airplane | 0.40 | $85.00 | $34.00 |
| 10/01/2008 | CE | Prepare letter and subpoena for document production to Grayson Space/Timothy Walters regarding loan for purchase of Beech Baron and any other outstanding debts of Elliott Borenstein | 0.60 | $85.00 | $51.00 |
| 10/01/2008 | CE | Attempt to contact FAA regarding Aircraft Security Agreement of Ebor Management/Grayson Space | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CE | Transmit Orders regarding appointment of Receiver to Blue Ridge Helicopter | 0.20 | $85.00 | $17.00 |
| 10/01/2008 | CL | Organize and scan documents from DCC office | 2.00 | $85.00 | $170.00 |
| 10/01/2008 | PH | Direct MF regarding QuickBooks review assignment | 0.20 | $215.00 | $43.00 |
| 10/01/2008 | PH | Telephone conference with Todd Leatherman and FTC regarding depositions | 0.20 | $215.00 | $43.00 |
| 10/02/2008 | CE | Telephone conference with Cobb County State Court Clerk's office regarding Order granting Notice of Intent to Withdraw as counsel filed by Joe Redd in the Digicom v. Mantra Films case | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Telephone conference with Joe Redd's office regarding obtaining copies of his files for the Digicom v. Mantra Films case | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Telephone conference with Holly at Allstate Insurance Company regarding insurance on Excursion; transmit | 0.30 | $85.00 | $25.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Preliminary Injunction Order to Allstate regarding Excursion insurance | | | |
| 10/02/2008 | CE | Finalize letter and subpoena for document production to Grayson Space/Timothy Walters regarding loan by Elliott Borenstein to purchase Beech Baron | 0.30 | $85.00 | $25.50 |
| 10/02/2008 | CE | Telephone conference with Dan Shuman scheduling a time to meet regarding auction to sell contents of Direct Connection office | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Telephone conference with Pitney Bowes to schedule pick up of equipment under lease located at Direct Connection office | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Telephone conference with David Harris regarding meeting scheduled for next week | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Telephone conference with Robinson Helicopter confirming manufacture of R44 II with serial number 12522 for Prestige Helicopter for sale to Gilbor Aviation | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Telephone conference with David Harris scheduling time to turn over trust documents and property, discussing possibility of turning over certain personal items in the office and status of payments due under settlement with American Reading Club | 0.30 | $85.00 | $25.50 |
| 10/02/2008 | CE | Telephone conference with Georgia Department of Labor regarding closing employer account | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Prepare Receiver Resolution to nullify sale of Excursion | 0.30 | $85.00 | $25.50 |
| 10/02/2008 | CE | Finalize letter to Georgia Department of Revenue regarding nullifying sale of Excursion | 0.20 | $85.00 | $17.00 |
| 10/02/2008 | CE | Finalize letter to Michael Russell at Prestige Helicopters regarding freeze on deposit made by Elliott Borenstein for | 0.30 | $85.00 | $25.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | purchase of helicopter; transmit letter and Court Orders to Prestige Helicopters | | | |
| 10/02/2008 | CL | Continue to organize and scan documents from DCC office | 2.00 | $85.00 | $170.00 |
| 10/03/2008 | CL | Continue to organize and scan documents from DCC office | 7.00 | $85.00 | $595.00 |
| 10/06/2008 | CE | Receive and review extensively revised Declaration from Warren Hudson along with cover letter from Charles Medlin | 0.30 | $85.00 | $25.50 |
| 10/06/2008 | CE | Email exchange with EH and Receiver regarding changes in Warren Hudson's Declaration | 0.20 | $85.00 | $17.00 |
| 10/06/2008 | CE | Receive and review documents from DeKalb County Law Department regarding hangar being leased by Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 10/06/2008 | MS | Begin preparing response to document production for deposition of Receiver | 0.70 | $85.00 | $59.50 |
| 10/10/2008 | CE | Review and compile documents to produce pursuant to subpoena served by defendants on Receiver | 8.50 | $85.00 | $722.50 |
| 10/10/2008 | CE | Email exchange with Andy Cove regarding documents from In Touch Marketing | 0.20 | $85.00 | $17.00 |
| 10/10/2008 | CE | Email exchange with William Heberer regarding Declaration signed by United Marketing Group | 0.20 | $85.00 | $17.00 |
| 10/10/2008 | MS | Brief conference with CE regarding documents to produce for Receiver's deposition | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/10/2008 | MS | Locate and prepare documents requested for Receiver's deposition | 2.00 | $85.00 | $170.00 |
| 10/13/2008 | CE | Update voice mail message center for Direct Connection | 0.30 | $85.00 | $25.50 |
| 10/13/2008 | CE | Email exchange with David Harris | 0.30 | $85.00 | $25.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding monthly support payment for Elliott Borenstein | | | |
| 10/13/2008 | MS | Continue to prepare documents to produce for deposition of Receiver | 3.50 | $85.00 | $297.50 |
| 10/13/2008 | MS | Continue to prepare documents for deposition of Receiver | 2.00 | $85.00 | $170.00 |
| 10/13/2008 | PH | Exchange emails with David Harris regarding foreign bank account | 0.10 | $215.00 | $21.50 |
| 10/13/2008 | PH | Meet with Counsel Jay Nohr | 1.50 | $215.00 | $322.50 |
| 10/13/2008 | PH | Receive and review financial statements from MF | 0.40 | $215.00 | $86.00 |
| 10/13/2008 | PH | Receive and review notice of appearance by counsel Jay Nohr | 0.10 | $215.00 | $21.50 |
| 10/14/2008 | CE | Telephone conference with Paychex to verify wages of two former employees pursuant to request for information from IRS | 0.20 | $85.00 | $17.00 |
| 10/14/2008 | CE | Retrieve refund requests from Direct Connection post office box | 0.30 | $85.00 | $25.50 |
| 10/14/2008 | CE | Telephone conference with Allstate Insurance Company to verify that changes have been made to policy of insurance for Excursion and that insurance is in place | 0.20 | $85.00 | $17.00 |
| 10/14/2008 | CE | Finalize letter to Georgia Department of Revenue forwarding resolution dissolving sale of Excursion from Digicom to Direct Connection | 0.20 | $85.00 | $17.00 |
| 10/14/2008 | CE | Telephone conference with IRS to verify purpose of their request for verification of wages paid to two former Direct Connection employees | 0.30 | $85.00 | $25.50 |
| 10/14/2008 | CE | Telephone conference with Warren Hudson releasing him from deposition subpoena | 0.20 | $85.00 | $17.00 |
| 10/14/2008 | CE | Telephone conference with Timothy Walters regarding documents that were | 0.20 | $85.00 | $17.00 |

