Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Date: 2/25/2009

Regarding: FTC v. Direct Connection Consulting, Inc., et al.
Invoice No: 00005

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/15/2008 | EH | Re-send follow-up email to Anita Jen at Robb Evans regarding additional documentation needed to reconcile National Merchant Center Reserve Account balances; receive and review email response from Hal Goldflam develop settlement proposal for disbursement of account balances; email settlement proposal to Hal Goldflam | 2.10 | $105.00 | $220.50 |
| 9/15/2008 | EH | Receive and review email from JC regarding motion to liquidate Roswell DC office contents | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/15/2008 | EH | Receive and review email from Receiver regarding Borenstein support payments; receive and review email reply from CE | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/15/2008 | EH | Receive and review email from CE regarding voicemails at DC Roswell office; forward to Receiver for feedback | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/15/2008 | EH | Receive and review email from MS regarding corporate status of Ebor; | 0.00 | $105.00 | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | research and send email request to MF for confirmation | | | |
| | | | 0.10 | | No Charge |
| 9/15/2008 | EH | Meet with CE to discuss updated progress on task list items | 0.00 | $105.00 | No Charge |
| | | | 0.50 | | No Charge |
| 9/15/2008 | EH | Receive and review email from CE regarding draft of Declaration cover letter to accompany subpoena to DC declarants | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/16/2008 | EH | Receive and review email from MS regarding Ebor checks received from SunTrust; forward to CE for follow-up | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/16/2008 | EH | Receive and review email response from Hal Goldflam regarding National Merchant Center reserve account balance settlement | 0.10 | $105.00 | $10.50 |
| 9/16/2008 | EH | Receive and review email from CE regarding safe deposit box at Bank of America; send email reply; receive and review email response from Receiver | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/16/2008 | EH | Receive and review email from CE regarding subpoenas for bank account records; draft and send email reply; receive and review email confirmation response | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/17/2008 | EH | Telephone call to CE to confirm status of subpoena delivery and safety; telephone conference with CE to confirm update details; receive and review email from Receiver regarding status; send email reply; review follow-up subpoena conversations with CE | 0.00 | $105.00 | No Charge |
| | | | 0.70 | | No Charge |
| 9/17/2008 | EH | Receive and review email from Receiver regarding health insurance premiums for principals | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/17/2008 | EH | Receive and review email from MS regarding Bank of America check received; forward to CE with instructions for follow-up | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/23/2008 | EH | Receive and review email from JC regarding auction company contact; send email reply with clarification questions; receive and review email responses from CE and JC | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 9/23/2008 | EH | Discuss values of LEAF and US Manifest equipment provided by Jeff Smith with CE | 0.20 | $105.00 | $21.00 |
| 9/23/2008 | EH | Forward MS email regarding Joe Redd letter received to CE to clarify action needed; receive and review email response | 0.20 | $105.00 | $21.00 |
| 9/24/2008 | EH | Receive and review email from Lee Waters at Clear Harbor regarding equipment list quotes; draft and send email reply | 0.30 | $105.00 | $31.50 |
| 9/24/2008 | EH | Meet with CE to discuss progress on Declarations from Warren Hudson and United Marketing Group | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/24/2008 | EH | Send email follow-up to 19 Communications counsel regarding Keith English declaration; receive and review email response from 19 Communications counsel | 0.20 | $105.00 | $21.00 |
| 9/24/2008 | EH | Receive and review email from MS regarding Providence Bank documents produced | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/24/2008 | EH | Receive and review email from CE regarding possible auction company meeting at DC Roswell office; send email reply; receive and review email confirmation | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2008 | MF | Retrieve information from Direct Connections QuickBooks file regarding payments made for Warren Hudson's Texas rent | 0.50 | $145.00 | $72.50 |
| 9/25/2008 | EH | Receive and review email from CE regarding second revision to Warren Hudson's Declaration | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/25/2008 | EH | Research request from 19 Communications counsel regarding Keith English Declaration; draft and send email reply with findings; receive and review counsel's return email request for revision; edit and email revised Declaration to counsel for signature | 1.00 | $105.00 | $105.00 |
| 9/26/2008 | EH | Receive and review email from CE regarding reimbursement of Ebor allowance | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/26/2008 | EH | Receive and review emails regarding Warren Hudson declaration updates | 0.20 | $105.00 | $21.00 |
| 9/26/2008 | EH | Discuss status of ongoing tasks with CE; receive and review email from CE regarding Excursion title transfer | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/26/2008 | EH | Send follow-up email to Hal Goldflam regarding National Merchant Center reserve account balances | 0.10 | $105.00 | $10.50 |
| 9/26/2008 | EH | Discuss helicopter and aircraft task updates with CE | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/29/2008 | EH | Receive and review email from CE regarding Excursion title transfer visit | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/29/2008 | EH | Receive and review email from CE regarding proposed delivery of trust documents and vendor meeting at DC Roswell office; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/29/2008 | EH | Receive and review email from CE regarding proposed vendor payments | 0.00 | $105.00 | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 0.10 | | No Charge |
