# CAUTHORN NOHR & O'DELL
A PROFESSIONAL CORPORATION

201 CHEROKEE STREET
MARIETTA, GA 30060-1611

(770) 528-0150
(770) 528-0160 FAX

TAX ID# 58-2398604

October 15, 2008

Pat Huddleston
Suite B-21
707 Whitlock Avenue
Marietta, GA 30064

Invoice Number: 9349
Billed Through: October 15, 2008

Billed to Date Professional Services (prior to this invoice)    $2,085.50
Billed to Date Disbursements (prior to this invoice)    $262.85

**Federal Trade Commission v Direct Connection Consulting; US District Court for Northern District of Georgia; 1:08cv1739**

002457    00000

| | | |
|---|---|---|
| Balance forward as of invoice dated | September 15, 2008 | $2,411.71 |
| Payments received since last invoice | | $0.00 |
| AR adjustments made since last invoice | | $0.00 |
| Net balance forward | | $2,411.71 |

## PROFESSIONAL SERVICES

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10\|13\|2008 | JLN | Drafting and filing Entry of Appearance for JLN. Drafting objections to Defendants requests for production. Meeting with Receiver. Legal research concerning subpoeana. Review of Receiver's interim report. Drafting and preparation of Receiver's Responses and Ojbections. | 6.60 hrs | 215.00 /hr | 1,419.00 |
| 10\|15\|2008 | JLN | To and from deposition of Receiver Pat Huddleston II at Bovis Kyler and Burch. Attending deposition and defending Receiver. | 6.60 hrs | 215.00 /hr | 1,419.00 |

**Summary by Timekeeper:**

| | | | | | |
|---|---|---|---|---|---|
| JLN | Nohr, Jason L | 13.20 hours at | $215.00 per hour | | 2,838.00 |
| | | Total professional services for this matter: | | | $2,838.00 |

## DISBURSEMENTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 10\|13\|2008 | 0018 | Cauthorn & Nohr flat charge for each access to WestLaw | 50.00 |
| 10\|14\|2008 | 0019 | Mileage expense to and from Bovis, Kyle & Burch for deposition on 10/14/08 (JLN) | 25.16 |

EXHIBIT C

Total disbursements for this matter: $75.16

## BILLING SUMMARY

| | | |
|---|---|---|
| Total professional services incurred on this invoice | $2,838.00 | |
| Total disbursements incurred on this invoice | +$75.16 | |
| Interest incurred on past due balance | +$35.23 | |
| Net current charges | | $2,948.39 |
| Balance of last invoice | $2,411.71 | |
| Payments received since last invoice | -$0.00 | |
| Net balance forward from last invoice | | +$2,411.71 |
| **BALANCE DUE** | | **$5,360.10** |

DETAIL OF NET BALANCE FORWARD

| DATE | INVOICE NO | ORIGINAL AMOUNT | BALANCE DUE |
|---|---|---|---|
| 06/15/2008 | 9345 | $1,853.85 | $1,853.85 |
| 07/15/2008 | 9346 | $258.00 | $258.00 |
| 08/15/2008 | 9347 | $31.68 | $31.68 |
| 09/15/2008 | 9348 | $268.18 | $268.18 |
| | **TOTAL OF NET BALANCE FORWARD** | | **$2,411.71** |

**The BALANCE DUE will begin earning interest at 18% per annum 10 days from the date hereof pursuant to the terms of your ENGAGEMENT LETTER. Please call within 10 days with any questions.**