The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 3/09/2009

Regarding: FTC v. Direct Connection Consulting
Invoice No: 6

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/15/2008 | CE | Telephone conference with Warren Hudson regarding information as to signed Declaration | 0.20 | $85.00 | $17.00 |
| 10/15/2008 | CE | Telephone conference with Paychex to obtain 2007 wage information for two former Direction Connection employees | 0.30 | $85.00 | $25.50 |
| 10/15/2008 | CE | Telephone conference with ADP to verify that they will handle year end payroll tax filings and address correction on Digicom account | 0.20 | $85.00 | $17.00 |
| 10/15/2008 | MS | Telephone conference with Warren Hudson regarding signed Declaration | 0.10 | $85.00 | $8.50 |
| 10/15/2008 | MS | Exchange emails with Sasha Moore at Bank of North Georgia regarding transfers from DCC MMA to checking to cover office rent payment | 0.20 | $85.00 | $17.00 |
| 10/15/2008 | MS | Email to Receiver regarding rent check for DCC office | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 10/17/2008 | JC | Email with the Receiver and EH regarding Michelle Hosin and Dennis Tyner | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |

**EXHIBIT A**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2008 | MS | Receive and review email from CE regarding Declaration of Keith English | 0.00 | $85.00 | No Charge |
| | | | 0.10 | | No Charge |
| 10/20/2008 | PH | Telephone conference with Todd Leatherman | 0.10 | $215.00 | $21.50 |
| 10/20/2008 | PH | Receive and review Defendants' Response in Opposition to Plaintiffs' Motion to Strike Section A1-4 of Defendants' Reply | 0.10 | $215.00 | $21.50 |
| 10/21/2008 | CE | Forward Preliminary Injunction to Pitney Bowes to put them on notice and freeze account | 0.20 | $85.00 | $17.00 |
| 10/21/2008 | CE | Receive and review documents from Grayson Space regarding purchase of Beech Baron by Elliott Borenstein | 0.30 | $85.00 | $25.50 |
| 10/21/2008 | CE | Telephone conference with Mike Russell of Prestige Helicopters regarding freeze on $25,000 deposit made by Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 10/21/2008 | CE | Receive and review letter from Bank of America in response to our subpoena for records | 0.20 | $85.00 | $17.00 |
| 10/21/2008 | CE | Receive and review policy endorsement and revised insurance policy reflecting Receiver's office as insured address | 0.20 | $85.00 | $17.00 |
| 10/21/2008 | CE | Receive and review past due statements from Scana Energy and Georgia Power, and current billing from BCN Telecom | 0.20 | $85.00 | $17.00 |
| 10/21/2008 | CE | Receive and review voluminous documents from Wachovia in response to subpoena | 0.50 | $85.00 | $42.50 |
| 10/21/2008 | CE | Telephone conference with Pitney Bowes regarding outstanding account and location of meter | 0.20 | $85.00 | $17.00 |
| 10/21/2008 | MS | Exchange emails with CE regarding check for ADP bill for Digicom | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/21/2008 | CE | Second telephone conference with Pitney Bowes regarding outstanding account and receivership documents | 0.20 | $85.00 | $17.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2008 | CE | Begin compilation of information on all Kentucky clients for Attorney General to use in settlement discussions | 3.00 | $85.00 | $255.00 |
| 10/22/2008 | CE | Telephone conference with Jeff Smith regarding retrieving data on Kentucky clients to determine total sales | 0.20 | $85.00 | $17.00 |
| 10/22/2008 | CE | Email exchange with Receiver and EH regarding money owed by Pine Tree Telemetries | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/23/2008 | CE | Begin review of data pertaining to Kentucky clients to eliminate refunds | 2.00 | $85.00 | $170.00 |
| 10/23/2008 | CE | Meet with Jeff Smith to compile data summary sheets containing all relevant information on Kentucky customers | 2.50 | $85.00 | $212.50 |
| 10/24/2008 | CE | Telephone conference with Randy Davis, attorney for Prestige Helicopters, regarding down payment on helicopter purchase | 0.20 | $85.00 | $17.00 |
| 10/24/2008 | CE | Finalize spreadsheets for information pertaining to Kentucky customers | 2.50 | $85.00 | $212.50 |
| 10/24/2008 | CE | Email exchange with David Harris regarding money being paid to Elliott Borenstein as a result of settlement of lawsuit against American Reading Club | 0.20 | $85.00 | $17.00 |
| 10/24/2008 | CE | Email exchange with Receiver and EH transmitting and explaining spreadsheets containing Kentucky customer information | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/24/2008 | CE | Telephone conference with Todd Leatherman regarding information relating to Kentucky clients | 0.50 | $85.00 | $42.50 |
| 10/24/2008 | CE | Telephone conference with Randall Davis, attorney for Prestige Helicopters, regarding non-refundable deposit of $25,000 being paid to Robinson Helicopters | 0.20 | $85.00 | $17.00 |
