Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston  Date: 3/10/2009
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Regarding: FTC v. Direct Connection Consulting, Inc., et al.
Invoice No: 00006

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/15/2008 | EH | Draft and send email reply to Deana DePry regarding Keith English Declaration | 0.10 | $105.00 | $10.50 |
| 10/15/2008 | EH | Receive and review email from CE regarding Digicom and ADP; send email reply | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 10/16/2008 | EH | Review LB email regarding voicemails logged; review spreadsheet and send email reply with request for additional information; receive and review email reply | 0.20 | $105.00 | $21.00 |
| 10/17/2008 | EH | Send email reply to CE regarding Bank of America documentation request; receive and review email responses from CE and Receiver | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 10/17/2008 | EH | Receive and review email from MS regarding Keith English Declaration received | 0.00 | $105.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 10/17/2008 | EH | Receive and review email from MS regarding SunTrust Merchant Services | 0.00 | $105.00 | No Charge |

**EXHIBIT B**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | statement; forward to CE for follow-up | 0.10 | | No Charge |
| 10/20/2008 | EH | Receive and review email reply from CE regarding SunTrust Merchant Processing statement | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 10/21/2008 | EH | Receive and review email from Receiver regarding request for chargeback and refund data; send email clarification to Receiver and MF; receive and review email reply from MF | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |
| 10/22/2008 | EH | Draft and send email request for quote to Jeff Smith at Allen Microsystems; receive and review email reply; forward response to Receiver for comment; discuss Kentucky Attorney General project with CE | 0.70 | $105.00 | $73.50 |
| 10/22/2008 | EH | Receive and review emails from Receiver regarding Merchant Account balances and Pine Tree TeleServices payments; forward email to CE for follow-up on Pine Tree; receive and review email reply from CE; research merchant account balance information; draft and send email reply to Receiver with balances; receive and review email reply | 0.00 | $105.00 | No Charge |
| | | | 1.00 | | No Charge |
| 10/23/2008 | EH | Telephone conferences with CE and MS to confirm server password and alarm system security code for DC Roswell office | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/24/2008 | EH | Receive and review email from CE regarding Kentucky Attorney General data requested; send email reply; receive and review email response from Receiver | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 10/29/2008 | EH | Receive and review email from CE regarding refund requests; draft and send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2008 | MF | Work on response to David Harris's document request generated from Receiver's deposition | 0.50 | $145.00 | $72.50 |
| 10/30/2008 | EH | Receive and review email from MS regarding Borenstein and Gilbor accounts at SunTrust; send email reply | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 11/04/2008 | MF | Begin work on analysis of refunds issued for 2007 and 2008 by month; begin looking at records to determine if sales were made after Feb 2008 by Digicom or Choice Programs | 4.00 | $145.00 | $580.00 |
| 11/05/2008 | EH | Receive and review two emails from Encore Marketing regarding customers wanting to cancel subscriptions; forward to CE for follow-up | 0.30 | $105.00 | $31.50 |
| 11/06/2008 | MF | Continue working on determining customer refunds by month for 2007 and 2008 | 6.00 | $145.00 | $870.00 |
| 11/10/2008 | MF | Continue working on compiling information related to refunds issued by Digicom and DCC | 4.00 | $145.00 | $580.00 |
| 11/11/2008 | EH | Draft and send email response to MS regarding frozen accounts at SunTrust | 0.10 | $105.00 | $10.50 |
| 11/12/2008 | EH | Receive and review email from CE regarding monthly maintenance payment to Elliott Borenstein | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 11/12/2008 | EH | Receive and review email from Receiver regarding access to DC Roswell office server room; telephone conferences with Peter and Alecia Galfas and Receiver to coordinate access to server; telephone conferences with CE and Jeff Smith at Allen Microsystems regarding key availability and security concerns; travel to Roswell location to provide access for Peter Galfas; supervise server access and copy requested documents before releasing to Peter Galfas | 0.80 | $105.00 | $84.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2008 | MF | Continue work on customer refund analysis spreadsheet | 1.00 | $145.00 | $145.00 |
| 11/14/2008 | EH | Receive and review email from CE regarding new voicemail password for DC Roswell office customer service voicemail | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 11/14/2008 | EH | Draft and send email response to CE regarding status of Pine Tree TeleServices funds recovery | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |

Sub Total: $2,478.50

Total Fees $2,478.50

Total New Charges $2,478.50

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 2.20 | $105.00 | $231.00 |
| Eric Henningson | 2.70 | $0.00 | $0.00 |
| Michelle Fox | 15.50 | $145.00 | $2,247.50 |