The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 4/06/2009

Regarding: FTC v. Direct Connection Consulting
Invoice No: 6

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 11/17/2008 | PH | Receive and review email from David Harris attaching letter regarding American Express account | 0.10 | $215.00 | $21.50 |
| 11/17/2008 | PH | Telephone conference with FTC regarding joint motion | 0.10 | $215.00 | $21.50 |
| 11/18/2008 | ET | Meet with CE to discuss subpoena letter from Bank of America | 0.10 | $0.00 | $0.00 |
| 11/18/2008 | MS | Receive and review email from Judge Batten's deputy clerk regarding fee application | 0.10 | $85.00 | $8.50 |
| 11/20/2008 | CE | Telephone conference with Alicia Galfas regarding outstanding invoices for Flying Dog and taking possession of computers at Direct Connection office | 0.20 | $85.00 | $17.00 |
| 11/20/2008 | CE | Telephone conference with insurance agent regarding property insurance at Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 11/20/2008 | ET | Travel to put Ford Expedition into storage | 1.30 | $125.00 | $162.50 |
| 11/20/2008 | PH | Meet with CLE regarding climate controlled storage for Excursion | 0.10 | $215.00 | $21.50 |
| 11/20/2008 | PH | Move Excursion to climate controlled | 0.60 | $215.00 | $129.00 |

**EXHIBIT A**

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Bankruptcy Filing, email with CE, EH and Receiver about the filing; research bankruptcy law and relevance of filing to rent due and security deposit. | | | |
| 12/01/2008 | PH | Exchange emails with David Harris regarding personal property of defendants | 0.10 | $215.00 | $21.50 |
| 12/01/2008 | PH | Receive and review Notice of Bankruptcy for landlord of DCC premises | 0.10 | $215.00 | $21.50 |
| 12/02/2008 | CE | Receive and review email from Alicia Finch with attached invoices from Flying Dog | 0.20 | $85.00 | $17.00 |
| 12/02/2008 | CL | Scan and bates number documents from Chase Paymentech | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 12/02/2008 | ET | Receive and review multiple emails from CE, EH, and Receiver regarding payment of rent by DCC | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 12/04/2008 | CE | Verify current policyholder for insurance on Excursion | 0.20 | $85.00 | $17.00 |
| 12/04/2008 | CE | Email exchange with Receiver regarding insurance on Excursion and status of settlement negotiations | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 12/04/2008 | PH | Exchange emails with David Harris regarding taxes on Ebor plane | 0.10 | $215.00 | $21.50 |
| 12/04/2008 | PH | Telephone conference with FTC regarding Mantra default | 0.10 | $215.00 | $21.50 |
| 12/06/2008 | PH | Receive and review correspondence from AMEX regarding amount due | 0.10 | $215.00 | $21.50 |
| 12/08/2008 | PH | Receive and review granting in part Defendants' Motion for Relief from Preliminary Injunction | 0.10 | $215.00 | $21.50 |
| 12/09/2008 | CE | Prepare letter to Charles Medlin enclosing check for $60,000 pursuant to December 8 Court Order | 0.20 | $85.00 | $17.00 |
| 12/09/2008 | CE | Travel to James Barfield's office and post office to retrieve mail and refund requests | 0.80 | $85.00 | $68.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | for Direct Connection and other entities | | | |
| 12/09/2008 | CE | Contact Process America to attempt to change mailing address for Choice Programs LLC | 0.30 | $85.00 | $25.50 |
| 12/09/2008 | CE | Review and revise Receiver's Fourth Fee Application | 0.00 | $85.00 | No Charge |
| | | | 3.00 | | No Charge |
| 12/09/2008 | MS | Update Bank of North Georgia regarding new EIN for Direct Connection receivership accounts | 0.20 | $85.00 | $17.00 |
| 12/09/2008 | PH | Telephone conference with David Harris regarding order releasing funds from Ebor account | 0.10 | $215.00 | $21.50 |
| 12/10/2008 | CE | Send fax to Process America with Preliminary Injunction to change address of record for Choice Programs | 0.20 | $85.00 | $17.00 |
| 12/11/2008 | CE | Email exchange with MS regarding funds to pay monthly support payment for Elliott Borenstein | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 12/12/2008 | ET | Receive and review email from CE regarding Pitney Bowes claim | 0.00 | $125.00 | No Charge |
| | | | 0.10 | | No Charge |
| 12/12/2008 | MS | Exchange emails with Bank of North Georgia regarding transfer of $3,000 from Ebor Management to Direct Connection checking account | 0.20 | $85.00 | $17.00 |
| 12/12/2008 | MS | Exchange emails with Janet Bullock at SunTrust regarding remaining frozen accounts | 0.20 | $85.00 | $17.00 |
| | | | | Total Fees | $1,021.50 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 12/09/2008 | Active Delivery Service | 1.00 | $42.00 |
| | | Total Expenses | $42.00 |

| | |
|---|---:|
| Total New Charges | $1,063.50 |
| Previous Balance | $7,924.00 |
| Balance Due | $8,987.50 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Cherie Eason | 3.60 | $85.00 | $306.00 |
| Cherie Eason | 3.80 | $0.00 | $0.00 |
| Courtney Lazenby | 0.30 | $0.00 | $0.00 |
| Eric Teusink | 1.30 | $125.00 | $162.50 |
| Eric Teusink | 0.30 | $0.00 | $0.00 |
| Jamie Carroll | 0.80 | $85.00 | $68.00 |
| Melanie Smith | 0.90 | $85.00 | $76.50 |
| Melanie Smith | 0.20 | $0.00 | $0.00 |
| Pat Huddleston | 1.90 | $215.00 | $408.50 |