Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston  Date: 3/10/2009
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Regarding: FTC v. Direct Connection Consulting, Inc., et al.
Invoice No: 00006

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 11/17/2008 | EH | Receive and review email from Encore Marketing regarding customer cancellation; forward to CE for follow-up | 0.10 | $105.00 | $10.50 |
| 11/24/2008 | EH | Receive and review email from Receiver regarding account balances at merchant accounts | 0.00 | $105.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 11/24/2008 | EH | Draft and send emails to credit card processors to receive updated account information; telephone calls to American Express and National Merchant Center to update account totals; exchange emails with Receiver regarding updated totals | 1.80 | $105.00 | $189.00 |
| 11/24/2008 | MF | Collect cash balances in Direct Connection and all related receiver accounts | 0.50 | $145.00 | $72.50 |
| 11/25/2008 | EH | Receive and review email from MF with updated Digicom account balance; exchange emails with MF to confirm source of updated balance; update Asset Summary Sheet; exchange emails with CE to update asset valuations; draft and send email update | 0.00 | $105.00 | No Charge |

**EXHIBIT B**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to Receiver | 0.30 | | No Charge |
| 11/25/2008 | EH | Receive and review email and reports from Paul Hankins at Chase Paymentech regarding updated reserve account balance | 0.40 | $105.00 | $42.00 |
| 11/25/2008 | EH | Telephone conference with Anita Jen regarding updated account balances at National Merchant Center; receive and review email from Anita Jen with updated balance information; update Asset Summary Sheet and send email reply | 0.30 | $105.00 | $31.50 |
| 11/25/2008 | EH | Telephone conferences with Craig Rickard at Process America to update merchant account balances | 0.50 | $105.00 | $52.50 |
| 11/25/2008 | TF | Enter bank statement information into QuickBooks for Ebor and Direct Connection | 1.00 | $40.00 | $40.00 |
| 11/26/2008 | EH | Research liens on Florida townhouse and Joann Winter residence; telephone conferences with FTC to update asset and merchant account values | 1.50 | $105.00 | $157.50 |
| 11/28/2008 | EH | Receive and review email from Receiver regarding failed server at Roswell office; telephone Receiver to discuss action plan | 0.00 | $105.00 | No Charge |
| | | | 0.20 | | No Charge |
| 11/29/2008 | EH | Receive message from Receiver regarding failed server action plan; telephone conference with Peter Galfas to arrange meeting time; travel to office to pick up key and meet Peter Galfas for service restoration | 3.00 | $105.00 | $315.00 |
| 12/01/2008 | EH | Receive and review email from MS regarding Roswell Business Center bankruptcy filing notice; forward to CE and Receiver for decision on security deposit claim; receive and review responses from Receiver and JC regarding action plan | 0.00 | $105.00 | No Charge |
| | | | 0.30 | | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2008 | EH | Draft and send email request for assistance to Jeff Smith regarding procedures and safeguards for removal of server equipment from Roswell office; exchange additional emails to address concerns | 0.40 | $105.00 | $42.00 |
| 12/02/2008 | TF | Continue working on QuickBooks accounting data entry and reconciliation | 1.00 | $40.00 | $40.00 |
| 12/03/2008 | EH | Receive and review email from Anita Jen regarding National Merchant Center Reserve Account balance status | 0.10 | $105.00 | $10.50 |
| 12/04/2008 | TF | Begin working on 2008 QuickBooks data entry for DCC | 1.50 | $40.00 | $60.00 |
| 12/08/2008 | EH | Draft and send email follow-up to Jeff Smith at AMI regarding equipment identification; receive and review email reply | 0.30 | $105.00 | $31.50 |
| 12/08/2008 | MF | Prepare SS4 online | 0.50 | $145.00 | $72.50 |
| 12/08/2008 | TF | Begin working on 2008 QuickBooks data entry for DCC | 1.50 | $40.00 | $60.00 |
| 12/10/2008 | EH | Receive and review email from Anita Jen with reconciliation spreadsheets for National Merchant Center Reserve account balances; review spreadsheets and compare with previous records | 0.60 | $105.00 | $63.00 |
| 12/11/2008 | EH | Send email response to Jeff Smith regarding server equipment identification | 0.10 | $105.00 | $10.50 |
| 12/12/2008 | EH | Telephone call to Anita Jen at Robb Evans and Associates to discuss National Merchant Center Reserve Account balances | 0.10 | $105.00 | $10.50 |
| 12/12/2008 | EH | Telephone conference with Stanley Patrick at DeKalb County Tax Commission Office regarding aircraft personal property tax due | 0.30 | $105.00 | $31.50 |

Sub Total: $1,342.50

Total Fees $1,342.50

Total New Charges $1,342.50

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 9.50 | $105.00 | $997.50 |
| Eric Henningson | 0.90 | $0.00 | $0.00 |
| Michelle Fox | 1.00 | $145.00 | $145.00 |
| Tabatha Fox | 5.00 | $40.00 | $200.00 |