The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce                                            Date:   6/03/2009
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303


Regarding:  FTC v. Direct Connection Consulting


### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 12/15/2008 | CE | Update password for Customer Service voice mail system | 0.20 | $85.00 | $17.00 |
| 12/15/2008 | CE | Record new voice mail message for Customer Service and cancel post office box for refund requests | 0.50 | $85.00 | $42.50 |
| 12/16/2008 | MS | Receive and review voicemail from Judge Batten's law clerk regarding third fee application; update CE and Receiver regarding same | 0.00 | $85.00 | No Charge |
|  |  |  | 0.10 |  | No Charge |
| 12/16/2008 | PH | Receive and review email from FTC regarding proposed order | 0.10 | $215.00 | $21.50 |
| 12/17/2008 | CE | Telephone conference with  David Harris regarding Joann Winter's personal items in the office and the outstanding American Express bill | 0.30 | $85.00 | $25.50 |
| 12/17/2008 | CE | Meet with MF regarding items to be picked up by Joann Winter from Direct Connection office | 0.20 | $85.00 | $17.00 |
| 12/22/2008 | CE | Travel to Direct Connection offices to meet Defendant Borenstein to turn over personal items | 2.00 | $85.00 | $170.00 |

EXHIBIT A

| Date | | Description | | | |
|------|------|-------------|------|---------|---------|
| 1/07/2009 | CE | Prepare letter to Wayne Baxter, Project Manager, with key to office suite for Roswell Fire Department | 0.20 | $85.00 | $17.00 |
| 1/08/2009 | MS | Exchange emails with Paychex regarding W-2 forms for Direct Connection | 0.20 | $85.00 | $17.00 |
| 1/09/2009 | CE | Receive and review current billing statement from CBeyond, prepare and mail monthly support payment to Defendant Borenstein | 0.20 | $85.00 | $17.00 |
| 1/09/2009 | MS | Review updated information regarding W-2 forms | 0.10 | $85.00 | $8.50 |
| 1/09/2009 | MS | Update electronically filed pleadings | 0.00 1.00 | $85.00 | No Charge No Charge |
| 1/09/2009 | PH | Execute tax returns for Ebor | 0.10 | $215.00 | $21.50 |
| 1/12/2009 | CE | Process monthly payables | 0.50 | $85.00 | $42.50 |
| 1/12/2009 | CE | Email exchange with David Harris regarding chargebacks received from Process America | 0.20 | $85.00 | $17.00 |
| 1/12/2009 | CE | Telephone conferences with DeKalb County Tax Commissioner's office regarding taxes due on airplane owned by Ebor Management | 0.30 | $85.00 | $25.50 |
| 1/12/2009 | CE | Transmit Orders regarding receivership and Ebor Management to DeKalb County Tax Commissioner's office | 0.20 | $85.00 | $17.00 |
| 1/12/2009 | CL | Finalize and archive tax forms | 0.50 | $85.00 | $42.50 |
| 1/12/2009 | MS | Prepare and fax ACH payment form for W-2 forms | 0.20 | $85.00 | $17.00 |
| 1/14/2009 | CE. | Telephone conference with Coley Fuller regarding 2008 W-2 form | 0.20 | $85.00 | $17.00 |

Total Fees $553.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 12/19/2008 | Invoice from Allen Microsystems | 1.00 | $230.00 |

| | | | |
|---|---|---:|---:|
| 12/31/2008 | December PACER Charges | 1.00 | No Charge |
| 12/31/2008 | December Lexis/Smartlinx Charges | 1.00 | No Charge |
| 12/31/2008 | December Copies | 352.00 | No Charge |
| 12/31/2008 | December Scanned Copies | 415.00 | No Charge |
| 12/31/2008 | December Postage | 1.00 | No Charge |
| 1/10/2009 | Invoice from Allen Microsystems | 1.00 | $1,015.00 |
| | | Total Expenses | $1,245.00 |
| | Total New Charges | | $1,798.00 |

### *Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 5.00 | $85.00 | $425.00 |
| Courtney Lazenby | .50 | $85.00 | $42.50 |
| Melanie Smith | .50 | $85.00 | $42.50 |
| Melanie Smith | 1.10 | $0.00 | $0.00 |
| Pat Huddleston | .20 | $215.00 | $43.00 |