Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Date: 6/08/2009

Regarding: FTC v. Direct Connection Consulting, Inc., et al.

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 12/15/2008 | EH | Receive and review Pitney Bowes vendor claim | 0.10 | $105.00 | $10.50 |
| 12/15/2008 | TF | Update and organize QuickBooks and accounting documents | 0.50 | $40.00 | $20.00 |
| 12/16/2008 | TF | Organize bank statements for data entry | 1.50 | $40.00 | $60.00 |
| 12/17/2008 | TF | Continue QuickBooks data entry and verification | 5.00 | $40.00 | $200.00 |
| 12/18/2008 | EH | Receive and review office landlord bankruptcy proceedings; coordinate meeting for removal of Joann Winter's personal items | 0.20 | $105.00 | $21.00 |
| 12/18/2008 | EH | Telephone conferences with Jeff Smith and Peter Galfas to arrange appointment time for identification of personal equipment and review server data | 0.30 | $105.00 | $31.50 |
| 12/18/2008 | TF | Continue QuickBooks data entry | 4.00 | $40.00 | $160.00 |
| 12/19/2008 | EH | Meet with Jeff Smith and Peter Galfas to review contents of server equipment | 2.00 | $105.00 | $210.00 |

**EXHIBIT B**

Investor's Watchdog
Page No.: 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and personal property claims | | | |
| 12/19/2008 | EH | Debrief with Jeff Smith about Galfas equipment claims; meet with Joann Winter regarding removal of personal items | 1.00 | $105.00 | $105.00 |
| 12/19/2008 | EH | Purchase and install lockbox for DC Roswell office | 0.90 | $105.00 | $94.50 |
| 12/19/2008 | MF | Meet with Joann Winter to monitor removal of personal items from premises | 3.00 | $85.00 | $255.00 |
| 12/19/2008 | MF | Retrieve current year bank statements | 0.50 | $145.00 | $72.50 |
| 12/22/2008 | EH | Receive and review email from CE regarding change of DC Customer Service voicemail | 0.10 | $105.00 | $10.50 |
| 12/22/2008 | TF | Begin working on QuickBooks reconciliations for 2008 for Direct Connection and Choice Advantage | 4.00 | $40.00 | $160.00 |
| 12/23/2008 | TF | Continue working on 2008 QuickBooks reconciliation for Direct Connection and Choice Advantage | 1.00 | $40.00 | $40.00 |
| 12/24/2008 | TF | Continue working on QuickBooks reconciliations for 2008 for Direct Connection and Choice Advantage | 1.00 | $40.00 | $40.00 |
| 12/29/2008 | EH | Review ARC settlement status | 0.20 | $105.00 | $21.00 |
| 12/29/2008 | MF | Update and file tax identification numbers from IRS | 0.20 | $145.00 | $29.00 |
| 1/05/2009 | EH | Make copy of office key for Roswell Fire Department use; confirm plans for delivery of key copy | 1.70 | $105.00 | $178.50 |
| 1/06/2009 | EH | Telephone conference with Jeff Smith to discuss hardware and process needed to replace voice recording disk array at DC Roswell office; exchange emails with Jeff Smith regarding plan to copy and replace voice recordings disk array | 0.50 | $105.00 | $52.50 |
| 1/06/2009 | EH | Review additional documents regarding Roswell Business Center bankruptcy | 0.20 | $105.00 | $21.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | hearing | | | |
| 1/07/2009 | EH | Exchange emails with Jeff Smith regarding DC Roswell office voice recordings storage replacement plans | 0.90 | $105.00 | $94.50 |
| 1/08/2009 | EH | Telephone conference with Jeff Smith to discuss action list for Friday appointment; receive and review confirmation email from Jeff Smith | 0.20 | $105.00 | $21.00 |
| 1/09/2009 | EH | Meet with Jeff Smith at DC Roswell office to copy voice recording files; check accessibility of workstations for remote login and install software for remote access | 1.60 | $105.00 | $168.00 |
| 1/09/2009 | EH | Receive and review email from Jeff Smith regarding storage disks for DC Roswell office | 0.10 | $105.00 | $10.50 |
| 1/12/2009 | EH | Exchange emails with Jeff Smith regarding DC Roswell office disk copy progress | 0.20 | $105.00 | $21.00 |
| 1/13/2009 | EH | Review National Merchant Center reserve account balance information, including telephone call to Anita Jen | 0.80 | $105.00 | $84.00 |
| 1/13/2009 | EH | Draft and send follow-up email request to Craig Rickard at Process America regarding reserve account balances | 0.10 | $105.00 | $10.50 |
| 1/13/2009 | EH | Identify various assets and vendors and set out strategy to monitor status of progress on resolving related issues | 0.00 | $105.00 | No Charge |
| | | | 0.70 | | No Charge |
| 1/14/2009 | EH | Exchange emails with Anita Jen regarding National Merchant Center reserve account balances | 0.20 | $105.00 | $21.00 |

Sub Total: $2,223.00

Total Fees $2,223.00

Total New Charges $2,223.00

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 11.30 | $105.00 | $1,186.50 |
| Eric Henningson | .70 | $0.00 | $0.00 |
| Michelle Fox | 3.00 | $85.00 | $255.00 |
| Michelle Fox | .70 | $145.00 | $101.50 |
| Tabatha Fox | 17.00 | $40.00 | $680.00 |