Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 6/08/2009

Regarding: FTC v. Direct Connection Consulting

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 1/16/2009 | CE | Telephone call to DeKalb County Tax Commissioners office regarding tax lien on airplane | 0.20 | $85.00 | $17.00 |
| 1/20/2009 | CE | Telephone call to Tim Walters regarding lien on airplane | 0.20 | $85.00 | $17.00 |
| 1/20/2009 | CE | Telephone call to DeKalb County Tax Commissioners regarding lien on airplane | 0.20 | $85.00 | $17.00 |
| 1/20/2009 | PH | Review remaining tasks and assign priority action items | 0.80 | $215.00 | $172.00 |
| 1/20/2009 | PH | Inquire into merchant account balances | 0.10 | $215.00 | $21.50 |
| 1/20/2009 | PH | Direct recovery of merchant account balances | 0.20 | $215.00 | $43.00 |
| 1/23/2009 | CE | Prepare monthly premium payment to Allstate Insurance | 0.10 | $85.00 | $8.50 |
| 1/26/2009 | CE | Email exchange with Jermaine Walker regarding leases for hangars at Peachtree DeKalb airport | 0.20 | $85.00 | $17.00 |
| 1/27/2009 | CE | Telephone conference with Sam Levy regarding unpaid invoice sent to Direct Connection | 0.20 | $85.00 | $17.00 |

**EXHIBIT A**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 1/27/2009 | MS | Sort and mail W-2's to Direct Connection employees | 0.30 | $85.00 | $25.50 |
| 1/27/2009 | MS | E-file Receiver's Fourth Fee Application | 0.00<br>0.20 | $85.00 | No Charge<br>No Charge |
| 1/28/2009 | CE | Telephone conference with Rashaan Mitchell, former Direct Connection employee, regarding 2008 W-2 form | 0.20 | $85.00 | $17.00 |
| 2/03/2009 | CE | Email exchange with Jermaine Walker regarding status of lease payments at Peachtree DeKalb Airport | 0.20 | $85.00 | $17.00 |
| 2/03/2009 | CE | Prepare letter to DeKalb County Tax Commissioner requesting address change to Huddleston Law Firm | 0.20 | $85.00 | $17.00 |
| 2/03/2009 | MS | Return call to employee regarding missing W-2 | 0.20 | $85.00 | $17.00 |
| 2/03/2009 | MS | Telephone conference with employee regarding W-2 | 0.20 | $85.00 | $17.00 |
| 2/03/2009 | MS | Research current addresses for returned W-2's | 0.60 | $85.00 | $51.00 |
| 2/06/2009 | CE | Receive and review statements and outstanding invoices for Direct Connection Consulting | 0.20 | $85.00 | $17.00 |
| 2/09/2009 | CE | Telephone conference with Lisa Peace at Contract Callers regarding amount owed to Scana | 0.20 | $85.00 | $17.00 |
| 2/09/2009 | CE | Transmit Order issued by Judge regarding receivership to Contract Callers | 0.20 | $85.00 | $17.00 |
| 2/09/2009 | CE | Telephone conference with Automatic Protection Service regarding status of account | 0.20 | $85.00 | $17.00 |
| 2/09/2009 | MS | Telephone conference with employee regarding W-2 | 0.10 | $85.00 | $8.50 |
| 2/09/2009 | MS | Send letter to Direct Connection employee regarding address verification | 0.10 | $85.00 | $8.50 |
| 2/09/2009 | MS | Conduct research to locate current addresses for returned W-2's | 0.40 | $85.00 | $34.00 |

**EXHIBIT A**

| 2/10/2009 | MS | Telephone conference with employee regarding W-2 | 0.10 | $85.00 | $8.50 |
| 2/10/2009 | MS | Conduct research to locate current addresses for returned W-2's | 0.40 | $85.00 | $34.00 |
| 2/10/2009 | MS | Send letter to Direct Connection employee requesting address verification | 0.20 | $85.00 | $17.00 |
| 2/12/2009 | MS | Organize returned W-2's; forward to new addresses | 0.20 | $85.00 | $17.00 |

|  |  | Total Fees | $687.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
| --- | --- | --- | --- |
| 1/31/2009 | January Postage | 1.00 | No Charge |
| 1/31/2009 | January Photocopies | 26.00 | No Charge |
| 1/31/2009 | January Scanned Copies | 210.00 | No Charge |

|  | Total Expenses | $0.00 |

| Total New Charges | $687.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Cherie Eason | 2.50 | $85.00 | $212.50 |
| Melanie Smith | 2.80 | $85.00 | $238.00 |
| Melanie Smith | .20 | $0.00 | $0.00 |
| Pat Huddleston | 1.10 | $215.00 | $236.50 |

**EXHIBIT A**