Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Date: 6/08/2009

Regarding: FTC v. Direct Connection Consulting, Inc., et al.

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 1/15/2009 | EH | Exchange telephone calls with Anita Jen regarding National Merchant Center reserve account balances | 0.10 | $105.00 | $10.50 |
| 1/16/2009 | EH | Telephone conference with Anita Jen regarding National Merchant Center reserve account balance; exchange follow-up emails | 0.80 | $105.00 | $84.00 |
| 1/16/2009 | EH | Receive and review follow-up email from Anita Jen regarding National Merchant Center reserve balances | 0.10 | $105.00 | $10.50 |
| 1/19/2009 | EH | Exchange emails with Anita Jen and Jeff Smith regarding email communication problems | 0.50 | $105.00 | $52.50 |
| 1/20/2009 | EH | Follow up on merchant processor reserve balances, including email exchanges with Jeff Smith regarding continued email problems with Anita Jen | 0.60 | $105.00 | $63.00 |
| 1/21/2009 | EH | Exchange emails with Jeff Smith regarding undeliverable messages to Anita Jen at receiver for National Merchant Center | 0.40 | $105.00 | $42.00 |

**EXHIBIT B**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/22/2009 | EH | Exchange emails with Jeff Smith and Anita Jen to confirm email communication access | 0.10 | $105.00 | $10.50 |
| 1/23/2009 | EH | Review National Merchant Center reserve balance information, including review of past correspondence and documents produced, and email exchange with Anita Jen | 2.20 | $105.00 | $231.00 |
| 1/23/2009 | EH | Draft and send follow-up email to Paul Hankins at Chase Paymentech regarding reserve balances | 0.10 | $105.00 | $10.50 |
| 1/23/2009 | EH | Follow up with Craig Rickard at Process America regarding reserve balances, including email and telephone conference to schedule appointment | 0.30 | $105.00 | $31.50 |
| 1/26/2009 | TF | Update Fourth Quarter 2008 QuickBooks file | 0.50 | $65.00 | $32.50 |
| 1/26/2009 | TF | Prepare W-2's for mailing | 0.50 | $65.00 | $32.50 |
| 1/27/2009 | EH | Prepare for conference call with Craig Rickard at Process America regarding reserve balances; telephone conference with Craig Rickard; draft and send email request for release of reserve balances to Process America and company counsel | 1.30 | $105.00 | $136.50 |
| 1/27/2009 | EH | Research status of American Express reserve balances; draft and send follow-up fax | 0.60 | $105.00 | $63.00 |
| 1/27/2009 | TF | Update QuickBooks file for Choice Programs | 2.00 | $65.00 | $130.00 |
| 1/28/2009 | EH | Receive and review voicemail from Alyssa Klaussner regarding Process America reserve balances | 0.10 | $105.00 | $10.50 |
| 1/28/2009 | TF | Continue updating QuickBooks file for Choice Programs | 2.00 | $65.00 | $130.00 |
| 1/28/2009 | TF | Continue work on QuickBooks for Choice Advantage | 1.50 | $65.00 | $97.50 |
| 1/29/2009 | EH | Telephone call to Alyssa Klaussner to | 0.10 | $105.00 | $10.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | follow up on Process America reserve balances | | | |
| 1/29/2009 | TF | Continue work on QuickBooks second quarter 2008 for Choice Advantage | 2.00 | $65.00 | $130.00 |
| 2/02/2009 | EH | Telephone call to Alyssa Klaussner regarding Process America reserve account balances | 0.10 | $105.00 | $10.50 |
| 2/02/2009 | EH | Telephone call to Paul Hankins at Chase Paymentech to discuss disbursement of reserve balance | 0.10 | $105.00 | $10.50 |
| 2/03/2009 | EH | Telephone conference with Alyssa Klaussner regarding Process America reserve balances | 0.30 | $105.00 | $31.50 |
| 2/03/2009 | TF | Continue work on first and second quarter 2008 for Direct Connection and Choice Programs Quickbooks data | 3.50 | $65.00 | $227.50 |
| 2/03/2009 | TF | Continue work on first and second quarter Choice Advantage Quickbooks data | 1.00 | $65.00 | $65.00 |
| 2/04/2009 | EH | Telephone call to Paul Hankins at Chase Paymentech | 0.10 | $105.00 | $10.50 |
| 2/05/2009 | EH | Exchange emails with Paul Hankins regarding Chase Paymentech reserve balances | 0.30 | $105.00 | $31.50 |
| 2/05/2009 | EH | Draft and send follow-up email to Craig Rickard at Process America regarding reserve balances | 0.10 | $105.00 | $10.50 |
| 2/05/2009 | EH | Exchange emails with Anita Jen regarding National Merchant Center reserve balances; review documents produced; telephone conference with Anita Jen and Jimmy Lai at National Merchant Center; exchange emails with Jimmy Lai to understand reserve balance offsets and reconcile balance differences | 2.80 | $105.00 | $294.00 |
| 2/05/2009 | EH | Confirm demand for reserve balance from Chase Paymentech, including email exchange and telephone conference with Paul Hankins and | 0.60 | $105.00 | $63.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | confirmation of bank account wire instructions | | | |
| 2/06/2009 | EH | Receive and review email from Jimmy Lai at National Merchant Center regarding reserve balance feedback | 0.20 | $105.00 | $21.00 |
| 2/06/2009 | MF | Begin working on QuickBooks file for 2008 tax return | 2.00 | $145.00 | $290.00 |
| 2/09/2009 | EH | Draft and send email reply to Jimmy Lai at National Merchant Center regarding reserve balances | 0.10 | $105.00 | $10.50 |
| 2/09/2009 | MF | Continue clean up work on QuickBooks file for Direct Connection | 4.00 | $145.00 | $580.00 |
| 2/10/2009 | EH | Receive and review bankruptcy notice regarding Roswell Business Center | 0.10 | $105.00 | $10.50 |

| | |
|---|---|
| Sub Total: | $2,985.50 |
| Total Fees | $2,985.50 |
| Total New Charges | $2,985.50 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 12.10 | $105.00 | $1,270.50 |
| Michelle Fox | 6.00 | $145.00 | $870.00 |
| Tabatha Fox | 13.00 | $65.00 | $845.00 |