The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 5/26/2009

Regarding: FTC v. Direct Connection Consulting

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/16/2009 | MS | Conduct research to locate new address for employee and re-send W-2 forms | 0.20 | $85.00 | $17.00 |
| 2/17/2009 | MS | Verify wire transfer into operating account | 0.20 | $85.00 | $17.00 |
| 2/18/2009 | MS | Receive and review email from Receiver regarding fourth fee application; check court docket and reply | 0.00 | $85.00 | No Charge |
| | | | 0.20 | | No Charge |
| 2/18/2009 | MS | Telephone conference with EH regarding power at Direct Connection offices; travel to Direct Connection office to trip circuit breakers; return to office | 2.00 | $85.00 | $170.00 |
| 2/19/2009 | MS | Receive and review email from Receiver regarding approval of fourth fee application and payment to Counsel Jason Nohr | 0.00 | $85.00 | No Charge |
| | | | 0.30 | | No Charge |
| 2/19/2009 | PH | Receive and review email from David Harris | 0.10 | $215.00 | $21.50 |
| 2/19/2009 | PH | Receive and review proposed order extending case | 0.20 | $215.00 | $43.00 |
| 2/23/2009 | CE | Review account balances on line to verify which checks have cleared and to transfer funds to cover support payment and payables | 0.20 | $85.00 | $17.00 |

EXHIBIT A

| Date | Description | Amount | |
|---|---|---|---|
| 2/28/2009 | February Postage | 1.00 | No Charge |
| 2/28/2009 | February Photocopies | 151.00 | No Charge |
| 2/28/2009 | February Scanned Copies | 152.00 | No Charge |

Total Expenses $0.00

Total New Charges $525.00

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 1.00 | $85.00 | $85.00 |
| Cherie Eason | 3.00 | $0.00 | $0.00 |
| Melanie Smith | 2.90 | $85.00 | $246.50 |
| Melanie Smith | .50 | $0.00 | $0.00 |
| Pat Huddleston | .90 | $215.00 | $193.50 |