Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston  
The Huddleston Law Firm  
707 Whitlock Avenue  
Suite B-21  
Marietta, GA

Date: 6/08/2009

Regarding: FTC v. Direct Connection Consulting, Inc., et al.

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/17/2009 | EH | Telephone conferences with Alicia and Peter Galfas regarding power outage at DC Roswell office | 0.20 | $105.00 | $21.00 |
| 2/17/2009 | EH | Draft and send follow-up email to Craig Rickard and Alyssa Klausner regarding reserve balances at Process America | 0.10 | $105.00 | $10.50 |
| 2/17/2009 | EH | Follow up on Chase Paymentech reserve balance disbursement, including email exchange with Paul Hankins to verify receipt of funds and email notification to Receiver of funds transfer | 0.60 | $105.00 | $63.00 |
| 2/18/2009 | EH | Resolve power outage at Roswell office and restore function of Peter Galfas equipment, including meeting Peter Galfas and discussing status of action plan; telephone conferences with Peter Galfas to update appointment status; verify restoration of power | 2.60 | $105.00 | $273.00 |
| 2/18/2009 | EH | Follow up with Alyssa Klausner regarding Process America reserve balances, including email exchange and telephone conferences | 0.30 | $105.00 | $31.50 |

**EXHIBIT B**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/18/2009 | EH | Review National Merchant Center reserve balance status, including calculation of proposed settlement and email exchange with Jimmy Lai and Anita Jen | 1.60 | $105.00 | $168.00 |
| 2/18/2009 | TF | Continue QuickBooks update for Direct Connection data | 2.00 | $65.00 | $130.00 |
| 2/19/2009 | EH | Verify restoration of power at Direct Connection office | 0.10 | $105.00 | $10.50 |
| 2/20/2009 | MF | Continue work on 2008 QuickBooks clean up and identify unknown transactions | 2.00 | $145.00 | $290.00 |
| 2/26/2009 | EH | Draft and send follow-up email to Alyssa Klausner regarding Process America reserve balances; telephone call to Alyssa Klausner regarding reserve balances | 0.20 | $105.00 | $21.00 |
| 2/27/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center reserve balances; telephone conference with Hal Goldflam to discuss resolution of balance freeze | 0.50 | $105.00 | $52.50 |
| 3/03/2009 | EH | Telephone call to Alyssa Klausner regarding Process America reserve balances | 0.10 | $105.00 | $10.50 |
| 3/03/2009 | EH | Exchange emails with Hal Goldflam regarding reserve balances at National Merchant Center | 0.30 | $105.00 | $31.50 |
| 3/04/2009 | EH | Receive and review voicemail from Alyssa Klausner regarding Process America reserve balances; edit proposed release agreement; draft and send email response with copy of release template | 0.40 | $105.00 | $42.00 |
| 3/05/2009 | EH | Receive and review voicemail message from Hal Goldflam regarding National Merchant Center reserve balances; draft and send email confirmation reply | 0.20 | $105.00 | $21.00 |
| 3/05/2009 | EH | Exchange emails with Alyssa Klausner regarding Process America reserve balances | 0.80 | $105.00 | $84.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/05/2009 | EH | Analyze and prepare outline of progress for settlement talks | 0.20 | $105.00 | $21.00 |
| 3/06/2009 | EH | Exchange emails with Alyssa Klausner regarding Process America reserve balances, including telephone conference and discussion about additional documentation needed | 1.60 | $105.00 | $168.00 |
| 3/06/2009 | EH | Review National Merchant Center reserve balance information, including telephone conference with Hal Goldflam | 0.50 | $105.00 | $52.50 |
| 3/06/2009 | EH | Follow-up with Hal Goldflam regarding National Merchant Center reserve balance, including telephone conference | 0.10 | $105.00 | $10.50 |
| 3/09/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center reserve balances, including telephone conference | 0.30 | $105.00 | $31.50 |
| 3/12/2009 | EH | Review recent court filings to verify status of settlement with Joann Winter and Elliott Borenstein | 0.40 | $105.00 | $42.00 |

| | | |
|---|---|---|
| Sub Total: | | $1,585.50 |
| | Total Fees | $1,585.50 |
| Total New Charges | | $1,585.50 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 11.10 | $105.00 | $1,165.50 |
| Michelle Fox | 2.00 | $145.00 | $290.00 |
| Tabatha Fox | 2.00 | $65.00 | $130.00 |