The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Date: 7/15/2009

Regarding: FTC v. Direct Connection Consulting
Invoice No: 7

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/18/2009 | CE | Telephone conference with FTC regarding declaration for summary judgment motion | 0.20 | $85.00 | $17.00 |
| 3/18/2009 | CE | Verify status of Warren Hudson declaration and forward to FTC | 0.20 | $85.00 | $17.00 |
| 3/18/2009 | CE | Draft Receiver's declaration in relation to interim report | 0.20 | $85.00 | $17.00 |
| 3/18/2009 | PH | Receive and review email from Attorney David Harris | 0.10 | $215.00 | $21.50 |
| 3/19/2009 | CE | Transmit declaration of Receiver to FTC | 0.20 | $85.00 | $17.00 |
| 3/19/2009 | CE | Review collection notices forwarded by David Harris to determine validity of amounts and what is barred under Order | 0.30 | $85.00 | $25.50 |
| 3/19/2009 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 3/19/2009 | PH | Email to Attorney David Harris regarding American Express accounts | 0.20 | $215.00 | $43.00 |
| 3/19/2009 | PH | Receive and review proposed release regarding transfer of merchant account | 0.20 | $215.00 | $43.00 |
| 3/20/2009 | CE | Telephone conference with City of Roswell regarding past due statement received for office on Alpharetta Highway | 0.20 | $85.00 | $17.00 |

**EXHIBIT A**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2009 | CE | Telephone conference with Kevin Kramer regarding collection notice received as a result of non-payment of lease with U.S. BanCorp | 0.20 | $85.00 | $17.00 |
| 3/20/2009 | CE | Forward Order and past due statement to City of Roswell to determine which tax is outstanding | 0.20 | $85.00 | $17.00 |
| 3/20/2009 | CE | Telephone conference with City of Roswell regarding bill due on business property tax | 0.20 | $85.00 | $17.00 |
| 3/20/2009 | CE | Telephone conference with C-Lec Solutions regarding value of telephone equipment onsite at Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 3/20/2009 | CE | Review outstanding payables for Digicom and Direct Connection Consulting to determine if any obligations need to be met | 0.50 | $85.00 | $42.50 |
| 3/20/2009 | PH | Assess current Digicom payables | 0.20 | $215.00 | $43.00 |
| 3/24/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/25/2009 | JJ | Discuss research assignment with Receiver | 0.10 | $145.00 | $14.50 |
| 3/25/2009 | JJ | Research potential relief claims against joint owner | 9.60 | $145.00 | $1,392.00 |
| 3/25/2009 | PH | Review judgments, both litigated and settled, forwarded by FTC | 0.50 | $215.00 | $107.50 |
| 3/25/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/25/2009 | PH | Exchange emails with Attorney David Harris regarding transfer of assets | 0.20 | $215.00 | $43.00 |
| 3/25/2009 | PH | Email to FTC regarding Collins Global | 0.10 | $215.00 | $21.50 |
| 3/25/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/26/2009 | CE | Email exchange with David Harris forwarding bank information for wire transfer to Ebor Management | 0.20 | $85.00 | $17.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/26/2009 | CE | Process payments for City of Marietta, Cobb County and City of Roswell for Digicom and Direct Connection Consulting | 0.20 | $85.00 | $17.00 |
| 3/26/2009 | CE | Telephone conference with CLec Solutions regarding resale value of phone equipment onsite at Direct Connection Consulting | 0.20 | $85.00 | $17.00 |
| 3/26/2009 | CE | Download recent court filings for pleadings file | 0.00 | $85.00 | No Charge |
| | | | 0.50 | | No Charge |
| 3/26/2009 | JJ | Research potential relief claims against joint owner | 1.00 | $145.00 | $145.00 |
| 3/27/2009 | CE | Telephone conference with David Harris regarding title to the airplane and personal items belonging to Elliott Borenstein | 0.30 | $85.00 | $25.50 |
| 3/27/2009 | CE | Telephone conference with Blue Ridge Helicopter regarding Piper airplane being stored that belongs to Elliott Borenstein | 0.20 | $85.00 | $17.00 |
| 3/27/2009 | CE | Review onsite August 2008 inventory to determine what belongs to Elliott Borenstein and not Direct Connection Consulting | 0.20 | $85.00 | $17.00 |
| 3/27/2009 | CE | Telephone call to David Harris regarding scheduling a time to meet Elliott Borenstein at Direct Connection office and wire transfer information | 0.20 | $85.00 | $17.00 |
| 3/30/2009 | PH | Telephone conference with Attorney Halsey Knapp | 0.20 | $215.00 | $43.00 |
| 3/30/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 4/01/2009 | CE | Transmit aircraft bill of sale to Blue Ridge Helicopters evidencing transfer of ownership of Piper airplane | 0.20 | $85.00 | $17.00 |
| 4/01/2009 | CE | Telephone conference with Ron Carroll at Blue Ridge Helicopter regarding status of Piper airplane | 0.20 | $85.00 | $17.00 |
| 4/01/2009 | CE | Telephone conference with David Harris regarding Receivership and Company tax | 0.20 | $85.00 | $17.00 |

