Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston
The Huddleston Law Firm
707 Whitlock Avenue
Suite B-21
Marietta, GA

Date: 6/08/2009

Regarding: FTC v. Direct Connection Consulting, Inc., et al.

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/16/2009 | EH | Draft and send email follow-up to Alyssa Klaussner and Craig Rickard regarding Process America reserve balances | 0.10 | $105.00 | $10.50 |
| 3/16/2009 | EH | Receive and review voicemail from Camilia Dickson regarding Warren Hudson and Savers Choice | 0.10 | $105.00 | $10.50 |
| 3/16/2009 | MF | Prepare and file corporate tax extensions | 0.50 | $145.00 | $72.50 |
| 3/16/2009 | TF | File 2008 extension with IRS | 0.20 | $65.00 | $13.00 |
| 3/17/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center reserve balances | 0.20 | $105.00 | $21.00 |
| 3/17/2009 | TF | Continue work on QuickBooks for third and fourth quarter 2008 and first quarter 2009 for Direct Connection | 1.50 | $65.00 | $97.50 |
| 3/18/2009 | EH | Exchange emails with Alyssa Klaussner regarding Process America reserve balances | 0.40 | $105.00 | $42.00 |
| 3/18/2009 | MF | Prepare 2008 Direct Connection federal | 6.00 | $145.00 | $870.00 |

**EXHIBIT B**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | tax return, Form 1120SF | | | |
| 3/18/2009 | TF | Continue work on first quarter 2009 in QuickBooks | 0.50 | $65.00 | $32.50 |
| 3/19/2009 | EH | Analyze vendor claims and research account records | 0.70 | $105.00 | $73.50 |
| 3/19/2009 | EH | Edit Release Agreement for proposal to National Merchant Center regarding reserve balance release; email agreement to Hal Goldflam for review | 2.70 | $105.00 | $283.50 |
| 3/19/2009 | EH | Review and edit Release Agreement for Process America | 0.40 | $105.00 | $42.00 |
| 3/23/2009 | EH | Review proposed Process America reserve balance Release Agreement | 0.10 | $105.00 | $10.50 |
| 3/24/2009 | EH | Receive and review Hal Goldflam email response regarding National Merchant Center reserve balance Release Agreement | 0.10 | $105.00 | $10.50 |
| 3/24/2009 | MF | Prepare Georgia 2008 Form 600 for Direct Connection | 1.00 | $145.00 | $145.00 |
| 3/25/2009 | EH | Review file documents regarding Sure Touch names | 0.10 | $105.00 | $10.50 |
| 3/25/2009 | EH | Review details of Final Order | 0.20 | $105.00 | $21.00 |
| 3/25/2009 | MF | Search for payments made to Med Values Plus, Physicians Health, Sure Customer Care, Suretouch LD, Jennifer Nations, and C. Richard Collins | 1.00 | $145.00 | $145.00 |
| 3/25/2009 | TF | Prepare 2008 form 1120SF for mailing to IRS | 0.20 | $65.00 | $13.00 |
| 3/26/2009 | EH | Review Final Order and outline action steps | 1.00 | $105.00 | $105.00 |
| 3/27/2009 | EH | Analyze and research strength of appraisals of Joann Winter's automobiles and condominium | 1.00 | $105.00 | $105.00 |
| 3/27/2009 | EH | Determine Joann Winter's and Elliott Borenstein's access to Roswell office; telephone conferences with David Harris | 1.00 | $105.00 | $105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to confirm appointment time | | | |
| 3/28/2009 | EH | Retrieve aircraft ownership documents from office safe to assist in valuation of Piper airplane | 1.30 | $105.00 | $136.50 |
| 3/30/2009 | EH | Research Smartlinx report for Elliott Borenstein | 0.90 | $105.00 | $94.50 |
| 3/30/2009 | EH | Review FTC requests for airplane tail numbers and Sure Services income information, including research of tail number data and corporate data | 1.20 | $105.00 | $126.00 |
| 3/30/2009 | EH | Prepare bill of sale for transfer of Piper aircraft, including research on FAA website for aircraft ownership and transfer documentation requirements, and email exchanges with David Harris to confirm documentation and transfer process | 1.10 | $105.00 | $115.50 |
| 3/30/2009 | MF | Research payments received from SureServices and paid out of Direct Connection | 2.50 | $145.00 | $362.50 |
| 3/31/2009 | MF | Begin work on adjustments to QuickBooks file for 2008 Ebor Management 1120S tax return | 1.50 | $145.00 | $217.50 |
| 4/01/2009 | EH | Review defense request for financial documentation for tax return preparation | 0.30 | $105.00 | $31.50 |
| 4/01/2009 | EH | Determine strength of information relating to Piper valuation | 0.10 | $105.00 | $10.50 |
| 4/01/2009 | EH | Review information regarding Excursion title and phone equipment disposition | 0.10 | $105.00 | $10.50 |
| 4/02/2009 | EH | Review documentation on Piper as it relates to value of airplane | 0.20 | $105.00 | $21.00 |
| 4/03/2009 | EH | Exchange emails with Alyssa Klaussner regarding Process America reserve balances | 0.20 | $105.00 | $21.00 |
| 4/06/2009 | EH | Edit proposed Process America Release; review retention account information; draft email to Alyssa Klaussner | 1.10 | $105.00 | $115.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/07/2009 | EH | Draft and send fax to Alyssa Klaussner regarding Process America retention balance | 0.30 | $105.00 | $31.50 |
| 4/07/2009 | EH | Review Joann Winter settlement appraisals, including online research and telephone conferences with local valuation sources | 2.50 | $105.00 | $262.50 |
| 4/07/2009 | TF | Continue work on QuickBooks first quarter 2009 Direct Connection receiver account | 2.50 | $65.00 | $162.50 |
| 4/08/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center reserve balance release; telephone conference with Alyssa Klaussner regarding Process America reserve balance release request | 0.40 | $105.00 | $42.00 |
| 4/08/2009 | TF | Continue work on QuickBooks first quarter 2009 Direct Connection receiver accounts | 0.50 | $65.00 | $32.50 |
| 4/10/2009 | EH | Exchange emails with David Harris and FTC regarding Joann Winter asset valuations, including research on piano, vehicle and jewelry values | 1.50 | $105.00 | $157.50 |
| 4/13/2009 | EH | Exchange emails with FTC and David Harris regarding Joann Winter asset valuations | 0.40 | $105.00 | $42.00 |
| 4/13/2009 | EH | Telephone conference with David Harris regarding valuations of Joann Winter assets | 0.40 | $105.00 | $42.00 |
| 4/13/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center reserve balances release agreement; telephone conferences with Hal Goldflam to confirm Receiver's jurisdiction over reserve balances | 0.80 | $105.00 | $84.00 |
| 4/14/2009 | EH | Receive and review email from David Harris regarding Joann Winter asset valuations; discuss asset valuations with FTC; review liquidation issues and necessity of hiring auction company | 1.70 | $105.00 | $178.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/14/2009 | EH | Provide direction regarding removal of personal assets from Direct Connection office | 0.10 | $105.00 | $10.50 |

| | |
|---|---|
| Sub Total: | $4,547.00 |
| Total Fees | $4,547.00 |
| Total New Charges | $4,547.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 22.70 | $105.00 | $2,383.50 |
| Michelle Fox | 12.50 | $145.00 | $1,812.50 |
| Tabatha Fox | 5.40 | $65.00 | $351.00 |