The Huddleston Law Firm
707 Whitlock Avenue Suite B-21
Marietta, GA 30064

Valerie M. Verduce                                    Date:  7/15/2009
Federal Trade Commission
225 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

Regarding:  FTC v. Direct Connection Consulting
Invoice No:  7

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 4/15/2009 | CE | Evaluate options and necessary steps to liquidate assets and vacate Direct Connection offices | 0.50 | $85.00 | $42.50 |
| 4/15/2009 | CE | Email exchange with David Harris regarding bills of sale for Joann Winter's vehicles and personal belongings in Direct Connection office | 0.20 | $85.00 | $17.00 |
| 4/15/2009 | PH | Receive and review voicemail from SunTrust regarding Gilbor | 0.10 | $215.00 | $21.50 |
| 4/16/2009 | CE | Telephone conference with Fulton County, Georgia Tax Assessor office regarding filing Lis Pendens for Joann Winter's property | 0.20 | $85.00 | $17.00 |
| 4/16/2009 | CE | Finalize and file Lis Pendens in Walton County, Florida and Fulton County, Georgia | 0.40 | $85.00 | $34.00 |
| 4/16/2009 | CE | Numerous email exchanges with David Harris regarding surrender of papers to principals, bills of sale, address of Santa Rosa property and location of boat owned by Joann Winter | 0.40 | $85.00 | $34.00 |
| 4/16/2009 | CE | Telephone conference with FTC regarding filing Lis Pendens and compliance with final order | 0.20 | $85.00 | $17.00 |

**EXHIBIT A**

| 4/16/2009 | CE | Telephone conference with Walton County, Florida Tax office regarding filing Lis Pendens for Joann Winter property | 0.20 | $85.00 | $17.00 |
| 4/16/2009 | JJ | Review status of filing Lis Pendens notices | 0.10 | $145.00 | $14.50 |
| 4/16/2009 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 4/16/2009 | PH | Email exchange with Halsey Knapp | 0.10 | $215.00 | $21.50 |
| 4/17/2009 | CE | Meet with David Harris, Joann Winter and Elliott Borenstein regarding removal of personal paper and items from Direct Connection office | 6.50 | $85.00 | $552.50 |
| 4/17/2009 | CE | Contact Keybank in Maine to verify validity of $11,500 check from Pinetree Teleservices | 0.20 | $85.00 | $17.00 |
| 4/17/2009 | CE | Finalize and file Lis Pendens in Fulton County and Walton County | 0.20 | $85.00 | $17.00 |
| 4/20/2009 | CE | Send letter to Automatic Protection Services regarding potentially discontinuing service at the end of May | 0.20 | $85.00 | $17.00 |
| 4/20/2009 | CE | Receive and review Motion for Authority to Use Cash Collateral on a Permanent Basis to determine impact on pending litigation and lease | 0.50 | $85.00 | $42.50 |
| 4/20/2009 | PH | Exchange emails with Halsey Knapp | 0.20 | $215.00 | $43.00 |
| 4/21/2009 | CE | Telephone conference with Janet Bullock regarding Gilbor Aviation account at Sun Trust bank | 0.20 | $85.00 | $17.00 |
| 4/21/2009 | CE | Compile FBME documents and forward to David Harris to assist in transfer of funds to Receivership | 0.40 | $85.00 | $34.00 |
| 4/21/2009 | CE | Process monthly obligations of leased office space in Roswell | 0.20 | $85.00 | $17.00 |
| 4/22/2009 | CE | Telephone conference with Janet Bullock at Sun Trust Bank regarding Gilbor Aviation account | 0.20 | $85.00 | $17.00 |

