Investor's Watchdog
PMB #352, 1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Pat Huddleston  
The Huddleston Law Firm  
707 Whitlock Avenue  
Suite B-21  
Marietta, GA

Date: 7/15/2009

Regarding: FTC v. Direct Connection Consulting, Inc., et al.  
Invoice No: 00006

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 4/15/2009 | EH | Exchange emails with David Harris and FTC regarding valuation of Joann Winter's personal assets | 0.30 | $105.00 | $31.50 |
| 4/15/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center reserve balances | 0.10 | $105.00 | $10.50 |
| 4/15/2009 | EH | Exchange emails with Alyssa Klausner regarding Process America reserve balances | 0.10 | $105.00 | $10.50 |
| 4/15/2009 | EH | Analyze and outline options for liquidating assets and most reliable valuation process to maximize return | 1.00 | $105.00 | $105.00 |
| 4/16/2009 | EH | Continue to investigate best approach to Direct Connection asset liquidation | 0.60 | $105.00 | $63.00 |
| 4/17/2009 | EH | Telephone conference with Bill Deloach regarding piano sale | 0.20 | $105.00 | $21.00 |
| 4/17/2009 | EH | Exchange emails with David Harris regarding sale of vehicles | 0.10 | $105.00 | $10.50 |
| 4/17/2009 | EH | Exchange emails with Hal Goldflam regarding National Merchant Center | 1.00 | $105.00 | $105.00 |

EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | reserve balances release agreement; review release and forward to Receiver for approval | | | |
| 4/20/2009 | EH | | Verify Gilbor account at Suntrust | 0.10 | $105.00 | $10.50 |
| 4/20/2009 | EH | | Send follow-up email to Alyssa Klausner regarding Process America reserve balances | 0.10 | $105.00 | $10.50 |
| 4/21/2009 | EH | | Receive and review email update from Alyssa Klausner regarding Process America reserve balances | 0.10 | $105.00 | $10.50 |
| 4/21/2009 | TF | | Continue work on QuickBooks first quarter 2009 Direct Connection | 0.50 | $65.00 | $32.50 |
| 4/22/2009 | EH | | Exchange emails with Alyssa Klausner regarding proposed release agreement for Process America, including review of proposed agreement and forwarding to Receiver with comments and suggested edits | 1.00 | $105.00 | $105.00 |
| 4/23/2009 | EH | | Exchange emails with Alyssa Klausner regarding Process America reserve balances | 0.20 | $105.00 | $21.00 |
| 4/23/2009 | MF | | Continue clean up of 2008 QuickBooks data | 1.00 | $145.00 | $145.00 |
| 4/24/2009 | EH | | Edit proposed release for Process America reserve balances; email to Alyssa Klausner | 0.70 | $105.00 | $73.50 |
| 4/24/2009 | EH | | Edit proposed release for National Merchant Center reserve balances; email to Hal Goldflam | 0.90 | $105.00 | $94.50 |
| 4/24/2009 | MF | | Continue preparation of 2008 Tax return | 4.00 | $145.00 | $580.00 |
| 4/27/2009 | EH | | Receive and review voicemail from Alyssa Klausner regarding Process America release agreement; telephone conferences with Alyssa Klausner to discuss release | 0.40 | $105.00 | $42.00 |
| 4/28/2009 | EH | | Receive and review email from Alyssa Klausner regarding proposed Process America release, including review of | 2.50 | $105.00 | $262.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | agreement, drafting of proposed responses, and forwarding to Receiver for comment | | | |
| 4/28/2009 | EH | Research townhouse appraisal issues, including submission of comparative market analysis request | 1.50 | $105.00 | $157.50 |
| 4/29/2009 | EH | Research townhouse valuation, including telephone conferences with realtor Neese, review of comparative market information, and email update to Receiver | 1.00 | $105.00 | $105.00 |
| 4/30/2009 | EH | Exchange emails with Receiver and Alyssa Klausner regarding Process America proposed release agreement | 0.40 | $105.00 | $42.00 |
| 4/30/2009 | EH | Review Bank of America line of credit issues and follow up with Bank of America | 0.30 | $105.00 | $31.50 |
| 4/30/2009 | EH | Verify status of Bank of America lines of credit balances | 0.00 | $105.00 | No Charge |
| | | | 0.40 | | No Charge |
| 4/30/2009 | EH | Review townhouse valuation information | 0.10 | $105.00 | $10.50 |
| 5/01/2009 | EH | Follow-up with Bank of America regarding line of credit | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 5/01/2009 | EH | Exchange emails with Alyssa Klausner regarding proposed Process America release language | 0.40 | $105.00 | $42.00 |
| 5/01/2009 | MF | Continue preparation of 2008 tax returns | 3.00 | $145.00 | $435.00 |
| 5/03/2009 | EH | Review status of retaining auction company for office liquidation | 0.20 | $105.00 | $21.00 |
| 5/04/2009 | EH | Exchange emails with Alyssa Klausner regarding proposed Process America release; telephone conference with Alyssa Klausner to discuss release | 0.90 | $105.00 | $94.50 |
| 5/04/2009 | EH | Exchange emails with Hal Goldflam regarding status update on National Merchant Center reserve balance release | 0.10 | $105.00 | $10.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/04/2009 | EH | Review Digicom office equipment liquidation | 0.10 | $105.00 | $10.50 |
| 5/04/2009 | MF | Continue preparation of 2008 tax return | 5.00 | $145.00 | $725.00 |
| 5/04/2009 | TF | Data entry QuickBooks 2nd quarter 2009 Direct Connection | 1.00 | $65.00 | $65.00 |
| 5/05/2009 | EH | Receive and review email from Hal Goldflam regarding National Merchant Center proposed release | 0.10 | $105.00 | $10.50 |
| 5/05/2009 | EH | Review status of securing Joann Winter's boat | 0.40 | $105.00 | $42.00 |
| 5/05/2009 | EH | Receive and review email from First Data counsel regarding proposed National Merchant Center reserve release | 0.10 | $105.00 | $10.50 |
| 5/06/2009 | EH | Determine strategy to secure boat and insurance | 0.40 | $105.00 | $42.00 |
| 5/06/2009 | EH | Review information on auction of Direct Connection equipment | 0.10 | $105.00 | $10.50 |
| 5/06/2009 | EH | Review details of Joann Winter's final judgment and order | 0.60 | $105.00 | $63.00 |
| 5/06/2009 | EH | Receive and review information regarding Joann Winter's boat | 0.10 | $105.00 | $10.50 |
| 5/06/2009 | EH | Receive and review email from Hal Goldflam regarding proposed National Merchant Center release | 0.10 | $105.00 | $10.50 |
| 5/07/2009 | EH | Follow up on Bank of America line of credit, including telephoning and emailing legal processing department at bank, regulatory affairs contact, and email exchange with FTC | 0.60 | $105.00 | $63.00 |
| 5/07/2009 | EH | Exchange emails with Alyssa Klausner regarding proposed release letter for Process America | 0.10 | $105.00 | $10.50 |
| 5/07/2009 | EH | Exchange emails with Hal Goldflam and Vicki Freimann regarding proposed National Merchant Center reserve release | 0.40 | $105.00 | $42.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/07/2009 | EH | Review and analyze situation regarding insurance on boat and disposition of asset | 0.40 | $105.00 | $42.00 |
| 5/08/2009 | EH | Negotiate release of reserve balances at National Merchant Center, including email exchanges with Hal Goldflam, Receiver, and First Data | 1.90 | $105.00 | $199.50 |
| 5/08/2009 | EH | Research Bank of America release of Direct Connection from line of credit liability, including telephone conferences with Bank of America personnel and email exchanges with FTC regarding updates | 0.80 | $105.00 | $84.00 |
| 5/11/2009 | EH | Exchange emails with Vicky Freimann and Hal Goldflam regarding National Merchant Center reserve balance release, including review of proposed release document; forward document to Receiver for review and comment | 2.30 | $105.00 | $241.50 |
| 5/11/2009 | EH | Re-establish Joann Winter's computer connection to server | 0.20 | $105.00 | $21.00 |
| 5/11/2009 | EH | Research Bank of America line of credit information, including telephone conferences and email exchanges with Christine Milstead and email exchange with FTC | 0.00 | $105.00 | No Charge |
| | | | 1.20 | | No Charge |
| 5/11/2009 | PMH | Receive and review request for information regarding auction companies; outline hiring requirements and details regarding differentiations | 1.50 | $105.00 | $157.50 |
| 5/12/2009 | EH | Review status and outline strategy regarding disposition of various assets | 0.40 | $105.00 | $42.00 |
| 5/12/2009 | EH | Receive and revise proposed National Merchant Center release agreement with Receiver edits; draft and send email to Hal Goldflam with revised document | 1.70 | $105.00 | $178.50 |
| 5/12/2009 | EH | Telephone conferences with Chris Milstead and Ken Swift at Bank of America regarding line of credit release | 0.50 | $105.00 | $52.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | request; email details to Ken Swift | | | |
| 5/12/2009 | EH | Telephone conferences with Ken Swift; telephone call to Carmela Moreno and Phil Wertz at Bank of America; draft and send email request follow-up to Phil Wertz regarding line of credit release request; send email update to FTC | 1.00 | $105.00 | $105.00 |
| 5/12/2009 | MF | Continue work Direct Connection's 2008 tax return and QuickBooks clean up | 6.00 | $145.00 | $870.00 |
| 5/13/2009 | EH | Receive and review voicemail from Phil Wertz at Bank of America regarding line of credit release request | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 5/13/2009 | EH | Telephone conference with Ken Swift at Bank of America to discuss line of credit release request | 0.00 | $105.00 | No Charge |
| | | | 0.50 | | No Charge |
| 5/13/2009 | EH | Receive and review email from Alyssa Klausner regarding Process America retention balance; telephone call to Alyssa Klausner for follow-up | 0.10 | $105.00 | $10.50 |
| 5/13/2009 | EH | Send email update to FTC regarding Joann Winter counsel | 0.20 | $105.00 | $21.00 |
| 5/13/2009 | EH | Telephone conference with Alyssa Klausner to discuss release of Process America retention balances; receive and review revised retention balances spreadsheet and save to electronic database | 0.60 | $105.00 | $63.00 |
| 5/13/2009 | EH | Review status of Bank of America line of credit release discussions | 0.00 | $105.00 | No Charge |
| | | | 0.10 | | No Charge |
| 5/13/2009 | MF | Reconcile fixed assets on tax return and in QuickBooks | 2.00 | $145.00 | $290.00 |

| | | |
|---|---|---|
| Sub Total: | | $6,187.50 |
| | Total Fees | $6,187.50 |
| Total New Charges | | $6,187.50 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 27.50 | $105.00 | $2,887.50 |
| Eric Henningson | 2.30 | $0.00 | $0.00 |
| Michelle Fox | 21.00 | $145.00 | $3,045.00 |
| Porter Huddleston | 1.50 | $105.00 | $157.50 |
| Tabatha Fox | 1.50 | $65.00 | $97.50 |