UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and COMMONWEALTH OF KENTUCKY *EX REL.* JACK CONWAY, ATTORNEY GENERAL OF KENTUCKY, Plaintiffs, <br><br> v. <br><br> DIRECT CONNECTION CONSULTING, INC., a corporation, also d/b/a SureTouch Long Distance; <br><br> DIGICOM, LLC, a limited liability Company, also d/b/a DigiTouch Long Distance; <br><br> ELLIOT BORENSTEIN, individually and as an owner, officer or manager of Direct Connection Consulting, Inc., and Digicom, LLC; and <br><br> JOANN R. (JODY) WINTER, individually and as an owner, officer or manager of Direct Connection Consulting, Inc., and Digicom, LLC, Defendants. | CASE NO. 1:08-CV-1739-TCB |

 ORDER

This case is before the Court for consideration of Receiver's Eleventh

Interim Application for Compensation and Reimbursement of Expenses

[145]. Counsel for the Federal Trade Commission has reviewed the Application and offers no objections. After review of the Application, the same is hereby **APPROVED**, and payment of the fees and expenses requested in the Application is hereby **AUTHORIZED**.

SO ORDERED, this 7th day of August, 2009.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Order Prepared By:

Pat Huddleston, II
THE HUDDLESTON LAW FIRM
707 Whitlock Avenue, Suite B21
Marietta, Georgia  30064
(770) 919-8003
(770) 874-088 – facsimile
ph2@huddlestonfirm.com