to be produced pursuant to subpoena

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2008 | CE | Telephone conference with Mike Russell of Prestige Helicopters regarding freeze on $25,000 deposit for helicopter purchase | 0.20 | $85.00 | $17.00 |
| 10/14/2008 | MS | Coordinate the transfer of Borenstein's support payment from Ebor Management account to DCC checking account | 0.20 | $85.00 | $17.00 |
| 10/14/2008 | PH | Travel to Bovis Kyle & Birch | 0.00<br>0.60 | $215.00 | No Charge<br>No Charge |
| 10/14/2008 | PH | Sit for deposition | 4.00 | $215.00 | $860.00 |

|  |  |
|---|---|
| Total Fees | $7,924.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/14/2008 | September/October Copies | 2,923.00 | No Charge |
| 10/14/2008 | September/October Scanned Copies | 3,028.00 | No Charge |
| 10/14/2008 | September/October Facsimiles | 41.00 | No Charge |
| 10/14/2008 | September/October PACER Charges | 1.00 | No Charge |
| 10/14/2008 | September/October Postage | 1.00 | No Charge |

|  |  |
|---|---|
| Total Expenses | $0.00 |
| Total New Charges | $7,924.00 |
| Previous Balance | $8,071.24 |
| 2/19/2009 Payment  Valerie M. Verduce | $-8,071.24 |
| Total Payments and Credits | $-8,071.24 |
| Balance Due | $7,924.00 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 51.70 | $85.00 | $4,394.50 |
| Cherie Eason | 2.30 | $0.00 | $0.00 |
| Courtney Lazenby | 11.00 | $85.00 | $935.00 |
| Eric Teusink | 0.30 | $85.00 | $25.50 |
| Eric Teusink | 0.40 | $0.00 | $0.00 |
| Jamie Carroll | 1.70 | $85.00 | $144.50 |
| Melanie Smith | 9.30 | $85.00 | $790.50 |
| Melanie Smith | 2.10 | $0.00 | $0.00 |
| Pat Huddleston | 7.60 | $215.00 | $1,634.00 |
| Pat Huddleston | 0.60 | $0.00 | $0.00 |