| 9/30/2008 | EH | Receive and review email confirmation response from CE regarding vendor payments | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/30/2008 | EH | Receive and review email from CE regarding questions for Elliott Borenstein deposition | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/30/2008 | EH | Receive and review email from CE regarding deposit at Prestige Helicopter; draft and send email response; receive and review email reply from CE | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 9/30/2008 | EH | Receive and review email from CE regarding DC business property insurance; draft and send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 9/30/2008 | EH | Receive and review email from CE regarding Excursion title transfer; send email reply with suggested alternative strategy | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 9/30/2008 | EH | Receive and review email from MS regarding letter received from Bank of America; research electronic documents for comparison; receive and review email from CE regarding follow-up to Bank of America; draft and send email reply confirmation; receive and review email response from CE; send email reply; receive and review email confirmation reply from CE | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 10/01/2008 | EH | Meet with CE to discuss updates on task list items and re-prioritize tasks | 0.00 | $105.00 | No Charge |
| | | | 0.60 | | No Charge |
| 10/01/2008 | EH | Receive and review email from CE regarding Symmetry Partners accounts; research and locate previous communication log; send email reply with copy of correspondence | 0.00 | $105.00 | No Charge |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 0.40 | | No Charge |
| 10/01/2008 | EH | Review status of Keith English Declaration request to 19 Communications counsel; draft and send follow-up email to counsel | 0.20 | $105.00 | $21.00 |
| 10/02/2008 | EH | Receive and review email from Receiver regarding sales of Choice Programs and Digicom after February 1; research and send email reply; receive and review reply from MF; draft and send reply to clarify objective | 0.20 | $105.00 | $21.00 |
| 10/02/2008 | EH | Receive and review email from CE regarding scheduled appointment at DC Roswell office; send confirmation reply; receive and review email reply | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/02/2008 | EH | Draft and send follow-up email to Hal Goldflam regarding National Merchant Center reserve account balances | 0.20 | $105.00 | $21.00 |
| 10/02/2008 | EH | Receive and review email from CE regarding pending payments from American Reading Club suit | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 10/02/2008 | EH | Receive and review email from CE regarding Borenstein personal items request; draft and send email response | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/02/2008 | EH | Receive and review email from 19 Communications counsel regarding change of address for Keith English Declaration; research source of original address and send email reply to clarify use of new address in a revised Declaration | 0.40 | $105.00 | $42.00 |
| 10/02/2008 | MF | Research $25,000 deposit/withdrawal from Ebor that may have been related to deposit on helicopter | 1.00 | $145.00 | $145.00 |
| 10/03/2008 | EH | Receive and review email response from 19 Communications counsel regarding correct address for Keith English declaration | 0.10 | $105.00 | $10.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/2008 | EH | Edit Keith English Declaration for 19 Communications; draft and send email with instructions to CE for follow-up; receive and review email from CE to confirm scan of edited documents; forward revised Declaration to 19 Communications counsel for review and Keith English's signature; send confirmation email to CE | 0.70 | $105.00 | $73.50 |
| 10/07/2008 | EH | Receive and review email from CE regarding Warren Hudson's Declaration; review electronic files for Declaration; draft and send email reply for clarification | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 10/08/2008 | EH | Receive and review email from CE regarding Declaration from United Marketing Group | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 10/13/2008 | EH | Receive and review email from CE regarding change of password for DC voicemail system; send email reply; Receive and review email responses from Receiver and CE; receive and review email question from CE regarding voicemail retention; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 10/13/2008 | EH | Receive and review email from Receiver regarding deposition preparation; forward to MF for instruction; draft and send email request to MF for document instructions; receive and review email reply; receive and review email from Receiver regarding Mischelle Hosin statements; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 10/13/2008 | EH | Receive and review email from Deana DePry regarding Keith English Declaration | 0.10 | $105.00 | $10.50 |
| 10/13/2008 | EH | Receive and review email response from JC regarding Flying Dog and Dennis Tyner; send email reply for clarification; receive and review email responses from CE and JC | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2008 | EH | Extensive review of tasks completed and outline work to be followed up on; email exchange with MF regarding further follow-up | 1.10 | $105.00 | $115.50 |
| 10/13/2008 | LB | Listen to 275 customer service voicemails | 2.00 | $85.00 | $170.00 |
| 10/13/2008 | PMH | Receive and review court documents from Receiver's office | 0.30 | $105.00 | $31.50 |
| 10/14/2008 | LB | Record customer service voicemails in spreadsheet | 1.00 | $85.00 | $85.00 |

|  |  |  |
|---|---|---|
| Sub Total: |  | $1,281.00 |
|  | Total Fees | $1,281.00 |
| Total New Charges |  | $1,281.00 |
| Previous Balance |  | $7,684.50 |
| 2/19/2009 Payment — Pat Huddleston |  | $-7,684.50 |
| Total Payments and Credits |  | $-7,684.50 |
| Balance Due |  | $1,281.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 7.40 | $105.00 | $777.00 |
| Lauren Bowman | 3.00 | $85.00 | $255.00 |
| Michelle Fox | 1.50 | $145.00 | $217.50 |
| Porter Huddleston | 0.30 | $105.00 | $31.50 |