| 10/27/2008 | CE | Receive and review facsimile from Randy Davis, attorney for Prestige Helicopters, | 0.20 | $85.00 | $17.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding $25,000 deposit on helicopter made by Elliott Borenstein | | | |
| 10/27/2008 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 10/28/2008 | CE | Retrieve mail from Direct Connection refund request post office box and Rob Barfield's office | 0.80 | $85.00 | $68.00 |
| 10/29/2008 | CE | Receive and review mail from James Barfield's office | 0.50 | $85.00 | $42.50 |
| 10/29/2008 | CE | Receive and review refund request letters from Direct Connection's post office box | 0.50 | $85.00 | $42.50 |
| 10/29/2008 | MS | Telephone conference with Janet Bullock at SunTrust regarding two accounts that remain open with balances; email team regarding same | 0.10 | $85.00 | $8.50 |
| 10/29/2008 | MS | Exchange emails with Jay Nohr regarding deposition transcripts for Receiver's deposition | 0.20 | $85.00 | $17.00 |
| 10/30/2008 | CE | Email exchange with Counsel Jay Nohr regarding requests made by Charles Medlin pursuant to Receiver Deposition | 0.20 | $85.00 | $17.00 |
| 10/30/2008 | CE | Meet with Receiver regarding requests made by defense counsel during deposition | 0.20 | $85.00 | $17.00 |
| 10/30/2008 | CE | Telephone conference with Georgia Department of Revenue regarding sales of Excursion | 0.20 | $85.00 | $17.00 |
| 10/30/2008 | MS | Exchange emails with CE regarding Receiver's deposition transcript | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/31/2008 | CE | Telephone conference with Brown & Gallo regarding transcript of Receiver's deposition | 0.20 | $85.00 | $17.00 |
| 10/31/2008 | CL | Deliver check to Allstate Insurance for monthly premium payment | 0.30 | $85.00 | $25.50 |
| 11/05/2008 | MS | Receive and review email from Janet Bullock at SunTrust regarding open accounts; forward email to team | 0.10 | $85.00 | $8.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/2008 | MS | Receive and review voicemail from Bank of North Georgia regarding Direct Connection checking account | 0.10 | $85.00 | $8.50 |
| 11/06/2008 | CE | Telephone conference with FTC regarding billing/refund information for every state and forwarding Declarations of UMG and 19 Communications | 0.20 | $85.00 | $17.00 |
| 11/06/2008 | CE | Telephone conference with David Harris regarding payment of settlement of Borenstein lawsuit against American Reading Club and information for Cypress account | 0.20 | $85.00 | $17.00 |
| 11/06/2008 | CE | Forward David Harris most recent FBME statement so funds can be wired to Receivership account | 0.20 | $85.00 | $17.00 |
| 11/06/2008 | MS | Telephone conference with Brown & Gallo regarding Receiver's deposition transcript | 0.20 | $85.00 | $17.00 |
| 11/07/2008 | MS | Update pleadings for electronic and physical files | 0.00 | $85.00 | No Charge |
|  |  |  | 0.30 |  | No Charge |
| 11/12/2008 | CE | Email exchange with David Harris regarding Elliott Borenstein's monthly support payment | 0.20 | $85.00 | $17.00 |
| 11/12/2008 | CE | Telephone conference with FTC regarding estimate to compile total sales and refunds by state from database and copy of Receiver's deposition | 0.20 | $85.00 | $17.00 |
| 11/12/2008 | CE | Email exchange with Jeff Smith regarding estimate of time to retrieve sales and refund information by state | 0.20 | $85.00 | $17.00 |
| 11/12/2008 | CE | Telephone conference with court reporter regarding deadline for submitting errata sheet for Receiver's deposition | 0.20 | $85.00 | $17.00 |
| 11/12/2008 | PH | Telephone conference with Alicia Galfas of Flying Dog regarding server equipment | 0.20 | $215.00 | $43.00 |
| 11/12/2008 | PH | Receive, review and make changes to deposition transcript | 1.00 | $215.00 | $215.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2008 | CE | Telephone conference with FTC regarding total amount of sales and refunds in Kentucky | 0.20 | $85.00 | $17.00 |
| 11/13/2008 | CE | Finalize and forward errata sheet for Receiver's deposition transcript | 0.20 | $85.00 | $17.00 |
| 11/13/2008 | ET | Telephone call to Cliann at Bank of America regarding subpoena for records | 0.10 | $85.00 | $8.50 |
| 11/14/2008 | CE | Telephone conference with David Harris regarding American Express debt | 0.20 | $85.00 | $17.00 |

Total Fees  $2,056.50

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 11/14/2008 | October/November Scanned Copies | 53.00 | No Charge |
| 11/14/2008 | October/November Facsimile | 1.00 | No Charge |
| 11/14/2008 | October/November Postage | 1.00 | No Charge |
| 11/14/2008 | October/November PACER | 1.00 | No Charge |
| 11/14/2008 | October/November Photocopies | 845.00 | No Charge |

Total Expenses  $0.00

Total New Charges  $2,056.50

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 19.00 | $85.00 | $1,615.00 |
| Cherie Eason | 0.40 | $0.00 | $0.00 |
| Courtney Lazenby | 0.30 | $85.00 | $25.50 |
| Eric Teusink | 0.10 | $85.00 | $8.50 |
| Jamie Carroll | 0.40 | $0.00 | $0.00 |
| Melanie Smith | 1.00 | $85.00 | $85.00 |
| Melanie Smith | 0.90 | $0.00 | $0.00 |
| Pat Huddleston | 1.50 | $215.00 | $322.50 |