returns for 2008

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/01/2009 | JJ | Research and draft Lis Pendens for Joann Winter Florida property | 1.50 | $145.00 | $217.50 |
| 4/02/2009 | CE | Telephone conference with Ron Carroll regarding value of Piper airplane | 0.20 | $85.00 | $17.00 |
| 4/02/2009 | JJ | Research and draft Lis Pendens notices regarding Joann Winter | 0.00 | $145.00 | No Charge |
| | | | 3.90 | | No Charge |
| 4/06/2009 | CE | Telephone conference with Ron Carroll regarding inspection and valuation of Piper airplane and location of airframe and engine logbooks | 0.20 | $85.00 | $17.00 |
| 4/06/2009 | CE | Receive and review email from David Harris regarding liquidating assets in Direct Connection office and valuation of planes | 0.20 | $85.00 | $17.00 |
| 4/06/2009 | JJ | Continue work on Lis Pendens for Joann Winter's property | 0.10 | $145.00 | $14.50 |
| 4/06/2009 | PH | Receive and review email from David Harris | 0.10 | $215.00 | $21.50 |
| 4/07/2009 | CE | Email exchange with David Harris regarding Baron airplane and office furnishings as they relate to Elliott Borenstein's office equipment | 0.20 | $85.00 | $17.00 |
| 4/07/2009 | CE | Telephone conference with Frank Chesanis regarding repairs to Piper airplane, air worthiness and valuation of airplane | 0.30 | $85.00 | $25.50 |
| 4/07/2009 | PH | Receive and review email from David Harris | 0.10 | $215.00 | $21.50 |
| 4/08/2009 | CE | Review and revise Lis Pendens for Joann Winter property located in Walton County Florida and Fulton County Georgia | 0.50 | $85.00 | $42.50 |
| 4/08/2009 | CE | Process monthly office expenses for payment | 0.30 | $85.00 | $25.50 |
| 4/13/2009 | CE | Research and finalize lis pendens for filing in Fulton County and Walton County | 0.70 | $85.00 | $59.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 4/13/2009 | CE | Telephone conference with David Harris regarding tax returns and surrender of personal property to Elliot Borenstein and Joann Winter | 0.20 | $85.00 | $17.00 |
| 4/13/2009 | PH | Receive and review email from FTC | 0.10 | $215.00 | $21.50 |
| 4/13/2009 | PH | Receive and review email from Attorney David Harris | 0.10 | $215.00 | $21.50 |
| 4/14/2009 | CE | Email exchange with David Harris regarding meeting to surrender personal items of Elliott Borenstein and Joann Winter | 0.20 | $85.00 | $17.00 |
| 4/14/2009 | CE | Evaluate information regarding value of airplanes and logistics of auction at Direct Connection office | 0.30 | $85.00 | $25.50 |
| 4/14/2009 | JJ | Review Lis Pendens notices for Joann Winter | 0.20 | $145.00 | $29.00 |
| 4/14/2009 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| | | | | Total Fees | $3,202.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 3/31/2009 | Travel to Direct Connection | 1.00 | No Charge |
| 3/31/2009 | Invoice for Key Copy for Fire Department | 1.00 | No Charge |
| 3/31/2009 | Invoice for Key Copy for Fire Department | 1.00 | No Charge |
| 3/31/2009 | March Lexis/ Smartlinx Charges | 1.00 | No Charge |
| 3/31/2009 | March Postage | 1.00 | No Charge |
| 3/31/2009 | March Photocopies | 70.00 | No Charge |
| 3/31/2009 | March Scanned Copies | 227.00 | No Charge |
| 3/31/2009 | March Facsimile | 16.00 | No Charge |
| | | Total Expenses | $0.00 |

| | |
|---|---:|
| Total New Charges | $3,202.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Cherie Eason | 8.00 | $85.00 | $680.00 |
| Cherie Eason | .50 | $0.00 | $0.00 |
| Jennifer Jones | 12.50 | $145.00 | $1,812.50 |
| Jennifer Jones | 3.90 | $0.00 | $0.00 |
| Pat Huddleston | 3.30 | $215.00 | $709.50 |