| 4/22/2009 | PH | Receive and review proposed release regarding merchant accounts | 0.20 | $215.00 | $43.00 |
|---|---|---|---|---|---|
| 4/23/2009 | CE | Conduct online research to determine resale value of commercial grade elliptical machine in Direct Connection office | 0.50 | $85.00 | $42.50 |
| 4/23/2009 | CE | Research amount owed to accountant to determine feasibility of paying outstanding bill to have 2007 taxes prepared | 0.20 | $85.00 | $17.00 |
| 4/23/2009 | CE | Telephone conference with Sam Levy regarding amount owed on account and turning account records and tax return preparation over to Receiver for completion and filing | 0.20 | $85.00 | $17.00 |
| 4/23/2009 | PH | Review proposed release with merchant processor | 0.20 | $215.00 | $43.00 |
| 4/24/2009 | CE | Prepare letter to Sam Levy outlining agreement regarding surrendering accounting information and books to prepare Direct Connection tax returns | 0.30 | $85.00 | $25.50 |
| 4/24/2009 | CE | Telephone conference with Sam Levy regarding forwarding Quickbooks and work papers for 2007 tax return preparation | 0.20 | $85.00 | $17.00 |
| 4/24/2009 | CE | Email exchange with David Harris regarding name of accountant who prepared Digicom taxes and if they were ever filed separately from Direct Connection | 0.20 | $85.00 | $17.00 |
| 4/24/2009 | CE | Review information uncovered at Direct Connection offices regarding prior tax returns for various entities | 0.30 | $85.00 | $25.50 |
| 4/27/2009 | CE | Compile list of auction companies to handle liquidating assets in Direct Connection and Digicom offices | 0.50 | $85.00 | $42.50 |
| 4/28/2009 | CE | Telephone conference with Sam Levy regarding transmitting 2007 tax returns | 0.20 | $85.00 | $17.00 |
| 4/28/2009 | CE | Receive and review email from Sam Levy attaching 2007 tax returns and work papers for Direct Connection | 0.20 | $85.00 | $17.00 |

| 4/28/2009 | CE | Telephone conference with A Touch of Class Movers regarding moving items from Digicom storage to Direct Connection office | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 4/28/2009 | CE | Second telephone conference with A Touch of Class Movers regarding quote for moving Digicom belongings to Direct Connection office | 0.20 | $85.00 | $17.00 |
| 4/28/2009 | CE | Receive and review letter and unsigned settlement agreement from Foltz Martin regarding lawsuit against American Reading Club | 0.30 | $85.00 | $25.50 |
| 4/28/2009 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 4/29/2009 | CE | Forward settlement agreement in American Reading Club to Receiver for review and direction regarding obtaining signatures to finalize agreement | 0.20 | $85.00 | $17.00 |
| 4/29/2009 | CE | Telephone conference with David Harris regarding meeting at the Direct Connection office to remove paperwork | 0.20 | $85.00 | $17.00 |
| 4/29/2009 | CE | Telephone conference with Arwood Auction & Appraisal regarding selling furniture and equipment in Direct Connection office | 0.30 | $85.00 | $25.50 |
| 4/29/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 4/30/2009 | CE | Contact various auction companies to determine best approach to liquidating furnishings in Direct Connection Roswell office | 0.70 | $85.00 | $59.50 |
| 4/30/2009 | CE | Telephone conference with Nancy Hoadley at Bank of American regarding Joann Winter's line of credit balance | 0.20 | $85.00 | $17.00 |
| 4/30/2009 | CE | Email exchange with Bank of America regarding balances on Joann Winter's lines of credit | 0.30 | $85.00 | $25.50 |
| 4/30/2009 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 5/01/2009 | CE | Telephone conference with Carmela | 0.20 | $85.00 | $17.00 |

Moreno regarding request for statements
for Joann Winter's lines of credit

| | | | | | |
|---|---|---|---|---|---|
| 5/01/2009 | CE | Telephone conference with Attorney for Tim Walters and Grayson Space regarding releasing Baron airplane currently under asset freeze | 0.20 | $85.00 | $17.00 |
| 5/01/2009 | CE | Email exchange with Sam Levy of Rosenthal & Kaplin regarding 2007 tax returns of Direct Connection | 0.40 | $85.00 | $34.00 |
| 5/01/2009 | PH | Email to FTC regarding BOA | 0.10 | $215.00 | $21.50 |
| 5/04/2009 | CE | Continue research to locate boat and determine registration information | 0.30 | $85.00 | $25.50 |
| 5/04/2009 | CE | Email exchange with David Harris regarding signing settlement documents in American Reading Club lawsuit | 0.30 | $85.00 | $25.50 |
| 5/04/2009 | CE | Review settlement documents relating to lawsuit pending against American Reading Club | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | CE | Telephone conference with Santa Rosa Clerk's office regarding filing fee for Lis Pendens | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | CE | Prepare and finalize Lis Pendens for property located in Santa Rosa County, Florida | 0.40 | $85.00 | $34.00 |
| 5/04/2009 | CE | Telephone conference with Stormaster regarding on site sale of Digicom property | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | CE | Telephone conference with Leaf Financial regarding amount outstanding on financing agreement and planned action as to retrieval of property | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | CE | Email exchange with David Harris regarding location of boat and posters in office | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | CE | Telephone conference with U.S. Manifest regarding outstanding contract | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | CE | Telephone conference with Mark Catlos regarding location of Joann Winter's boat | 0.20 | $85.00 | $17.00 |

| 5/04/2009 | NO | Prepare fax correspondence to Robert Ruggles regarding the order appointing the Examiner and freezing assets | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 5/04/2009 | NO | Research on comparable boat pricing | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | NO | Review documentation pertaining to boat insurance description and repairs | 0.40 | $85.00 | $34.00 |
| 5/04/2009 | NO | Telephone call to Russ Osborne regarding boat registration process | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | NO | Research on Georgia Department of Natural Resources website regarding current registration information for boat | 0.60 | $85.00 | $51.00 |
| 5/04/2009 | NO | Research Bob and Donna Ruggles to find contact information and inquire on the whereabouts of the boat | 0.80 | $85.00 | $68.00 |
| 5/04/2009 | NO | Prepare electronic correspondence to Bob and Donna Ruggles regarding the whereabouts of the boat | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | NO | Telephone call to US Boat to inquire on the current insurance status of the boat | 0.20 | $85.00 | $17.00 |
| 5/04/2009 | NO | Telephone call from Robert Ruggles regarding the current condition and whereabouts of the boat | 0.20 | $85.00 | $17.00 |
| 5/05/2009 | CE | Evaluate current information regarding location and value of boat | 0.50 | $85.00 | $42.50 |
| 5/05/2009 | NO | Telephone call to US Boat regarding insurance transfer | 0.20 | $85.00 | $17.00 |
| 5/05/2009 | NO | Prepare detailed description of current efforts to insure, recover and sell boat | 0.30 | $85.00 | $25.50 |
| 5/05/2009 | NO | Research current rates of boat storage in Georgia | 0.30 | $85.00 | $25.50 |
| 5/05/2009 | NO | Research pertaining to consignment boat sale pricing and contact information | 0.30 | $85.00 | $25.50 |
| 5/05/2009 | NO | Telephone call to sales department at | 0.20 | $85.00 | $17.00 |

Park Marine boating centers regarding
possible consignment sale

| Date | | Description | | | |
|---|---|---|---|---|---|
| 5/05/2009 | PH | Telephone conference with FTC regarding Ridgemont Road | 0.20 | $215.00 | $43.00 |
| 5/05/2009 | PH | Telephone conference with FTC regarding house and BOA LOC | 0.20 | $215.00 | $43.00 |
| 5/06/2009 | CE | Email exchange with David Harris regarding signature of Elliott Borenstein on settlement documents for American Reading Club lawsuit | 0.20 | $85.00 | $17.00 |
| 5/06/2009 | CE | Telephone conference with David Arwood, auctioneer, regarding liquidating furniture and equipment at Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 5/06/2009 | CE | Evaluate all possibilities of securing physical location of boat owned by Joann Winter | 0.50 | $85.00 | $42.50 |
| 5/06/2009 | CE | Verify furniture from Digicom in storage facility and try to coordinate on site sale of same | 1.50 | $85.00 | $127.50 |
| 5/06/2009 | CE | Email exchange with David Harris regarding removal of documents from Direct Connection office | 0.20 | $85.00 | $17.00 |
| 5/06/2009 | CE | Receive and review fax from Ron Carroll at Blue Ridge Helicopter regarding storage fee for Piper airplane | 0.20 | $85.00 | $17.00 |
| 5/06/2009 | CE | Telephone conference with Dan Shuman, auctioneer, regarding liquidating assets at Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 5/06/2009 | NO | Prepare plan of seizure and liquidation for boat | 0.30 | $85.00 | $25.50 |
| 5/06/2009 | NO | Telephone call to US Boat to inquire about getting Receiver listed as loss payee on policy | 0.20 | $85.00 | $17.00 |
| 5/06/2009 | NO | Prepare fax correspondence to US Boat regarding order in order to get Receiver listed as loss payee on insurance policy | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/06/2009 | NO | Return telephone call to US Boat regarding status of adding Receiver to insurance policy | 0.10 | $85.00 | $8.50 |
| 5/06/2009 | PH | Telephone conference with Attorney David Harris | 0.20 | $215.00 | $43.00 |
| 5/06/2009 | PH | Exchange emails with Attorney Charles Medlin | 0.10 | $215.00 | $21.50 |
| 5/06/2009 | PH | Exchange emails with FTC | 0.20 | $215.00 | $43.00 |
| 5/07/2009 | CE | Allow defendants access to premises and monitor their removal of personal property | 5.00 | $85.00 | $425.00 |
| 5/07/2009 | CE | Verify procedure for releasing Baron airplane to Tim Walters/Grayson Space | 0.20 | $85.00 | $17.00 |
| 5/07/2009 | NO | Telephone call to Marine Max Bald Ridge to inquire about Bob Ruggles | 0.20 | $85.00 | $17.00 |
| 5/07/2009 | NO | Telephone call to US Boat regarding approval of authorization to add Receiver as loss payee | 0.30 | $85.00 | $25.50 |
| 5/07/2009 | NO | Prepare electronic correspondence to US Boat underwriting department regarding approval to add Receiver as loss payee | 0.20 | $85.00 | $17.00 |
| 5/07/2009 | NO | Return telephone call from Bob Ruggles regarding status of repair invoice for boat | 0.20 | $85.00 | $17.00 |
| 5/07/2009 | NO | Telephone conference with US Boat regarding getting added as a loss payee on the insurance policy | 0.10 | $85.00 | $8.50 |
| 5/07/2009 | NO | Prepare authorization to add Receiver as loss payee to Boat US policy | 0.60 | $85.00 | $51.00 |
| 5/07/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 5/08/2009 | CE | Second telephone conference with Stormaster regarding selling Digicom furniture onsite | 0.20 | $85.00 | $17.00 |
| 5/08/2009 | CE | Telephone conference with Stormaster regarding onsite sale of furniture and equipment from Digicom office | 0.20 | $85.00 | $17.00 |
| 5/08/2009 | NO | Receive and review fax from Flagship | 0.20 | $85.00 | $17.00 |

Marine regarding storage fees for boat

| 5/08/2009 | NO | Telephone call from Bob Ruggles regarding the invoice and arrangements for pick-up of the boat | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 5/08/2009 | NO | Telephone call from Bob Ruggles confirming receipt of fax correspondence | 0.10 | $85.00 | $8.50 |
| 5/08/2009 | NO | Receive and review fax correspondence from Bob Ruggles regarding invoice for boat repairs | 0.20 | $85.00 | $17.00 |
| 5/11/2009 | CE | Allow defendants access to office and monitor their removal of business records | 4.00 | $85.00 | $340.00 |
| 5/11/2009 | CE | Telephone conference with Leaf Financial regarding outstanding balance on lease | 0.20 | $85.00 | $17.00 |
| 5/12/2009 | CE | Receive and review signed original settlement agreement and dismissal in American Reading Club lawsuit; prepare letter to Halsey Knapp transmitting original signed documents and requesting payment of funds to Receiver | 0.30 | $85.00 | $25.50 |
| 5/12/2009 | CE | Research possibilities regarding auction companies to handle liquidation and reasonable charges for that service | 0.30 | $85.00 | $25.50 |
| 5/12/2009 | NO | Telephone call from Robert Ruggles regarding status of boat | 0.10 | $85.00 | $8.50 |
| 5/12/2009 | NO | Telephone call to US Boat regarding status of approval of authorization to add Receiver as loss payee to boat insurance policy | 0.10 | $85.00 | $8.50 |
| 5/13/2009 | CE | Telephone conference with Jermaine Walker at DeKalb County Attorney's office regarding release of Baron Airplane | 0.20 | $85.00 | $17.00 |
| 5/13/2009 | CE | Telephone conference with Georgia Department of Revenue regarding clear title on Excursion | 0.20 | $85.00 | $17.00 |
| 5/13/2009 | CE | Telephone conference with Leaf Financial to determine decision reached regarding surrendering equipment under lease | 0.20 | $85.00 | $17.00 |

| 5/13/2009 | CE | Telephone conference with Roswell Business Center regarding payment of May rent and vacating premises | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 5/13/2009 | CE | Telephone conference with auctioneer regarding possibly handling liquidation of assets in Direct Connection offices | 0.20 | $85.00 | $17.00 |
| 5/13/2009 | PH | Telephone conference with FTC | 0.00<br>0.40 | $215.00 | No Charge<br>No Charge |
| 5/14/2009 | CE | Telephone conference with Timothy Walters regarding release of Baron airplane | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | CE | Telephone conference with Four Seasons Auction Company regarding liquidation of assets in Direct Connection office | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | CE | Telephone conference with Ocean Limos regarding selling the Excursion | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | CE | Telephone conference with Carmela Moreno regarding statements for additional line of credit at Bank of America | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | CE | Telephone conference with Mark Turner of Ocean Limos regarding process for and cost of selling Excursion | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | CE | Receive and review line of credit statements from Bank of America | 0.30 | $85.00 | $25.50 |
| 5/14/2009 | CE | Telephone conferences with Leaf Financial regarding amount outstanding on lease for surveillance and security systems | 0.30 | $85.00 | $25.50 |
| 5/14/2009 | CE | Telephone conference with Georgia Department of Revenue verifying that tax payment has been received and requesting copy of paperwork | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | CE | Evaluate situation regarding problems obtaining marine insurance for boat owned by Joann Winter | 0.40 | $85.00 | $34.00 |
| 5/14/2009 | NO | Telephone call to US Boat regarding insurance reinstatement | 0.30 | $85.00 | $25.50 |

| 5/14/2009 | NO | Receive and review correspondence from US Boat regarding reinstatement of insurance policy | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | NO | Review options for boat insurance coverage | 0.30 | $85.00 | $25.50 |
| 5/14/2009 | NO | Return telephone call from Alina Robertson regarding options for insurance coverage through Hartford | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | NO | Prepare fax correspondence to Alina Robertson regarding information necessary to inquire about boat insurance coverage through The Hartford | 0.20 | $85.00 | $17.00 |
| 5/14/2009 | NO | Research boat repossession services in Georgia | 0.50 | $85.00 | $42.50 |

|  |  |  | Total Fees | $4,479.50 |

**Expenses**

| Start Date | Description | Quantity | Charges |
| --- | --- | --- | --- |
| 4/30/2009 | April PACER Charges | 1.00 | No Charge |
| 4/30/2009 | April PACER Charges | 1.00 | No Charge |
| 4/30/2009 | April Postage | 1.00 | No Charge |
| 4/30/2009 | April Photocopies | 95.00 | No Charge |
| 4/30/2009 | April Scanned Copies | 78.00 | No Charge |

|  |  | Total Expenses | $0.00 |

|  | Total New Charges |  | $4,479.50 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 36.40 | $85.00 | $3,094.00 |
| Jennifer Jones | .10 | $145.00 | $14.50 |
| Nikki Osborne | 9.30 | $85.00 | $790.50 |
| Pat Huddleston | 2.70 | $215.00 | $580.50 |
| Pat Huddleston | .40 | $0.00 | $0.00 |